```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHER DISTRICT OF FLORIDA
 2                      MIAMI DIVISION
 3
    CIELO JEAN GIBSON, CORA SKINNER,    CASE NO.:
 4  VIVIAN KINDLE, ALICIA WHITTEN,      1:16-CV-24548-MGC
    ASHLEY VICKERS, DESSIE MITCHESON,
 5  DEVIN JUSTINE TAKEGUMA, EVA
    PEPAJ, JESSICA BURCIAGA, LINA
 6  POSADA, MARKETA KAZDOVA, PAOLA
    CANAS, and TINA QUARLES,
 7
            Plaintiffs,
 8
            vs.
 9
    BTS NORTH, INC. d/b/a BOOBY TRAP;
10  T.K. PROMOTIONS, INC. d/b/a
    BOOBY TRAP; P.T.G. ENTERTAINMENT,
11  INC. d/b/a BOOBY TRAP; and BOOBY
    TRAP, INC. d/b/a BOOBY TRAP,
12
            Defendants.
13  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
14
                      DEPOSITION OF
15
                       ERIC OTERO
16
            TAKEN ON BEHALF OF THE PLAINTIFFS
17
18              Wednesday, July 5, 2017
                 3:56 p.m. - 5:37 p.m.
19
20
                     Booby Trap Doral
21              5325 Northwest 77th Avenue
                     Miami, Florida
22
23
                    Chloe Leroux, FPR
24
25
```

                                              Page 1

```
 1                  A P P E A R A N C E S

 2

 3   On behalf of the Plaintiffs:

 4       LUDMILA KHOMIAK, ESQUIRE
         THE CASAS LAW FIRM, P.C.

 5       80 Southwest 8th Street
         Suite 2000

 6       Miami, Florida 33130
         (786)671-3244

 7       mila@casaslawfirm.com

 8

     On behalf of the Defendants:

 9

         LUKE LIROT, ESQUIRE

10       LUKE CHARLES LIROT, P.A.
         2240 Belleair Road

11       Suite 190
         Clearwater, Florida 33764

12       (727) 536-2100
         luke2@lirotlaw.com

13

14                              -   -   -

15

16

17

18

19

20

21

22

23

24

25
```

Page 2

```
 1                    I N D E X

 2

 3  Witness:                              Page:

 4  ERIC OTERO

 5  DIRECT EXAMINATION                       4

 6                    -   -   -

 7

 8

                      E X H I B I T S

 9

10                    Description:    Page:

11  Exhibit 1  Re-Notice of Taking      18
               Deposition Duces Tecum

12

13  Exhibit 2  Photographic Images      19
    Exhibit 3  Photographic Images      19

14  Exhibit 4  Photographic Images      19
    Exhibit 5  Photographic Images      19

15  Exhibit 6  Photographic Images      19
    Exhibit 7  Photographic Images      19

16  Exhibit 8  Photographic Images      19

17  Exhibit 9  Photographic Images      19

18  Exhibit 10 Photographic Images      19

19  Exhibit 11 Photographic Images      19

20  Exhibit 12 Photographic Images      19

21  Exhibit 13 Photographic Images      19

22  Exhibit 14 Photographic Images      19

23  Exhibit 15 Driver's License         22

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1                    Deposition of Eric Otero

 2                        July 5, 2017

 3

 4      THEREUPON,

 5                          ERIC OTERO,

 6      having been first duly sworn or affirmed, was examined

 7      and testified as follows:

 8                  THE WITNESS:  Yes.

 9                      DIRECT EXAMINATION

10      BY MS. KHOMIAK:

11           Q.   Mr. Otero, my name is Mila Khomiak, and I'm

12      here representing the plaintiffs in the matter for which

13      you're being deposed today.

14               As you know you've just taken an oath, and

15      this is the same oath you would take if you were in an

16      open court and in front of the judge and a jury.  The

17      same rules that would apply in court, apply today.

18           A.   Okay.

19           Q.   I'll give you a couple of ground rules before

20      we proceed with the deposition.  One of my rules is when

21      I ask you a question, please make sure to allow me to

22      finish my question before you respond, so that we don't

23      have a chopped up deposition testimony.  I'll do the

24      same for you.

25           A.   Okay.
```

1        Q.   Also, when I ask you a question that has a yes

2    or no response, I would ask you to verbalize it as a yes

3    or no, not nodding of the head or shaking of the head or

4    uh-huh type of statements, because the court reporter

5    would not be able to take that down, and she has to type

6    everything.

7        A.   Okay, so should I turn my head towards her

8    then?

9            MR. LIROT:   No.   It's that you can't nod your

10        head, and she uses her ears.

11       Q.   The other rule that I have is I don't want you

12   to speculate or to guess something.   If you don't know

13   the answer to the question, please advise and tell me

14   that you don't know the answer.   Please do not start

15   guessing?

16       A.   Okay.

17       Q.   Is there anything that's preventing you from

18   giving your best testimony today, such as, alcohol,

19   medication, prescription medication, drugs, anything at

20   all that could prevent you from giving your best

21   testimony today?

22       A.   No.

23       Q.   All right.   Can you please spell your name for

24   the record.

25       A.   Eric, E-r-i-c, Otero, O-t-e-r-o.

                                                    Page 5

1        Q.    What is your highest level of education?

2        A.    Bachelor's degree.

3        Q.    Where did you get your bachelor's degree from?

4        A.    FIU.

5        Q.    What year was that?

6        A.    2003.

7        Q.    What was that degree in?

8        A.    Criminal justice and international relations.

9        Q.    Have you ever been convicted of a felony?

10       A.    No.

11       Q.    Do you know what this lawsuit is about, that

12   we're here for today?

13       A.    Image copyright.

14       Q.    All right.  Have you spoken to Mr. Gori about

15   this lawsuit?

16       A.    Just that I had to be here last week, and it

17   got changed to today.

18              (Plaintiffs' Exhibit No. 1, Re-Notice of

19        Taking Deposition Duces Tecum, was marked for

20        identification.)

21   BY MS. KHOMIAK:

22       Q.    I'm going to hand you what has been premarked

23   as Exhibit 1, which is the notice of this deposition.

24   Please take a look at that.  Have you seen this document

25   before?

Veritext Legal Solutions
866 299-5127

1          A.   Yes, I have.

2          Q.   Okay.  When you flip to page 5 of that

3    document, page 5 to 6 has a list of documents that we

4    asked you to produce before coming to this deposition

5    today.  Have you seen this list before?

6          A.   Yes.

7          Q.   Okay, I will ask you about this list in a

8    little while.  But can you tell me who Phil Gori is to

9    you?

10         A.   My employer.

11         Q.   And who are you employed by?  What are the

12   companies' names that you are employed by?

13         A.   I'm self-employed, but I do work for Phil.

14         Q.   Okay.  What kind of work do you do for

15   Mr. Gori?

16         A.   Bookkeeping, preparing deposits, mailing off

17   the bills.

18         Q.   Okay.  Does any of that work pertain to BTS

19   North Inc.?

20         A.   Yes.

21         Q.   What about T.K. Promotions Inc.?

22         A.   Yes.

23         Q.   What about P.T.G. Entertainment Inc.?

24         A.   No.

25         Q.   What about TCB South Florida II Inc.?

                                          Page 7

```
 1        A.    No.
 2        Q.    Is there a reason why you don't know anything
 3   for those two entities that you just answered no to?
 4        A.    Is there a reason?
 5        Q.    Yes.
 6        A.    He has somebody else doing those, similar
 7   functions.
 8        Q.    Okay.  And what locations are those entities
 9   from?
10        A.    Broward County.
11        Q.    Is it the Pompano one?
12        A.    Pompano.  And the second one, I'm not exactly
13   sure where it is.  I just know it's in Broward.
14        Q.    Okay.  Do you know who does all the
15   bookkeeping and accounting for those two entities,
16   P.T.G. and TCB?
17        A.    Yes.
18        Q.    Who is that?
19        A.    Patty.
20        Q.    Patty, Okay.  So what are your typical
21   day-to-day activities, for the two entities that you
22   stated, the BTS North and T.K. Promotions Inc.?  What is
23   it that you do for them?
24        A.    I drive down, pick up the previous days work,
25   check the ATMs, and if they need to be filled, I re-fill
```

Page 8

```
 1    them, reconcile some light paperwork at a location down
 2    south, and I bring the rest of it to my office here.
 3         Q.   And what is this paperwork that you're
 4    referring to?
 5         A.   Nighttime bar sales.
 6         Q.   Anything else?
 7         A.   Just the day's business, from the day before.
 8         Q.   Would that include any new leases signed with
 9    the new dancers?
10         A.   No.
11         Q.   Do you not handle those at all?
12         A.   The only thing I handle, as far as
13    entertainers, are for this Doral location, and I just
14    write their names into a database file.
15         Q.   Mr. Gori previously testified that there is a
16    lien on the BTS North Inc. property.  Do you know what
17    that's about, what that lien is?
18         A.   No, I do not.
19         Q.   Does BTS North Inc. own a list of any of its
20    assets that it owns?
21         A.   Pardon?
22         Q.   Does BTS North Inc., does it have a list of
23    any of the assets that it owns?  Does it own any assets?
24    Let's start with that.
25         A.   Assets in what regards?
```

Page 9

1       Q.    Anything that it owns.  Does it own anything

2    in the club?

3       A.    Equipment.

4       Q.    What kind of equipment?

5       A.    Audio and video equipment.

6       Q.    Does it own anything else?

7       A.    Computers that we use, lights, fixtures,

8    speakers, hardware, so furniture, fixtures, and

9    equipment.

10      Q.    Would that be the same response for T.K.

11   Promotions Inc.?

12      A.    Not owned by BTS North, though.

13      Q.    No, but would T.K. Promotions Inc. own the

14   same type of equipment?

15      A.    Yes.

16      Q.    Do you know about a lien on T.K. Promotions

17   Inc.?

18      A.    No, I do not.

19      Q.    Do you know who would know about that?

20      A.    Mr. Gori.

21      Q.    Do you know if BTS North Inc. leases its

22   place, its club, from anybody else, it's location?

23      A.    We make a weekly payment.  Whether it's rent

24   or mortgage, I don't know.

25      Q.    And what is that payment?

                                        Page 10

1      A.   It's to Orange Mortgage Servicing, and it's a

2   weekly payment that I call it rent, for shorthand, but I

3   do not know if it's for rent, lease, or mortgage.

4      Q.   And what is the amount of that?

5      A.   3500, 3745, and 6500.

6      Q.   So you gave me three different numbers.  What

7   are those numbers for exactly?

8      A.   One is for, what I write on the check, rent.

9      Q.   So is it the 3500?

10     A.   Yes.  The 3745 is for rent, slash, sales tax.

11     Q.   Okay.

12     A.   And the 6500 is for rent, slash, option.

13     Q.   So you write physical checks in those amounts

14   every week?

15     A.   Yes.

16     Q.   And where do you deposit those checks?  Where

17   do those checks go?

18     A.   I mail them to an office up in Sunrise.

19     Q.   And all of them go to Orange Mortgage?

20     A.   Orange servicing.

21     Q.   But you don't know anything with regards to

22   the mortgage aspect, the actual agreement for these

23   amounts?

24     A.   Correct.

25     Q.   Do you know if BTS North Inc. and/or T.K.

                                                    Page 11

```
 1    Promotions Inc. own any intangible assets, such as
 2    intellectual property, copyrights, trademarks?
 3         A.   Not to my knowledge.
 4         Q.   So you don't know if it actually has a
 5    landlord?  You just think that it might have a mortgage,
 6    but you don't know if it's the mortgage or the rent that
 7    you pay?
 8         A.   For BTS North?
 9         Q.   For BTS North?
10         A.   Correct.
11         Q.   Okay.  What about T.K. Promotions Inc.?  Is
12    there a rental fee or a lease that you pay, or is there
13    a mortgage?
14         A.   There's a lease.
15         Q.   There's a lease, okay.  Is it also a weekly
16    lease?
17         A.   No, monthly.
18         Q.   And what is that amount?
19         A.   The rent portion is -- I can't remember off
20    the top of my head.  It's between $30,000 and $31,000 a
21    month.  Then there's an additional check for a portion
22    of the utilities for the shopping plaza, which is $759,
23    I would say $760, and I'm not sure about the cents.  And
24    a 1,000 check is paid to the valet services in the
25    parking lot.
```

Page 12

1      Q.   Those three, those are three separate checks

2   that you make out?

3      A.   Yes.

4      Q.   Do all those checks go to a separate entity?

5      A.   One goes to one entity, and the other two go

6   to another entity.

7      Q.   The one that goes to one entity, what is the

8   amount, and where does it go?

9      A.   $1,000 and that's for Key Parking Services.

10     Q.   Key?

11     A.   Yes, Key Parking Services.

12     Q.   And the other one?

13     A.   That one is to Robin's Plaza Family, I believe

14  it's Inc., but I know it's Robin's Plaza, the landlord,

15  and that's for utilities and the rent.

16     Q.   So you make two separate checks, one for the

17  rent and the other one for the utilities?

18     A.   Yes.

19     Q.   So do you know, for T.K. Promotions Inc., do

20  you know the terms of the lease agreement?

21     A.   I just know the rental amount changes every

22  year.

23     Q.   Have you seen that agreement before?

24     A.   I have seen it, but I haven't read it.

25     Q.   Are you in possession of that agreement?  Do

Page 13

1    you have it?

2         A.   Yes, I am.

3         Q.   I would ask that you please provide that

4    document to Mr. Lirot?

5         A.   Okay.

6         Q.   So do you know when that lease begins and when

7    it ends, the dates of the last lease?

8         A.   I know when it started.  I haven't looked to

9    see when it ends.

10        Q.   When did it start?

11        A.   I want to say 2004 or 2005, around that time.

12   I can be more exact when I look at the paper.

13        Q.   So as far as you're concerned, there's only

14   one lease, that you're aware of, that's for a duration

15   of a certain amount of years.  It's not a lease that you

16   have to renew every year, correct?

17        A.   Right.

18        Q.   And when it comes to BTS North Inc., have you

19   ever seen a lease agreement for the rental of the

20   property?

21        A.   No.

22        Q.   What are BTS North's sources of revenue, all

23   the revenue that it collects?  What are its sources?

24        A.   Door charge, cover charge, liquor sales, beer,

25   wine, merchandise, T-shirts, hats, friction dances,

Page 14

1   preferred seating or what most people call VIP areas,

2   rental of the space, and dance certificates.

3       Q.   Dance certificates, what are those?

4       A.   Kind of like a gift card, a gift voucher, used

5   to pay for entertainment and tipping purposes, not to

6   pay for a cover charge or beverage purchases.

7       Q.   Okay.  So if a customer didn't have any cash

8   on him or her, that you could go about purchasing that

9   dance certificate?

10      A.   Correct.

11      Q.   Is it through an ATM?  How do they get that

12  dance certificate?

13      A.   They would notify the attention of one of the

14  floor hosts, who will probably direct them to the

15  manager, and they would do a credit card transaction.

16      Q.   What do those dance certificates look like?

17      A.   Probably about the same size as a legal tender

18  note.  One is orange and one a red or pink, and it says

19  Booby Trap something or other, and they come increments

20  of 5 and 10.

21      Q.   5 and 10 what?

22      A.   They have corresponding value, to be treated

23  as cash, but they're not cash, and they can only be used

24  in this one location, can't be redeemed at any other or

25  any other entertainment establishment or Publix.

Veritext Legal Solutions
866 299-5127

1      Q.   Are there any pictures on those certificates

2   or anything like that?

3      A.   No.  It's got some shapes and designs and

4   probably a picture.  I haven't seen one of those in a

5   couple of years.

6      Q.   But do you still have them?

7      A.   Yes, we do still have those.

8      Q.   Have they changed within the last 5 or

9   6 years?

10      A.   No.

11      Q.   They've been the same, okay.  So there's only

12   two types, the 5, it's the $5, and the 10, $10?

13      A.   The one that says 5 and the one that says 10,

14   correct.

15      Q.   There are no other ones?

16      A.   Right.

17           MS. KHOMIAK:  We would ask that you get us

18        those as well.

19           MR. LIROT:  No problem.

20   BY MS. KHOMIAK:

21      Q.   You also stated BTS North makes money from

22   T-shirts, licensed T-shirts and hats.  What's on those

23   T-shirts and hats?

24      A.   The hats say Booby Trap.  The T-shirts say

25   Booby Trap, with design artwork, graphic artwork.

Page 16

1      Q.   What kind of artwork?

2      A.   I've seen cowboy writing.  I've seen gothic

3  writing on it, what they call old English script.  We've

4  had a couple of them with a girl on it, a reflection of

5  a girl, and just graphic design, stars or little swirls

6  or things like paisley doodads on them.

7      Q.   So without us requesting for you to produce

8  the actual T-shirts, the actual merchandise, do you have

9  the picture of those T-shirts on your computer somewhere

10 or in an electronic format, something that shows what

11 those T-shirts look like?

12     A.   No, I do not.

13     Q.   And how long have you had merchandise, like

14 T-shirts, at BTS North Inc.?

15     A.   Pretty much since inception, since 2008, but

16 the designs, the shirts, the colors, vary from shipment

17 to shipment.

18     Q.   Who designs those T-shirts?

19     A.   That, I don't know.

20     Q.   So they just come in?

21     A.   They come in, and when an invoice comes in, I

22 write the check out and send it out.

23     Q.   Who are those invoices from?

24     A.   One of them, I sent out to Creative

25 Industries.  Another one I've written a check to, for

                                          Page 17

1   the hats, I have the entity name in one of my files over

2   there.

3       Q.   Okay.  You also stated that you make money,

4   general revenue, from VIP areas.  Can you elaborate on

5   that?

6       A.   On certain days and nights, when it's a lot

7   busier than now, a customer wants to come in with their

8   party of friends and sit in one of the preferred seated

9   areas, they would pay the purchase price of a bottle of

10  liquor or whatever it is they were going to drink, and

11  certain nights and certain days have a space usage that

12  they allow, depending on where it's situated in the

13  club.  It could be from an extra $50, to an extra $100,

14  to an extra $200.

15         Then there are also VIP private rooms, which

16  we rent for $50 for the half hour, and the customer

17  hangs out with an entertainer or a couple of friends,

18  cocktail servers in and out, whatever they want.

19      Q.   And do those come with a VIP membership?

20      A.   No.

21      Q.   Do you have VIP membership at BTS North Inc.?

22      A.   No.

23      Q.   Do you have VIP membership at T.K. Promotions

24  Inc.?

25      A.   No.

Veritext Legal Solutions
866 299-5127

1       Q.   What are the sources of revenue of T.K.

2    Promotions Inc.?  Would they be the same as you just

3    described for BTS North?

4       A.   Yes.

5       Q.   Do you also do T-shirts and hats and that type

6    of purchase for T.K. Promotions Inc.?

7       A.   Yes.

8       Q.   And you have the dance certificates?

9       A.   Yes.

10      Q.   Do those dance certificates differ from the

11   BTS North certificates?

12      A.   Yes.

13           MS. KHOMIAK:  We would ask that those also be

14       produced, Mr. Lirot.

15           MR. LIROT:  Yes.

16      Q.   And what are the door charges for each, the

17   BTS North and T.K. Promotions Inc.?  What are the door

18   charges, do you know?

19      A.   That, I don't know.

20      Q.   Who determines what would be the door charges?

21      A.   The general manager usually.

22      Q.   Does BTS North earn a percentage of any of the

23   earnings that the dancers make?

24      A.   Any of the earnings that a dancers make?

25      Q.   Yes, so when a girl gets tips, does the club

                                              Page 19

1    get a percentage of that?

2         A.   No.  We don't know how much she's making.

3         Q.   So even if she goes into the VIP, you don't

4    charge for the VIP room?  You don't charge for that

5    access?

6         A.   That is just a $50 rental fee for the room,

7    the half hour rental fee.  And when they want to hang

8    out, but not for 30 minutes at a time, there's a private

9    dance room, which is on another side of the club, and

10   they pay $5 per song, and that's for use of the private

11   space, so we don't have any lewd and lascivious behavior

12   on the sales floor.

13        Q.   And so that goes directly to the club, and on

14   top of that, they pay the girl?

15        A.   Who?

16        Q.   The customers.

17        A.   The customers pay the girl, yes.

18        Q.   Mr. Gori also testified that BTS North Inc.

19   leases the space of the club to the entertainers, is

20   that correct?

21        A.   Yes.

22        Q.   Do you ever negotiate the leases for the

23   dancers?

24        A.   I do not.

25        Q.   But you do have access to those leases,

Page 20

1    correct?

2        A.   Yes.

3        Q.   And what about BTS North Inc.?  Do they lease

4    their space to the dancers?

5        A.   Yes.

6        Q.   And do you have access to those leases?

7        A.   Yes.

8        Q.   We would also ask that those be produced to

9    us, both for BTS North Inc. and T.K. Promotions Inc.

10       A.   The lease agreements?

11       Q.   From what I understand from the testimony of

12   the other managers, there's a form, and we need to see a

13   sample form from each club.

14       A.   Oh, a sample, that's okay, unless you want to

15   bring in four file cabinets.

16       Q.   No, a sample.  Do you know the terms of those

17   leases?

18       A.   Vaguely familiar, I have not read through one

19   of them in quite some time.

20       Q.   What's on them, generally?

21       A.   It's a two-part lease.  The first part is an

22   opt in or opt out, and it's the first thing that they

23   read to the entertainers, and states that you can choose

24   to be an employee or a licensed entertainer.

25            The difference between the two, and we have

Page 21

```
 1    general differences differentiating between the two, an
 2    employee will have a set schedule, will have set outfits
 3    that she or he would have to wear, would have to report
 4    all their income, all tips and monies would be turned
 5    into the club, and then the club would, in turn, pay
 6    them, in the form of a check or a 1099, whatever that
 7    arrangement would be.  That's pretty much the main
 8    general aspects of the employee portion.
 9              As far as the entertainment portion, they make
10    their own schedule.  All the money that they keep would
11    be theirs, less some administrative fees.  Did I say
12    they pick their own schedule?  Yes.  And they would be
13    responsible for incurring their own income.
14              And then the second part of the lease is the
15    general description, the definition between the
16    entertainer and the club, basic rules as far as local
17    and state ordinances, definition of terms, insofar as
18    breach of agreement, what substantiates a breach of
19    agreement of a basic lease, like a landlord/tenant
20    lease.
21         Q.   Do the entertainers, the dancers, pay a fee in
22    order to dance, per shift?
23         A.   They pay rent.
24         Q.   And what is that rent?
25         A.   That, I'm not exactly sure how much it is.  It
```

Page 22

1     is stated on the back of a lease, and it's for use of

2     the facilities, area for them to store their things

3     secure, bathrooms, first aid kit, should it be needed,

4     and that's pretty much what their rent would consist of.

5          Q.   Is there anything in this lease agreement that

6     discusses advertising and the use of the entertainers'

7     images for advertising purposes?

8          A.   That, I wouldn't know.

9          Q.   Okay.  Is this lease the same for T.K.

10    Promotions Inc., as it is for BTS North Inc.?

11         A.   Yes.  It just has different addresses.

12         Q.   Does BTS North Inc. maintain any insurance

13    policies?

14         A.   Yes.

15         Q.   What about T.K. Promotions Inc.?

16         A.   Yes.

17         Q.   And do you know if there has been a

18    cancellation of any of those policies within the last

19    5 years?

20         A.   Not to my knowledge.

21         Q.   So they've been kept current and there's been

22    no gaps?

23         A.   Correct.

24         Q.   Do you know who the current carrier is for BTS

25    North Inc.?

                                                    Page 23

1      A.   I do not.

2      Q.   What about T.K. Promotions Inc.?

3      A.   I do not.

4      Q.   Do you know if BTS North Inc. filed any claims

5    with the insurance carrier, as a result of the this

6    lawsuit?

7      A.   Not to my knowledge.

8      Q.   What about T.K. Promotions Inc.?

9      A.   Not to my knowledge.

10      Q.   And who would know that?

11      A.   Mr. Gori.

12      Q.   So you don't know any of the carriers in the

13    last 5 years, for both, BTS North Inc. and T.K.

14    Promotions Inc.?

15      A.   Correct.

16      Q.   And is Mr. Gori the one that usually handles

17    insurance policies and getting insurance for the clubs?

18      A.   He has an insurance rep, an insurance guy, and

19    he's the one that handles all of that.

20      Q.   But you never deal with that?

21      A.   I don't talk to insurance companies.  He'll

22    send me an invoice.  No, sometimes we'll get a bill.

23    I'm not exactly sure what it's from.  It will say

24    insurance.  And so I'll call up this other person, and

25    he'll tell me that's for a policy at this location, that

Page 24

```
 1    location, wherever.
 2         Q.   And you just pay it?
 3         A.   Yes.
 4         Q.   When you say you make all these payments for
 5    the mortgages, the rents, the insurance policies, where
 6    do all these payments come from?  Is there a credit card
 7    that's being charged, or is there an account where all
 8    the monies from the two clubs are kept?
 9         A.   Sometimes it's on a credit card.  Other times,
10    it's on an operating account.
11         Q.   Okay.  And who owns that credit card?
12         A.   Mr. Gori.
13         Q.   The operating account that you just mentioned,
14    that's one account, that both BTS North Inc. and T.K.
15    Promotions Inc. both deposit their revenue into?
16         A.   No.  Each entity has their separate operating
17    account.
18         Q.   So you would drop a check from a separate
19    account, depending on which location?
20         A.   Correct.
21         Q.   Does BTS North Inc. have a person that's in
22    charge of marketing?
23         A.   I believe so.  I just don't know exactly who
24    it is or what, to the extent that they do it.
25         Q.   Do you know Duffy?
```

                                                        Page 25

1        A.   I've heard of him, more recently in the last

2    couple of weeks, yes.

3        Q.   He also goes by J-Dog Media.  His full name is

4    Darren Franclemont.  He also goes by Mad Dog

5    Designs Inc., but I'll just refer to him as Duffy,

6    because that's what you know him as.

7        A.   Okay.

8        Q.   Have you ever spoken to Duffy?

9        A.   A few times.

10       Q.   Have you ever e-mailed him or he e-mailed you?

11       A.   No.

12       Q.   Do you ever get invoices from Duffy?

13       A.   No.

14       Q.   So you don't know that Mr. Gori testified that

15   Duffy is the one that is in charge of all the

16   advertising for both BTS North Inc. and T.K. Promotions

17   Inc.?

18       A.   That would be a response that only he would

19   fully know, 100 percent, that answer to.

20       Q.   So you don't know anything about the

21   advertising that's going on for both BTS North Inc. and

22   T.K. Promotions Inc.?

23       A.   When I see it in a magazine or on a taxicab or

24   on a new advertisement flyer, yes.

25       Q.   Do you pay the bills for advertising?

                                             Page 26

1          A.    I do not.

2          Q.    And who pays those bills?

3          A.    I do not know.

4          Q.    So when you just mentioned that you would see

5     it on a cab, what would you see on the cab exactly?

6          A.    On top of a taxicab, a picture, for example,

7     the only ad I've seen on a taxicab is for the other

8     location, Booby Trap on the River, an address and a

9     phone number.

10         Q.    Do you ever see any images on there?

11         A.    I can't say I have.  I do know it's pink and

12    purple.

13         Q.    So you don't know what kind of services Duffy

14    provides for BTS North Inc. and T.K. Promotions Inc.?

15         A.    I can speculate, but I don't know for sure.

16         Q.    Do you know if BTS North Inc. and T.K.

17    Promotions Inc. maintains any social media accounts,

18    such as Facebook, Twitter, and Instagram?

19         A.    We do have them.  We do have them, and they

20    have some of our artwork on it.  So I would say yes.

21         Q.    Okay.  Do you have access to the social media

22    accounts for BTS North Inc. and T.K. Promotions Inc.?

23         A.    No.

24         Q.    And who has access to them?

25         A.    I do not know.

Veritext Legal Solutions
866 299-5127

1          Q.    And who would know?

2          A.    Mr. Gori.

3          Q.    Do you know if Duffy has access to them?

4          A.    I do not know who has access to them.

5          Q.    So you don't know who created those social

6    media accounts?

7          A.    Correct.

8          Q.    Do you know if any of the other managers for

9    T.K. Promotions Inc. and BTS North Inc. have access to

10   the social media pages?

11         A.    To the clubs'?

12         Q.    The clubs' social media pages.

13         A.    I do not know.

14         Q.    Do you know who runs the BTS North website?

15         A.    No.

16         Q.    What about T.K. Promotions's website?

17         A.    Same thing, I do not know.

18         Q.    Do you know if BTS North Inc. maintains a

19   computer network?

20         A.    A computer network?

21         Q.    Is there a system that's set up that connects

22   all the three clubs or all the four clubs together?

23         A.    To my knowledge, no, there isn't.

24         Q.    So you wouldn't be able to access the other

25   two clubs, the clubs that you don't work for, their

Page 28

```
 1    computer system, correct?
 2         A.    Correct.
 3         Q.    Would you be able to access the T.K.
 4    Promotions Inc.'s system from the BTS North Inc.'s
 5    system?
 6         A.    Their office computer?
 7         Q.    Yes.
 8         A.    No, I would not.
 9         Q.    Does BTS North Inc. maintain a customer e-mail
10    list?
11         A.    Not that I'm aware of.
12         Q.    What about T.K. Promotions Inc.?
13         A.    Same, not that I'm aware of.
14         Q.    And what about VIP membership?
15         A.    Not that I'm aware of, for either one.
16    Rephrase that.  Did you say VIP memberships?
17         Q.    Yes.
18         A.    I don't know if they have memberships, and if
19    they do or they don't, I don't know who would handle it.
20    To the best of my knowledge, we have no VIP memberships.
21         Q.    There's no cards that you would hand out to
22    customers after they spent a lot of money, for them to
23    come in next time and get some perks and benefits,
24    something like that, or is there?
25         A.    We do have cards, and those are left up to the
```

Page 29

1    manager's discretion.

2        Q.    Do you know what those cards look like?

3        A.    Yes.

4        Q.    What do they look like?

5        A.    Pretty much the same as some of the other

6    flyers that we've had here, same kind of font, address,

7    phone numbers, things like that, and on the back side,

8    the different locations that they're good for.

9        Q.    So if a customer got a VIP card from BTS North

10   Inc.'s location, would you be able to use it at the

11   other locations?

12       A.    To the best of my knowledge, yes.

13       Q.    So the card would be the same for all the

14   locations?

15       A.    Correct.

16            MS. KHOMIAK:   We would ask for those to be

17       produced.

18            MR. LIROT:   A sample of the cards?

19            MS. KHOMIAK:   A sample, yes.

20            MR. LIROT:   Certainly.

21   BY MS. KHOMIAK:

22       Q.    Do you know how long you've had those cards

23   for?

24       A.    Since the beginning.

25       Q.    Which is?

                                            Page 30

1       A.   I started here in 2008, and we had those

2    cards.

3       Q.   Have they changed at all?

4       A.   Yes.

5       Q.   What did they look like before?

6       A.   Different shades of colors, some were just all

7    dark, a dark color, with just the name of the location,

8    one of the former ones that we used to have, and on the

9    back side, addresses and phone numbers for the different

10   locations.

11      Q.   How many times have they changed?

12      A.   I can't put a number on it, a few times, at

13   least twice.

14      Q.   Do you have access to the older cards?

15      A.   No, I do not.

16      Q.   Do you know who would?

17      A.   Whoever they were made from.

18      Q.   And you don't know where they were made from?

19      A.   No.

20      Q.   Does BTS North Inc. hire any independent

21   contractors for any purpose whatsoever?

22      A.   Independent contractors?

23      Q.   Yes, besides yourself.

24      A.   Hired, as far as paycheck or 1099?

25      Q.   Yes, a 1099.

                                              Page 31

1        A.   Not to my knowledge.

2        Q.   Do you know if Duffy is an independent

3    contractor?

4        A.   I do not know his arrangement.

5        Q.   Have you ever seen any contract between BTS

6    North Inc. and Duffy?

7        A.   No, I have not.

8        Q.   What about T.K. Promotions Inc. and Duffy?

9        A.   I have not.

10       Q.   So you don't know when he was originally hired

11   or who hired him?

12       A.   That is correct.

13       Q.   Do you believe that it could have been

14   Mr. Gori?

15       A.   Yes, I believe that's a proper assumption.

16       Q.   I'm sorry, but previously, did you -- have you

17   had any contact with Duffy yourself?

18       A.   Aside from meeting at this day, this time, or

19   things of that nature?

20       Q.   What do you mean by meeting?

21       A.   Last Wednesday, that we were supposed to be

22   here, and today.

23       Q.   Did he call you to inform you of this

24   deposition?

25       A.   Was it him or was it Patty?  No, it was an

Page 32

```
 1   e-mail.

 2        Q.   From whom?

 3        A.   From Duffy, Luke Lirot was carbon-copied on

 4   it, and a couple of other names.

 5        Q.   But who did that e-mail come from?

 6        A.   Without looking at it, I couldn't tell you

 7   right now.

 8        Q.   So you don't know if it came from Duffy?

 9        A.   I would have to look at it, to see if it did

10   come from him or not.

11        Q.   And it was about this deposition?

12        A.   Yes.

13             MS. KHOMIAK:  We would request that that

14        document be produced, that e-mail.

15             MR. LIROT:  Yes.

16   BY MS. KHOMIAK:

17        Q.   Besides that specific instance, have you ever

18   communicated with Duffy via e-mail?

19        A.   No.

20        Q.   Have you contacted him via telephone before?

21        A.   Telephone, yes.

22        Q.   What was the purpose of that contact?

23        A.   It's been a while.  I couldn't say 100 percent

24   what the reason was.

25        Q.   But why would you have contacted him, in
```

Page 33

1    general?  Why would you talk to Duffy?

2         A.   Pay-per-view instructions, for some of the

3    pay-per-view events that we televise.

4         Q.   So would he order the pay per view for the

5    clubs?

6         A.   I don't know who orders it, but I know I would

7    get the on-channel programming, what channel to program

8    into.

9         Q.   So he gives you the instructions what channels

10   to put the TVs on?

11        A.   Yes.

12        Q.   And that's the only reason why you would

13   contact him?

14        A.   Pretty much.

15        Q.   It would never be about any of the events that

16   are going on in the club?

17        A.   The events going on in the club?

18        Q.   A Halloween event, St. Patty's Day event, any

19   specials that are going on.

20        A.   If I have, I would have to say it was a very

21   long time ago.

22        Q.   Long time, meaning how long?

23        A.   Over 3 years ago.

24        Q.   Would that be about him creating flyers or

25   promotions or posting to social media, about those

                                               Page 34

1    events?

2         A.   Couldn't be exact as to what it was for.

3         Q.   Do you ever decide or determine what events to

4    host at BTS North Inc. or T.K. Promotions Inc.?  Do you

5    ever decide on what events to host at the two clubs, BTS

6    North Inc. or T.K. Promotions Inc.?

7         A.   No, I do not.

8         Q.   And who decides on that?

9         A.   I do not know.

10        Q.   So when you have a Halloween event coming up,

11   where does that event come from?  How is that organized?

12        A.   That, I don't know.

13        Q.   Okay.  So you're just told we're having a

14   Halloween event?

15        A.   Usually it's when I see a new flyer come in,

16   being delivered.

17        Q.   So nobody ever talks to you about it before

18   you see the flyers?

19        A.   Correct.

20        Q.   And where do those flyers come from?

21        A.   Some printing company, GTC Printing or Media,

22   something like that.  That's what the label says.

23        Q.   Do you know if GTC Printing creates those

24   flyers, creates the graphic design for those flyers?

25        A.   No, I do not.

                                              Page 35

1      Q.   So you have no idea who comes up with the idea

2   for those flyers that come in?

3      A.   Correct.

4      Q.   And do those flyers always come in from GTC

5   Printing?

6      A.   I haven't seen all of them, so I couldn't say

7   yes or no, but the ones I have paid attention to, it's,

8   what is this box for?  What is it?  Oh, okay, it's

9   probably some cards or flyers or something.

10     Q.   Okay.  So you never had the final approval of

11  those flyers, do you?

12     A.   No.

13     Q.   Have you asked Mr. Gori about those flyers,

14  who designed them?

15     A.   No, I have not.

16     Q.   Let's go back to Exhibit 1.  And let's go to

17  page 5.  Page 5 contains all of the documents that we

18  asked you to produce for this deposition, and Mr. Lirot

19  has produced some of these documents, but I'll still

20  need to go over them with you.

21         No. 1 asks for:

22         Any and all letters, e-mails, and/or other

23      correspondence between the plaintiffs and

24      his/her/their representatives and yourself.

25         First of all, before you answer whether you

Page 36

1    have those documents, I'm going to hand you Exhibits 2

2    through 14.

3               (Plaintiffs' Exhibit Nos. 2, 3, 4, 5, 6, 7, 8,

4          9, 10, 11, 12, 13, 14, Photographic Images, were

5          marked for identification.)

6    BY MS. KHOMIAK:

7          Q.   If you can, look through each of these pages.

8    And we'll go off the record for now, while you look at

9    them.

10              (Off the record.)

11   BY MS. KHOMIAK:

12         Q.   So going back to the first request, on page 5,

13   that says:

14              Any and all letters, e-mails, and/or other

15         correspondence between the plaintiffs and

16         his/her/their representatives and yourself.

17              The plaintiffs are the models that are

18   depicted in Exhibits 2 to 14, that you just reviewed.

19   Do you have any correspondence or any letters or e-mails

20   between yourself and the models depicted in those

21   images?

22         A.   No, I do not.

23         Q.   Do you know if anybody else is employed by

24   this club, that has any correspondence with the models

25   depicted in those exhibits?

1      A.   No, I would not.

2      Q.   No. 2 asks for:

3           Any and all documents that refer to, reflect,

4      or evidence any and all communications between you,

5      or anyone acting on your behalf, and any other

6      person related to the creation, distribution, or

7      payment for the images attached as exhibits and/or

8      composites to plaintiffs' complaint.

9           The exhibits are the images that you just

10     reviewed in Exhibits 2 through 14.  Do you have any

11     documents that relate to the creation and/or

12     distribution of payments for those images?

13     A.   No, I do not.

14     Q.   No. 3 asks for:

15          All documents that refer to, reflect, or

16     evidence any and all written agreements between

17     you, your representatives, agents, or anyone acting

18     on your behalf, and any other person related to the

19     creation, distribution, or payment for the images

20     attached as exhibits and/or composites to

21     plaintiffs' complaint.

22     A.   No, I do not.

23     Q.   No. 4 asks for:

24          All documents that refer to, reflect, or

25     evidence any and all written agreements between

Page 38

1          you, your representatives, agents, or anyone acting

2          on your behalf, and any plaintiff related to the

3          creation, distribution, or payment for the images

4          attached as exhibits and/or composites to

5          plaintiffs' complaint.

6      A.    No, I do not.

7      Q.    No. 5 asks for:

8          All reports, estimates, statements, invoices,

9          bills, or receipts for earnings or profits related

10         to the usage of plaintiffs' images described in

11         plaintiffs' complaint.

12     A.    No, I do not.

13     Q.    Okay.  When you, for instance, look at

14   Exhibit 2, and you look at the first page of Exhibit 2,

15   this is a screen shot of the BTS North Inc.'s Facebook

16   page, the image that was used and posted is a plaintiff

17   Cielo Jean Gibson, and it's posted on December 25, 2013.

18         Do you know who would have the information of

19   how much BTS North Inc. made on December 25, 2013, what

20   the revenue was on that date?

21     A.    Revenue on that date?

22     Q.    Yes.

23     A.    Yes.

24     Q.    And who would that be?  Who would have that

25   revenue information?

Page 39

1        A.    Myself.

2        Q.    So you would have the revenue for this

3   specific date?

4        A.    For that specific date, if not myself, the

5   accountant.

6        Q.    When you flip to the fourth page of the same

7   exhibit, Ms. Gibson, another image of her was used on

8   October 28, 2013.  Would you have the revenue, how much

9   BTS North Inc. made on that day?

10        A.    Yes.

11        Q.    When you flip to the second-to-last page of

12   the exhibit, that is the screen shot of an image on T.K.

13   Promotions' Facebook page, and this image was also the

14   same image posted on October 28, 2013.  Would you have

15   T.K. Promotions' revenue from that date?

16        A.    Yes.

17        Q.    Okay, great.  And how is that revenue kept?

18   In what format would you have that revenue in?  Was it

19   on a spreadsheet, or what kind of document is it kept

20   in?

21        A.    It should be on a spreadsheet, and it should

22   also be a sales log pulled from the register.

23        Q.    And you have access to all of that

24   information?

25        A.    Yes.

Page 40

1      Q.    Okay.  So the other exhibits, 3 to 14, if you

2   can look at the dates when those images were also

3   posted, can you tell me, and if you don't know

4   something, just ask me, but can you tell me which

5   revenue you have for which dates, that are on these

6   exhibits?

7          So starting with Exhibit 3, Cora Skinner,

8   November 5, 2013.  Do you have the revenue for that

9   date, for both T.K. Promotions Inc. and BTS North Inc.?

10     A.    Yes, I would.

11     Q.    Okay.  What about November 12, 2013?

12     A.    Isn't it the one we were looking at?

13     Q.    The first image is November 5, 2013, and the

14  second image is November 12, 2013.

15          MR. LIROT:  Same image, different day.

16     A.    Yes, I would have the information.

17     Q.    The third page of the same Exhibit 3 has the

18  date of July 31, 2015.

19     A.    Okay.

20     Q.    Do you have the revenue for that date?

21     A.    I have access to it, yes.

22     Q.    Okay.  Moving on to Exhibit No. 4, Vivian

23  Kindle, her image was posted on April 11, 2013.  Do you

24  have access to that revenue, for both clubs?

25     A.    Yes, I would.

Page 41

1      Q.   And on page 3, you will see another image of

2  Ms. Kindle.  And this image was posted on July 12, 2015.

3  Do you have access to that date's revenue?

4      A.   Yes, I would.

5      Q.   Okay.  Moving on to Exhibit 5, Alicia Whitten,

6  her image was posted on September 23, 2014.  Do you have

7  access to the clubs' revenue for that date?

8      A.   Yes.

9      Q.   And next is Exhibit 6, Ashley Vickers.  She

10  has a couple of images.  One of her images was posted on

11  August, 23, 2013.  Do you have access to the clubs'

12  revenue on that date?

13      A.   Yes, I do.

14      Q.   Her second image was posted on March 26, 2015.

15  Do you have access to that?

16      A.   Yes.

17      Q.   And another image was posted on March 26,

18  2015.  Do you have access to that?

19      A.   2015?

20      Q.   Yes.

21      A.   Yes, I would.  I just want to state that some

22  of the dates are chopped off and incomplete.

23      Q.   The year, you mean?

24      A.   Correct.

25      Q.   Well, the way that Facebook works, I'll submit

Page 42

1    to you, that if you're taking a screen shot of the image

2    of the same year, it's not going to post the year date.

3    It's only the images that were from previous years, that

4    they'll have the year date.

5        A.   Okay.

6        Q.   And her last image was posted on January 17,

7    2014.  Do you have access to the clubs' revenue for that

8    date?

9        A.   Yes, I do.

10       Q.   Okay, great.  Moving on to Exhibit No. 7,

11   which is Dessie Mitcheson, her image was posted on

12   December 22, 2013.  Do you have access to the revenue

13   for that date?

14       A.   Yes.

15       Q.   Okay, next is Exhibit 8, Devon Justine

16   Takeguma.  Her image was posted on December 28, 2014.

17   Do you have access to the clubs' revenue on that date?

18       A.   Yes.

19       Q.   Okay.  Next is Exhibit 9, Eva Papaj.  Her

20   image was posted on March 11, 2015.  Do you have access

21   to that revenue?

22       A.   Yes.

23       Q.   Okay.  Next exhibit is Exhibit 10 Jessica

24   Burciaga.  One of her images was posted on February 7,

25   2014.  Do you have access to the revenue for that date?

Page 43

1       A.   Yes.

2       Q.   Her other image was posted on August 8, 2014.

3   Do you have access to the revenue, for both clubs, on

4   that date?

5       A.   Yes.

6       Q.   And her third image was posted on May 17,

7   2013.  Do you have access to the revenue for both clubs

8   on that date?

9       A.   Yes.

10      Q.   A few more.  Exhibit 11 is an image of Lina

11  Posada.  Her image was posted on December 5, 2014.  Do

12  you have access to the revenue on that date?

13      A.   Yes.

14      Q.   Exhibit 12 contains Marketa Kazdova's image,

15  and her image was posted on the clubs' Facebooks on

16  April 2, 2015.  Do you have access to the revenue on

17  those dates?

18      A.   Yes.

19      Q.   Exhibit 13 has images of Paola Canas.  Her

20  images were posted on August 16, 2013.  Do you have

21  access to the clubs' revenue on that date?

22      A.   Yes.

23      Q.   And lastly, Exhibit 14 is Tina Quarles.  Her

24  image was posted May 19, 2015.  Do you have access to

25  the clubs' revenues on that date?

Page 44

1        A.    Yes.

2        Q.    We would ask that you produce that revenue

3    information, that we just went over, to Mr. Lirot.

4        A.    Okay.  Will somebody be providing me with a

5    list of all the dates, or am I taking all these home

6    with me?

7        Q.    I can give you copies of all of these.

8              MR. LIROT:  I think that would be the easiest

9        and safest thing to do.

10       A.    Just make sure it has the year date.

11       Q.    Just so you know, if it doesn't have the year

12   date, it's 2015, just so you know, because that's when

13   the screen shots were taken.  Remember when you asked me

14   originally?

15       A.    Mm-hmm, so if it does not have a year, it

16   would be 2015?

17       Q.    Correct, yes.

18       A.    Okay.

19       Q.    Going back to Exhibit 1 and page 5 of the list

20   of all the documents that we asked you to produce, No. 6

21   asks for:

22              Any and all documents bearing any plaintiff's

23        image.

24              As you just went over the images that are the

25   subject of this lawsuit, first of all, have you seen

                                              Page 45

```
 1    these images previously, before today's deposition?
 2         A.   No.
 3         Q.   You have not, okay.  Have you seen these
 4    models in any other advertising for the clubs?
 5         A.   To not come across as insensitive or rash,
 6    they blend in with all the pictures that I see for all
 7    the other adult entertainment establishments.  I don't
 8    really pay attention.
 9         Q.   So you don't know if you could've possibly
10    seen them in other advertisements?
11         A.   Correct.
12         Q.   No. 7 asks:
13              Any and all documents, videos, and or diagrams
14         that refer to, reflect, or evidence any
15         photographic images of plaintiffs.
16              So besides images, anything else, any videos,
17    any diagrams, anything else that contains these models'
18    images.
19         A.   Aside from those, no.
20         Q.   No. 8 asks for:
21              Any and all images of plaintiffs in whatever
22         format they exist.
23         A.   I do not.
24         Q.   Besides the flyers that you get for the
25    promotions that are happening at the clubs and the
```

Page 46

1    taxicab promotions, does BTS North Inc. and T.K.

2    Promotions Inc. do any other sort of advertising?

3         A.   Themselves?

4         Q.   Yes.

5         A.   No.  We refer all telephone calls for radio

6    spots, we just take down the name and number, what radio

7    station they're calling from or TV station, and just

8    leave it out for Phil.

9         Q.   So do you advertise on TV?

10        A.   I haven't seen any commercials.

11        Q.   But you have heard of radio advertisements?

12        A.   I have heard of them in the past, none too

13   recently, and I guess -- I have satellite radio, so I

14   don't hear AM or FM.

15        Q.   And who pays those invoices?  Have you paid

16   any of those invoices?

17        A.   I have not.

18        Q.   And you haven't paid Duffy's invoices?

19        A.   Correct.

20        Q.   So who pays Duffy's invoices for T.K.

21   Promotions Inc. And BTS North Inc., if it's not you,

22   since you're in charge of the bookkeeping aspect of the

23   businesses?

24        A.   That would probably be a question better for

25   Mr. Gori.

                                        Page 47

```
 1          Q.   No. 9 asks for:

 2               Any and all documents that refer to, reflect,

 3          or evidence any and all claims made against

 4          defendants by plaintiffs' complaint.

 5               Have you reviewed the complaint in this

 6     action?

 7          A.   To be honest, no.

 8          Q.   So you don't know what claims are being made

 9     by the plaintiffs?

10          A.   Correct.

11          Q.   Do you, in general, know what this lawsuit is

12     about?

13          A.   The use of images?  That's pretty much to the

14     extent I know of it.

15          Q.   No. 10 asks for:

16               Any and all policies of insurance for BTS

17          North Inc., T.K. Promotions Inc., P.T.G.

18          Entertainment Inc., and Booby Trap Inc. for the

19          last five years.

20               Do you keep copies of those policies in your

21     office?

22          A.   No, I do not.

23          Q.   Would Mr. Gori be the only one that would have

24     copies of those?

25          A.   Either him, which probably not, or the
```

Page 48

1    insurance representative that he uses.

2         Q.   And do you know the name of the insurance

3    representative?

4         A.   Yes.

5         Q.   What is his name?

6         A.   Scott Medley, M-e-d-l-e-y.

7         Q.   And do you know the insurance company that he

8    works for?

9         A.   No.

10        Q.   You just have his phone number?

11        A.   Correct.

12        Q.   No. 11 asks for:

13             Any and all employee handbooks, guidelines, or

14        manuals of BTS North Inc., T.K. Promotions Inc.,

15        P.T.G. Entertainment Inc., and Booby Trap Inc. for

16        the last five years.

17             Are there any handbooks, guidelines, or

18    manuals?

19        A.   Yes.

20        Q.   Okay.  And do you have possession of them?

21        A.   Yes.

22        Q.   Do any of those handbooks contain a section on

23    advertising?

24        A.   Not that I can recall.

25             MS. KHOMIAK:  Mr. Lirot, I believe you have

                                              Page 49

1       produced those for --

2            MR. LIROT:  I think I produced just the one.

3            MS. KHOMIAK:  Yeah.

4            MR. LIROT:  I don't think anybody was familiar

5       with any others, other than Mr. Otero.

6            MS. KHOMIAK:  Well, I would ask you to produce

7       the handbooks for T.K. Promotions Inc. and BTS

8       North Inc. for the last five years.

9            MR. LIROT:  If we have them, we would be happy

10      to produce them.

11           MS. KHOMIAK:  Okay.

12  BY MS. KHOMIAK:

13      Q.   No. 13 asks for:

14           All documents reflecting employees of BTS

15      North Inc., T.K. Promotions Inc., P.T.G.

16      Entertainment Inc., and Booby Trap Inc., from 2011

17      to the present, including their last known address,

18      their dates of employment, if they are no longer

19      employed, and their position.

20           Do you keep a document that reflects all the

21  employees that have worked for BTS North Inc. and T.K.

22  Promotions Inc.?

23      A.   I do not.

24      Q.   And who would have that?

25      A.   Our payroll provider, FrankCrum.

                                              Page 50

1        Q.   Do you have a contact information, and can you

2   spell his last name?

3        A.   FrankCrum, C-r-u-m, they're our payroll

4   provider.

5        Q.   Okay.  No. 14 asks for:

6             Any and all documents that refer to, reflect,

7             or evidence images of plaintiffs used in any

8             marketing materials, including but not limited to:

9             Marketing and promotional materials, such as, but

10            not limited to: websites, social media accounts,

11            print, advertising, posters, videos, billboards,

12            marquees, newspapers, flyers, or coupons for BTS

13            North Inc., T.K. Promotions Inc., P.T.G.

14            Entertainment Inc., and Booby Trap Inc.

15            We earlier discussed the promotions that you

16   do on cabs and flyers.  Are there any promotions that

17   are done on billboards?

18        A.   Not that I've ever seen.

19        Q.   What about marquees?

20        A.   Aside from what we have out there, in the

21   parking lot, those are the only marquees I've seen.

22        Q.   Newspapers?

23        A.   I can't say I've seen them.  I don't read

24   newspapers.

25        Q.   Moving on to No. 15, it asks for:

Page 51

```
1              Any and all documents that refer to, reflect,
2         or evidence total gross profits from the past five
3         years to date of BTS North Inc., T.K. Promotions
4         Inc., P.T.G. Entertainment Inc., and Booby Trap
5         Inc.
6         A.   Yes.
7         Q.   So these are the tax records that Mr. Lirot
8    produced earlier?
9         A.   Yes.
10        Q.   And you produced them for 2012, '13, '14, '15,
11   and '16, for both BTS North Inc. and T.K. Promotions
12   Inc.?
13        A.   Yes.
14        Q.   No. 16 asks for:
15             Any and all statements for the guest check
16        average for the last three years for BTS North
17        Inc., T.K. Promotions Inc., P.T.G. Entertainment
18        Inc., and Booby Trap Inc.
19             Do you have a guest check average that you
20   calculate?
21        A.   We don't use those.
22        Q.   No. 17 asks for:
23             Any and all documents that refer to, reflect,
24        or evidence the amount of money spent on BTS North
25        Inc., T.K. Promotions Inc., P.T.G. Entertainment
```

Page 52

1          Inc., and Booby Trap Inc.'s websites, social media

2          accounts, print, advertising, posters, videos,

3          billboards, marquees, newspapers, flyers, or

4          coupons for the last five years.

5          A.   No, I do not.

6          Q.   No. 18 asks for:

7               Any and all documents that refer to, reflect,

8          or evidence the payment of any monies by you to any

9          of the plaintiffs related to the images attached as

10         exhibits and/or composites to plaintiffs'

11         complaint.

12         A.   No, I do not.

13         Q.   19 asks:

14              Any and all documents that refer to, reflect,

15         or evidence the payment of any monies by you to any

16         of the plaintiffs related to BTS North Inc., T.K.

17         Promotions Inc., P.T.G. Entertainment Inc., and

18         Booby Trap Inc.

19         A.   No, I do not.

20         Q.   No. 20 asks for:

21              Any and all documents that refer to, reflect,

22         or evidence the payment of any monies by you to the

23         plaintiffs related to the use of plaintiffs'

24         images.

25         A.   No, I do not.

1          Q.   No. 21 asks for:

2               All correspondence between you or anyone

3          acting on your behalf and plaintiffs or anyone on

4          the plaintiffs' behalf regarding the claims which

5          are the subject of this lawsuit.

6          A.   No, I do not.

7          Q.   22 asks for:

8               Any and all documents that refer to, reflect,

9          or evidence that plaintiffs are not entitled to any

10         compensation for your use of their images.

11         A.   No, I do not.

12         Q.   No. 23 asks for:

13              Any and all documents concerning when the

14         Images were first used in any of BTS North Inc.,

15         T.K. Promotions Inc., P.T.G. Entertainment Inc.,

16         and Booby Trap Inc.'s marketing materials,

17         promotional materials, advertising materials, or

18         products.

19         A.   No, I do not.

20         Q.   No. 24:

21              Any and all documents concerning where the

22         Images were first used.

23         A.   No, I do not.

24         Q.   25 asks for:

25              Any and all documents concerning how the

                                              Page 54

1          images were first used.

2     A.   No, I do not.

3     Q.   26 asks:

4          Any and all documents concerning where the

5          images were first published to the public.

6     A.   No, I do not.

7     Q.   27 asks for:

8          Any and all documents depicting the date when

9          any of the images were first released to the

10         public.

11    A.   No, I do not.

12    Q.   28 asks:

13         Any and all documents between you and any

14         third party relating to the creation, management,

15         and/or maintenance of any of BTS North Inc., T.K.

16         Promotions Inc., P.T.G. Entertainment Inc., and

17         Booby Trap Inc.'s social media accounts.

18    A.   No, I do not.

19    Q.   So you don't know who maintains the social

20    media accounts of T.K. Promotions Inc., and BTS North

21    Inc.?

22    A.   Correct.

23    Q.   29 asks:

24         Any and all documents between you and any

25         third party relating to the creation, management,

Page 55

1          and/or maintenance of BTS North Inc., T.K.

2          Promotions Inc., P.T.G. Entertainment Inc., and

3          Booby Trap Inc.'s websites.

4          A.   No, I do not.

5          Q.   Do you know who created the website for BTS

6     North Inc. and T.K. Promotions Inc.?

7          A.   No, I do not.

8          Q.   And you don't know who maintains and who runs

9     it?

10         A.   Correct.

11         Q.   Have you ever seen any invoices for the

12    maintenance of the websites?

13         A.   No, I have not.

14         Q.   No. 30 asks for:

15              All diagrams, photographs or videos taken or

16         produced by you, your marketing team,

17         representatives, agents, or any person or entity on

18         your behalf regarding and related to the images of

19         plaintiffs.

20         A.   No, I do not.

21         Q.   Lastly, 31 asks for:

22              All photographs or videos depicting the

23         interior of BTS North Inc., T.K. Promotions Inc.,

24         P.T.G. Entertainment Inc., and Booby Trap Inc. from

25         January 2011 to present.

Veritext Legal Solutions
866 299-5127

1        A.   No, I do not.

2        Q.   Okay.  So there's been nobody that came and

3   took pictures of the inside of the club, of BTS North

4   Inc., since January 2011?

5        A.   Maybe some contractors.

6        Q.   Who are these contractors?

7        A.   I can't recall the exact name of the entity.

8   But we were doing some structural repairs on the inside

9   of the roof, ceiling, and some engineers had to take

10  pictures.

11       Q.   Besides that, there's nobody that came in to

12  take pictures for, let's say, you know how Google has

13  the interior of certain businesses nowadays?

14       A.   Yes, Google did.

15       Q.   But besides Google, nobody else would have

16  photographs of the interior?

17       A.   If they do, they probably don't have it with

18  consent.

19       Q.   But nobody that you --

20       A.   Nobody contracted or hired, correct.

21       Q.   Is the same true for T.K. Promotions Inc.?

22       A.   Yes.

23       Q.   Do you know if anybody has destroyed any

24  documents for any of the two entities, T.K. Promotions

25  Inc., and BTS North Inc., since September 18, 2015, that

Page 57

1    also includes documents in electronic format?  Has

2    anybody destroyed any documents at all, since

3    September 18, 2015?

4         A.   Documents as far as?

5         Q.   Any documents pertaining to the business.

6         A.   If you want to count junk mail that comes in

7    addressed to us and I throw it in the trash, yes.

8         Q.   Asides from junk mail, has anything else been

9    deleted?

10        A.   To the best of my knowledge, no.  Since what

11   year?

12        Q.   September 18, 2015.

13        A.   No.

14        Q.   Take a look at Exhibit 2 for me again, Cielo

15   Jean Gibson.  You testified you had never seen this

16   before, correct, prior to today's deposition?

17        A.   Correct.

18        Q.   Have you ever gone on the Booby Trap Doral or

19   BTS South Miami or the Booby Trap in Pompano, on their

20   Facebook pages?

21        A.   I no longer have a Facebook accounts.

22        Q.   So you have no access to Facebook?

23        A.   Correct.

24        Q.   Since when is it that you no longer have

25   access to Facebook?

Page 58

1        A.   Since 2012 to 2013.

2        Q.   So you have no idea who posted these on Booby

3    Trap's social media pages?

4        A.   Correct.

5        Q.   Or who created these postings?

6        A.   I do not know.

7        Q.   Do you know if BTS North Inc. or T.K.

8    Promotions Inc. ever contacted any of these ladies

9    depicted in Exhibits 2 through 14?

10       A.   No, I do not know.

11       Q.   Do you know who has access to BTS North Inc.

12   and T.K. Promotions Inc.'s Facebook accounts, who has

13   administrative rights to enter the accounts?

14       A.   No, I do not.

15       Q.   And who would know that?

16       A.   Probably Mr. Gori.

17       Q.   Have you seen any documents to prove that BTS

18   North Inc. and T.K. Promotions Inc. had the authority or

19   permission to use the images depicted in Exhibits 2 to

20   14?

21       A.   I have not seen anything like that.

22       Q.   Do you know if they have the right to use

23   these images?

24       A.   I don't know.

25       Q.   Earlier we discussed the revenue generated on

Page 59

```
 1    these specific dates that I identified in Exhibit 2 to
 2    14.  You're able to split up the revenue per day, is
 3    that correct?
 4         A.   Yes.
 5         Q.   Can you split up the revenue per week, to see
 6    how much a club made on a specific week?
 7         A.   By adding it all up, yes.
 8         Q.   So you would have to add it all up?
 9         A.   Correct.
10         Q.   Okay.  Would it probably be easier for you to
11    produce the revenue not just for the dates that are
12    depicted on these images, but for the whole week before
13    the image was posted and the whole week after the image
14    was posted?  Would you be able to do something like
15    that?
16         A.   I can.
17         Q.   Okay.  I'm going to assume that would be
18    easier than just going through each specific date and
19    pulling it out, if you just do 2 weeks?
20         A.   Either way, it can be done.  One way would be
21    faster than the other.
22         Q.   Okay.
23              MR. LIROT:  Which would be faster?
24              THE WITNESS:  Pulling day by day.
25         Q.   We would need to see the revenue, how much the
```

Page 60

1    club made the week before the image was posted and the

2    week after the image was posted as well and on the date

3    the image was posted.

4            So it would be 2 weeks of and the image in

5    between, and that would be a lot more helpful, than just

6    the date when this was posted, so we would request those

7    documents.

8            So, for instance, when you look at CJ Gibson's

9    image, her first image was posted on December 25, 2013,

10   so if we could get a week before that, which would be

11   7 days before, and then 7 days after, including this

12   date, December 25, 2013.  Would you be able to do that?

13       A.   Yes.

14       Q.   Okay, thank you.

15       A.   What if it's one of these models that the

16   different posting dates are within a 2-week time frame?

17       Q.   Then that's fine.

18       A.   Both of them can be combined into one

19   2-week --

20       Q.   Certainly, yes.

21            MR. LIROT:  So for the earliest use of the

22       image, a week before that, and the latest use of

23       the image, a week after that?

24            MS. KHOMIAK:  Yes.

25            MR. LIROT:  So we have that scope.

Page 61

1             MS. KHOMIAK:  Yes.

2    BY MS. KHOMIAK:

3        Q.   For T.K. Promotions Inc., what is the

4    corporate office location for that club?

5        A.   I would have to assume it's here.

6        Q.   Here, meaning?

7        A.   This location.

8        Q.   What is this location?

9        A.   BTS North.

10       Q.   What is the address here?

11       A.   5325 Northwest 77th Avenue, Miami, Florida,

12   33166.

13       Q.   So T.K. Promotions Inc., doesn't have a

14   separate office on its premises, that's designated for

15   bookkeeping, accounting, all of that administrative

16   stuff?

17       A.   No.

18       Q.   Does T.K. Promotions Inc. Have a landlord?

19       A.   Yes.

20       Q.   Who is the landlord?

21       A.   Harvey, H a-r-v-e-y, Amster A-m-s-t-e-r.

22       Q.   Does it lease its space to anybody?

23       A.   Pardon?

24       Q.   Does T.K. Promotions Inc. lease its space to

25   anybody else, besides the dancers?

                                        Page 62

1      A.    No.

2      Q.    Do you know the terms of the lease agreement

3   between Harvey Amster and T.K. Promotions Inc.?

4      A.    I'm not current with it.

5      Q.    But have you seen that lease agreement

6   previously?

7      A.    Yes, I have.

8      Q.    And do you have a copy of that lease agreement

9   in your possession somewhere?

10      A.    Yes, I do.

11      Q.    We would ask that you produce that as well.

12      A.    That was the first thing you asked me for,

13   lease agreement for South Miami.

14           MR. LIROT:   I think those were the dancer

15      leases, if I'm not mistaken.

16      A.    That wasn't around the time when you were

17   asking me questions about the lease and utilities?

18      Q.    I asked BTS North Inc., and now this is T.K.

19   Promotions Inc.

20      A.    Okay.

21      Q.    And, again, the lease agreements with dancers

22   as well, for both, BTS North Inc. and T.K. Promotions

23   Inc.

24      A.    Okay.

25      Q.    Yes.  And did you tell me how much I

                                                    Page 63

1    believe -- yes, you did, okay.

2         Does T.K. Promotions Inc. have a person that's

3    in charge of anything computer technology related?  So

4    if something goes wrong with your computer system, who

5    do you contact?

6         A.   It depends on for which computer system we're

7    talking about.

8         Q.   T.K. Promotions Inc.

9         A.   Again, it depends on if it's the register

10   computer or the DJ equipment computer, one would be

11   audio video technician, one of many, or a register

12   vendor or just a general audio video, that might be able

13   to cover each one.

14        Q.   Okay.  So what are the names of each of those

15   separate ones, that you just described?

16        A.   It depends on who you pick.

17        Q.   Okay.  What about the computer system that

18   contains all of your financial records?  Do you have

19   somebody specifically assigned to maintain that computer

20   system?

21        A.   It would just be a regular computer, no system

22   involved.

23        Q.   So there's no specific network that protects

24   your business records?

25        A.   Correct.

Page 64

```
 1          Q.    Do you have a password that you log in to, in
 2     order to access those documents, the business-related
 3     documents, financial documents?
 4          A.    No.  I have a flash drive.
 5          Q.    And only you have access to that?
 6          A.    Yes.
 7          Q.    So no other manager of the club would be able
 8     to access that?
 9          A.    Correct.
10          Q.    And that's for both, BTS North Inc. and T.K.
11     Promotions Inc.?
12          A.    Yes.
13          Q.    Are they on the same drive?
14          A.    No.
15          Q.    They're on two separate drives?
16          A.    Yes.
17          Q.    So there's not one central computer?
18          A.    No.
19          Q.    If I wanted to contact you at one of the
20     clubs' locations, what e-mail would I use?  Would to be
21     your personal e-mail, or do you have an e-mail that's
22     BTS North Inc. or T.K. Promotions Inc.
23          A.    BTS North Inc.
24          Q.    You have an e-mail?
25          A.    Yes.
```

Page 65

1      Q.   And what is your e-mail?

2      A.   Boobytrapdoral@gmail.com.

3      Q.   This is a Gmail account.  Was this created by

4    you?

5      A.   Yes.

6      Q.   So it's not something that's created by the

7    company, that you get to use and all of the other

8    employees can use?

9      A.   No.

10      Q.   And other managers have testified, for both

11   BTS North Inc. and T.K. Promotions Inc., that you

12   maintain a copy of the credit card receipts of the

13   customers that come into the club, as well as the copies

14   of their driver's licenses, is that correct?

15      A.   Yes.

16      Q.   And do you have access to that?

17      A.   Yes.

18      Q.   For both T.K. Promotions Inc. and BTS North

19   Inc.?

20      A.   Yes.

21      Q.   And both of them are, both T.K. Promotions

22   Inc. and BTS North Inc., they're both located at the BTS

23   North Inc. location?

24      A.   Yes.

25           MS. KHOMIAK:  I do not have any other

Page 66

```
1              questions.

2                   The driver's license will be 15.

3                   (Plaintiffs' Exhibit No. 15, Driver's License,

4          was marked for identification.)

5                   MR. LIROT:  I don't have any questions.

6                   If this is transcribed, would you like to read

7          it or would you like to waive that?  I would have

8          no objection if you waive that right.

9                   THE WITNESS:  Waive.

10                  (The Deposition was concluded at 5:37 p.m.)

11                             -  -  -

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 67

```
 1              REPORTER'S DEPOSITION CERTIFICATE

 2

 3   STATE OF FLORIDA)

 4   COUNTY OF MIAMI-DADE)

 5

 6      I, Chloe Leroux, Florida Professional Reporter and

 7   Notary Public in and for the State of Florida at Large,

 8   certify that I was authorized to and did

 9   stenographically report the deposition of ERIC OTERO;

10   that a review of the transcript was denied; and that the

11   transcript is a true and complete record of my

12   stenographic notes.

13      I further certify that I am not a relative, employee,

14   attorney, or counsel of any of the parties, nor am I a

15   relative or employee of any of the parties' attorney or

16   counsel connected with the action, nor am I financially

17   interested in the action.

18

19      DATED this 19th day of July, 2017.

20

21

22

           Chloe Leroux, FPR

23

24

25
```

Page 68

**[1 - activities]**

| 1 |
|---|
| **1**  3:11 6:18,23 36:16,21 45:19 |
| **1,000**  12:24 13:9 |
| **10**  3:18 15:20,21 16:12,12,13 37:4 43:23 48:15 |
| **100**  18:13 26:19 33:23 |
| **1099**  22:6 31:24,25 |
| **11**  3:19 37:4 41:23 43:20 44:10 49:12 |
| **12**  3:20 37:4 41:11 41:14 42:2 44:14 |
| **13**  3:21 37:4 44:19 50:13 52:10 |
| **14**  3:22 37:2,4,18 38:10 41:1 44:23 51:5 52:10 59:9 59:20 60:2 |
| **15**  3:23 51:25 52:10 67:2,3 |
| **16**  44:20 52:11,14 |
| **17**  43:6 44:6 52:22 |
| **18**  3:11 53:6 57:25 58:3,12 |
| **19**  3:13,13,14,14 3:15,15,16,17,18 3:19,20,21,22 44:24 53:13 |
| **190**  2:11 |
| **19th**  68:19 |
| **1:16**  1:4 |

| 2 |
|---|
| **2**  3:13 37:1,3,18 38:2,10 39:14,14 44:16 58:14 59:9 59:19 60:1,19 61:4,16,19 |

---

| 20  53:20 |
|---|
| **200**  18:14 |
| **2000**  2:5 |
| **2003**  6:6 |
| **2004**  14:11 |
| **2005**  14:11 |
| **2008**  17:15 31:1 |
| **2011**  50:16 56:25 57:4 |
| **2012**  52:10 59:1 |
| **2013**  39:17,19 40:8 40:14 41:8,11,13 41:14,23 42:11 43:12 44:7,20 59:1 61:9,12 |
| **2014**  42:6 43:7,16 43:25 44:2,11 |
| **2015**  41:18 42:2,14 42:18,19 43:20 44:16,24 45:12,16 57:25 58:3,12 |
| **2017**  1:18 4:2 68:19 |
| **21**  54:1 |
| **22**  3:23 43:12 54:7 |
| **2240**  2:10 |
| **23**  42:6,11 54:12 |
| **24**  54:20 |
| **24548**  1:4 |
| **25**  39:17,19 54:24 61:9,12 |
| **26**  42:14,17 55:3 |
| **27**  55:7 |
| **28**  40:8,14 43:16 55:12 |
| **29**  55:23 |

| 3 |
|---|
| **3**  3:13 34:23 37:3 38:14 41:1,7,17 42:1 |

---

| 30  20:8 56:14 |
|---|
| **30,000**  12:20 |
| **31**  41:18 56:21 |
| **31,000**  12:20 |
| **33130**  2:6 |
| **33166**  62:12 |
| **33764**  2:11 |
| **3500**  11:5,9 |
| **3745**  11:5,10 |
| **3:56**  1:18 |

| 4 |
|---|
| **4**  3:5,14 37:3 38:23 41:22 |

| 5 |
|---|
| **5**  1:18 3:14 4:2 7:2 7:3 15:20,21 16:8 16:12,12,13 20:10 23:19 24:13 36:17 36:17 37:3,12 39:7 41:8,13 42:5 44:11 45:19 |
| **50**  18:13,16 20:6 |
| **5325**  1:21 62:11 |
| **536-2100**  2:12 |
| **5:37**  1:18 67:10 |

| 6 |
|---|
| **6**  3:15 7:3 16:9 37:3 42:9 45:20 |
| **6500**  11:5,12 |
| **671-3244**  2:6 |

| 7 |
|---|
| **7**  3:15 37:3 43:10 43:24 46:12 61:11 61:11 |
| **727**  2:12 |
| **759**  12:22 |
| **760**  12:23 |
| **77th**  1:21 62:11 |

---

| 786  2:6 |
|---|

| 8 |
|---|
| **8**  3:16 37:3 43:15 44:2 46:20 |
| **80**  2:5 |
| **8th**  2:5 |

| 9 |
|---|
| **9**  3:17 37:4 43:19 48:1 |

| a |
|---|
| **able**  5:5 28:24 29:3 30:10 60:2 60:14 61:12 64:12 65:7 |
| **access**  20:5,25 21:6 27:21,24 28:3,4,9,24 29:3 31:14 40:23 41:21 41:24 42:3,7,11,15 42:18 43:7,12,17 43:20,25 44:3,7,12 44:16,21,24 58:22 58:25 59:11 65:2 65:5,8 66:16 |
| **account**  25:7,10 25:13,14,17,19 66:3 |
| **accountant**  40:5 |
| **accounting**  8:15 62:15 |
| **accounts**  27:17,22 28:6 51:10 53:2 55:17,20 58:21 59:12,13 |
| **acting**  38:5,17 39:1 54:3 |
| **action**  48:6 68:16 68:17 |
| **activities**  8:21 |

Page 1

[actual - bts]

**actual** 11:22 17:8
17:8
**ad** 27:7
**add** 60:8
**adding** 60:7
**additional** 12:21
**address** 27:8 30:6
50:17 62:10
**addressed** 58:7
**addresses** 23:11
31:9
**administrative**
22:11 59:13 62:15
**adult** 46:7
**advertise** 47:9
**advertisement**
26:24
**advertisements**
46:10 47:11
**advertising** 23:6,7
26:16,21,25 46:4
47:2 49:23 51:11
53:2 54:17
**advise** 5:13
**affirmed** 4:6
**agents** 38:17 39:1
56:17
**ago** 34:21,23
**agreement** 11:22
13:20,23,25 14:19
22:18,19 23:5
63:2,5,8,13
**agreements** 21:10
38:16,25 63:21
**aid** 23:3
**alcohol** 5:18
**alicia** 1:4 42:5
**allow** 4:21 18:12
**amount** 11:4
12:18 13:8,21
14:15 52:24

**amounts** 11:13,23
**amster** 62:21 63:3
**answer** 5:13,14
26:19 36:25
**answered** 8:3
**anybody** 10:22
37:23 50:4 57:23
58:2 62:22,25
**apply** 4:17,17
**approval** 36:10
**april** 41:23 44:16
**area** 23:2
**areas** 15:1 18:4,9
**arrangement** 22:7
32:4
**artwork** 16:25,25
17:1 27:20
**ashley** 1:4 42:9
**aside** 32:18 46:19
51:20
**asides** 58:8
**asked** 7:4 36:13,18
45:13,20 63:12,18
**asking** 63:17
**asks** 36:21 38:2,14
38:23 39:7 45:21
46:12,20 48:1,15
49:12 50:13 51:5
51:25 52:14,22
53:6,13,20 54:1,7
54:12,24 55:3,7,12
55:23 56:14,21
**aspect** 11:22 47:22
**aspects** 22:8
**assets** 9:20,23,23
9:25 12:1
**assigned** 64:19
**assume** 60:17 62:5
**assumption** 32:15
**atm** 15:11

**atms** 8:25
**attached** 38:7,20
39:4 53:9
**attention** 15:13
36:7 46:8
**attorney** 68:14,15
**audio** 10:5 64:11
64:12
**august** 42:11 44:2
44:20
**authority** 59:18
**authorized** 68:8
**avenue** 1:21 62:11
**average** 52:16,19
**aware** 14:14 29:11
29:13,15

---

**b**

**b** 1:9,10,11,11 3:8
**bachelor's** 6:2,3
**back** 23:1 30:7
31:9 36:16 37:12
45:19
**bar** 9:5
**basic** 22:16,19
**bathrooms** 23:3
**bearing** 45:22
**beer** 14:24
**beginning** 30:24
**begins** 14:6
**behalf** 1:16 2:3,8
38:5,18 39:2 54:3
54:4 56:18
**behavior** 20:11
**believe** 13:13
25:23 32:13,15
49:25 64:1
**belleair** 2:10
**benefits** 29:23
**best** 5:18,20 29:20
30:12 58:10

**better** 47:24
**beverage** 15:6
**bill** 24:22
**billboards** 51:11
51:17 53:3
**bills** 7:17 26:25
27:2 39:9
**blend** 46:6
**booby** 1:9,10,11
1:11,11,20 15:19
16:24,25 27:8
48:18 49:15 50:16
51:14 52:4,18
53:1,18 54:16
55:17 56:3,24
58:18,19 59:2
**boobytrapdoral**
66:2
**bookkeeping** 7:16
8:15 47:22 62:15
**bottle** 18:9
**box** 36:8
**breach** 22:18,18
**bring** 9:2 21:15
**broward** 8:10,13
**bts** 1:9 7:18 8:22
9:16,19,22 10:12
10:21 11:25 12:8
12:9 14:18,22
16:21 17:14 18:21
19:3,11,17,22
20:18 21:3,9
23:10,12,24 24:4
24:13 25:14,21
26:16,21 27:14,16
27:22 28:9,14,18
29:4,9 30:9 31:20
32:5 35:4,5 39:15
39:19 40:9 41:9
47:1,21 48:16
49:14 50:7,14,21

---

[bts - correct]

51:12 52:3,11,16
52:24 53:16 54:14
55:15,20 56:1,5,23
57:3,25 58:19
59:7,11,17 62:9
63:18,22 65:10,22
65:23 66:11,18,22
66:22
**burciaga**  1:5
43:24
**busier**  18:7
**business**  9:7 58:5
64:24 65:2
**businesses**  47:23
57:13

**c**

**c**  2:1 5:25 51:3
**cab**  27:5,5
**cabinets**  21:15
**cabs**  51:16
**calculate**  52:20
**call**  11:2 15:1 17:3
24:24 32:23
**calling**  47:7
**calls**  47:5
**canas**  1:6 44:19
**cancellation**  23:18
**carbon**  33:3
**card**  15:4,15 25:6
25:9,11 30:9,13
66:12
**cards**  29:21,25
30:2,18,22 31:2,14
36:9
**carrier**  23:24 24:5
**carriers**  24:12
**casas**  2:4
**casaslawfirm.com**
2:7
**case**  1:3

**cash**  15:7,23,23
**ceiling**  57:9
**central**  65:17
**cents**  12:23
**certain**  14:15 18:6
18:11,11 57:13
**certainly**  30:20
61:20
**certificate**  15:9,12
68:1
**certificates**  15:2,3
15:16 16:1 19:8
19:10,11
**certify**  68:8,13
**changed**  6:17 16:8
31:3,11
**changes**  13:21
**channel**  34:7,7
**channels**  34:9
**charge**  14:24,24
15:6 20:4,4 25:22
26:15 47:22 64:3
**charged**  25:7
**charges**  19:16,18
19:20
**charles**  2:10
**check**  8:25 11:8
12:21,24 17:22,25
22:6 25:18 52:15
52:19
**checks**  11:13,16
11:17 13:1,4,16
**chloe**  1:24 68:6,22
**choose**  21:23
**chopped**  4:23
42:22
**cielo**  1:3 39:17
58:14
**cj**  61:8
**claims**  24:4 48:3,8
54:4

**clearwater**  2:11
**club**  10:2,22 18:13
19:25 20:9,13,19
21:13 22:5,5,16
34:16,17 37:24
57:3 60:6 61:1
62:4 65:7 66:13
**clubs**  24:17 25:8
28:11,12,22,22,25
28:25 34:5 35:5
41:24 42:7,11
43:7,17 44:3,7,15
44:21,25 46:4,25
65:20
**cocktail**  18:18
**collects**  14:23
**color**  31:7
**colors**  17:16 31:6
**combined**  61:18
**come**  15:19 17:20
17:21 18:7,19
25:6 29:23 33:5
33:10 35:11,15,20
36:2,4 46:5 66:13
**comes**  14:18 17:21
36:1 58:6
**coming**  7:4 35:10
**commercials**
47:10
**communicated**
33:18
**communications**
38:4
**companies**  7:12
24:21
**company**  35:21
49:7 66:7
**compensation**
54:10
**complaint**  38:8,21
39:5,11 48:4,5

53:11
**complete**  68:11
**composites**  38:8
38:20 39:4 53:10
**computer**  17:9
28:19,20 29:1,6
64:3,4,6,10,10,17
64:19,21 65:17
**computers**  10:7
**concerned**  14:13
**concerning**  54:13
54:21,25 55:4
**concluded**  67:10
**connected**  68:16
**connects**  28:21
**consent**  57:18
**consist**  23:4
**contact**  32:17
33:22 34:13 51:1
64:5 65:19
**contacted**  33:20
33:25 59:8
**contain**  49:22
**contains**  36:17
44:14 46:17 64:18
**contract**  32:5
**contracted**  57:20
**contractor**  32:3
**contractors**  31:21
31:22 57:5,6
**convicted**  6:9
**copied**  33:3
**copies**  45:7 48:20
48:24 66:13
**copy**  63:8 66:12
**copyright**  6:13
**copyrights**  12:2
**cora**  1:3 41:7
**corporate**  62:4
**correct**  11:24
12:10 14:16 15:10

Page 3

[correct - documents]

16:14 20:20 21:1
23:23 24:15 25:20
28:7 29:1,2 30:15
32:12 35:19 36:3
42:24 45:17 46:11
47:19 48:10 49:11
55:22 56:10 57:20
58:16,17,23 59:4
60:3,9 64:25 65:9
66:14
**correspondence**
36:23 37:15,19,24
54:2
**corresponding**
15:22
**could've** 46:9
**counsel** 68:14,16
**count** 58:6
**county** 8:10 68:4
**couple** 4:19 16:5
17:4 18:17 26:2
33:4 42:10
**coupons** 51:12
53:4
**court** 1:1 4:16,17
5:4
**cover** 14:24 15:6
64:13
**cowboy** 17:2
**created** 28:5 56:5
59:5 66:3,6
**creates** 35:23,24
**creating** 34:24
**creation** 38:6,11
38:19 39:3 55:14
55:25
**creative** 17:24
**credit** 15:15 25:6,9
25:11 66:12
**criminal** 6:8

**current** 23:21,24
63:4
**customer** 15:7
18:7,16 29:9 30:9
**customers** 20:16
20:17 29:22 66:13
**cv** 1:4

**d**

**d** 1:9,10,11,11 3:1
49:6
**dade** 68:4
**dance** 15:2,3,9,12
15:16 19:8,10
20:9 22:22
**dancer** 63:14
**dancers** 9:9 19:23
19:24 20:23 21:4
22:21 62:25 63:21
**dances** 14:25
**dark** 31:7,7
**darren** 26:4
**database** 9:14
**date** 39:20,21 40:3
40:4,15 41:9,18,20
42:7,12 43:2,4,8
43:13,17,25 44:4,8
44:12,21,25 45:10
45:12 52:3 55:8
60:18 61:2,6,12
**date's** 42:3
**dated** 68:19
**dates** 14:7 41:2,5
42:22 44:17 45:5
50:18 60:1,11
61:16
**day** 8:21,21 9:7
32:18 34:18 40:9
41:15 60:2,24,24
68:19
**day's** 9:7

**days** 8:24 18:6,11
61:11,11
**deal** 24:20
**december** 39:17
39:19 43:12,16
44:11 61:9,12
**decide** 35:3,5
**decides** 35:8
**defendants** 1:12
2:8 48:4
**definition** 22:15
22:17
**degree** 6:2,3,7
**deleted** 58:9
**delivered** 35:16
**denied** 68:10
**depending** 18:12
25:19
**depends** 64:6,9,16
**depicted** 37:18,20
37:25 59:9,19
60:12
**depicting** 55:8
56:22
**deposed** 4:13
**deposit** 11:16
25:15
**deposition** 1:14
3:11 4:1,20,23
6:19,23 7:4 32:24
33:11 36:18 46:1
58:16 67:10 68:1
68:9
**deposits** 7:16
**described** 19:3
39:10 64:15
**description** 3:10
22:15
**design** 16:25 17:5
35:24

**designated** 62:14
**designed** 36:14
**designs** 16:3 17:16
17:18 26:5
**dessie** 1:4 43:11
**destroyed** 57:23
58:2
**determine** 35:3
**determines** 19:20
**devin** 1:5
**devon** 43:15
**diagrams** 46:13,17
56:15
**differ** 19:10
**difference** 21:25
**differences** 22:1
**different** 11:6
23:11 30:8 31:6,9
41:15 61:16
**differentiating**
22:1
**direct** 3:5 4:9
15:14
**directly** 20:13
**discretion** 30:1
**discussed** 51:15
59:25
**discusses** 23:6
**distribution** 38:6
38:12,19 39:3
**district** 1:1,1
**division** 1:2
**dj** 64:10
**document** 6:24 7:3
14:4 33:14 40:19
50:20
**documents** 7:3
36:17,19 37:1
38:3,11,15,24
45:20,22 46:13
48:2 50:14 51:6

[documents - first]

52:1,23 53:7,14,21
54:8,13,21,25 55:4
55:8,13,24 57:24
58:1,2,4,5 59:17
61:7 65:2,3,3
**dog** 26:3,4
**doing** 8:6 57:8
**doodads** 17:6
**door** 14:24 19:16
19:17,20
**doral** 1:20 9:13
58:18
**drink** 18:10
**drive** 8:24 65:4,13
**driver's** 3:23
66:14 67:2,3
**drives** 65:15
**drop** 25:18
**drugs** 5:19
**duces** 3:11 6:19
**duffy** 25:25 26:5,8
26:12,15 27:13
28:3 32:2,6,8,17
33:3,8,18 34:1
**duffy's** 47:18,20
**duly** 4:6
**duration** 14:14

**e**

**e** 2:1,1 3:1,8 5:25
5:25 26:10,10
29:9 33:1,5,14,18
36:22 37:14,19
49:6,6 62:21,21
65:20,21,21,24
66:1
**earlier** 51:15 52:8
59:25
**earliest** 61:21
**earn** 19:22
**earnings** 19:23,24
39:9

**ears** 5:10
**easier** 60:10,18
**easiest** 45:8
**education** 6:1
**either** 29:15 48:25
60:20
**elaborate** 18:4
**electronic** 17:10
58:1
**employed** 7:11,12
7:13 37:23 50:19
**employee** 21:24
22:2,8 49:13
68:13,15
**employees** 50:14
50:21 66:8
**employer** 7:10
**employment** 50:18
**ends** 14:7,9
**engineers** 57:9
**english** 17:3
**enter** 59:13
**entertainer** 18:17
21:24 22:16
**entertainers** 9:13
20:19 21:23 22:21
23:6
**entertainment**
1:10 7:23 15:5,25
22:9 46:7 48:18
49:15 50:16 51:14
52:4,17,25 53:17
54:15 55:16 56:2
56:24
**entities** 8:3,8,15
8:21 57:24
**entitled** 54:9
**entity** 13:4,5,6,7
18:1 25:16 56:17
57:7

**equipment** 10:3,4
10:5,9,14 64:10
**eric** 1:15 3:4 4:1,5
5:25 68:9
**esquire** 2:4,9
**establishment**
15:25
**establishments**
46:7
**estimates** 39:8
**eva** 1:5 43:19
**event** 34:18,18
35:10,11,14
**events** 34:3,15,17
35:1,3,5
**evidence** 38:4,16
38:25 46:14 48:3
51:7 52:2,24 53:8
53:15,22 54:9
**exact** 14:12 35:2
57:7
**exactly** 8:12 11:7
22:25 24:23 25:23
27:5
**examination** 3:5
4:9
**examined** 4:6
**example** 27:6
**exhibit** 3:11,13,13
3:14,14,15,15,16
3:17,18,19,20,21
3:22,23 6:18,23
36:16 37:3 39:14
39:14 40:7,12
41:7,17,22 42:5,9
43:10,15,19,23,23
44:10,14,19,23
45:19 58:14 60:1
67:3
**exhibits** 37:1,18
37:25 38:7,9,10,20

39:4 41:1,6 53:10
59:9,19
**exist** 46:22
**extent** 25:24 48:14
**extra** 18:13,13,14

**f**

**facebook** 27:18
39:15 40:13 42:25
58:20,21,22,25
59:12
**facebooks** 44:15
**facilities** 23:2
**familiar** 21:18
50:4
**family** 13:13
**far** 9:12 14:13
22:9,16 31:24
58:4
**faster** 60:21,23
**february** 43:24
**fee** 12:12 20:6,7
22:21
**fees** 22:11
**felony** 6:9
**file** 9:14 21:15
**filed** 24:4
**files** 18:1
**fill** 8:25
**filled** 8:25
**final** 36:10
**financial** 64:18
65:3
**financially** 68:16
**fine** 61:17
**finish** 4:22
**firm** 2:4
**first** 4:6 21:21,22
23:3 36:25 37:12
39:14 41:13 45:25
54:14,22 55:1,5,9
61:9 63:12

Page 5

[fiu - include]

**fiu** 6:4
**five** 48:19 49:16
  50:8 52:2 53:4
**fixtures** 10:7,8
**flash** 65:4
**flip** 7:2 40:6,11
**floor** 15:14 20:12
**florida** 1:1,21 2:6
  2:11 7:25 62:11
  68:3,6,7
**flyer** 26:24 35:15
**flyers** 30:6 34:24
  35:18,20,24,24
  36:2,4,9,11,13
  46:24 51:12,16
  53:3
**fm** 47:14
**follows** 4:7
**font** 30:6
**form** 21:12,13
  22:6
**format** 17:10
  40:18 46:22 58:1
**former** 31:8
**four** 21:15 28:22
**fourth** 40:6
**fpr** 1:24 68:22
**frame** 61:16
**franclemont** 26:4
**frankcrum** 50:25
  51:3
**friction** 14:25
**friends** 18:8,17
**front** 4:16
**full** 26:3
**fully** 26:19
**functions** 8:7
**furniture** 10:8
**further** 68:13

**g**

**gaps** 23:22
**general** 18:4 19:21
  22:1,8,15 34:1
  48:11 64:12
**generally** 21:20
**generated** 59:25
**getting** 24:17
**gibson** 1:3 39:17
  40:7 58:15
**gibson's** 61:8
**gift** 15:4,4
**girl** 17:4,5 19:25
  20:14,17
**give** 4:19 45:7
**gives** 34:9
**giving** 5:18,20
**gmail** 66:3
**gmail.com.** 66:2
**go** 11:17,19 13:4,5
  13:8 15:8 36:16
  36:16,20 37:8
**goes** 13:5,7 20:3
  20:13 26:3,4 64:4
**going** 6:22 18:10
  26:21 34:16,17,19
  37:1,12 43:2
  45:19 60:17,18
**good** 30:8
**google** 57:12,14,15
**gori** 6:14 7:8,15
  9:15 10:20 20:18
  24:11,16 25:12
  26:14 28:2 32:14
  36:13 47:25 48:23
  59:16
**gothic** 17:2
**graphic** 16:25
  17:5 35:24
**great** 40:17 43:10

**gross** 52:2
**ground** 4:19
**gtc** 35:21,23 36:4
**guess** 5:12 47:13
**guessing** 5:15
**guest** 52:15,19
**guidelines** 49:13
  49:17
**guy** 24:18

**h**

**h** 3:8 62:21
**half** 18:16 20:7
**halloween** 34:18
  35:10,14
**hand** 6:22 29:21
  37:1
**handbooks** 49:13
  49:17,22 50:7
**handle** 9:11,12
  29:19
**handles** 24:16,19
**hang** 20:7
**hangs** 18:17
**happening** 46:25
**happy** 50:9
**hardware** 10:8
**harvey** 62:21 63:3
**hats** 14:25 16:22
  16:23,24 18:1
  19:5
**he'll** 24:21,25
**head** 5:3,3,7,10
  12:20
**hear** 47:14
**heard** 26:1 47:11
  47:12
**helpful** 61:5
**highest** 6:1
**hire** 31:20
**hired** 31:24 32:10
  32:11 57:20

**hmm** 45:15
**home** 45:5
**honest** 48:7
**host** 35:4,5
**hosts** 15:14
**hour** 18:16 20:7
**huh** 5:4

**i**

**idea** 36:1,1 59:2
**identification** 6:20
  37:5 67:4
**identified** 60:1
**ii** 7:25
**image** 6:13 39:16
  40:7,12,13,14
  41:13,14,15,23
  42:1,2,6,14,17
  43:1,6,11,16,20
  44:2,6,10,11,14,15
  44:24 45:23 60:13
  60:13 61:1,2,3,4,9
  61:9,22,23
**images** 3:13,13,14
  3:14,15,15,16,17
  3:18,19,20,21,22
  23:7 27:10 37:4
  37:21 38:7,9,12,19
  39:3,10 41:2
  42:10,10 43:3,24
  44:19,20 45:24
  46:1,15,16,18,21
  48:13 51:7 53:9
  53:24 54:10,14,22
  55:1,5,9 56:18
  59:19,23 60:12
**inc.'s** 29:4,4 30:10
  39:15 53:1 54:16
  55:17 56:3 59:12
**inception** 17:15
**include** 9:8

Page 6

[includes - list]

**includes** 58:1
**including** 50:17
  51:8 61:11
**income** 22:4,13
**incomplete** 42:22
**increments** 15:19
**incurring** 22:13
**independent** 31:20
  31:22 32:2
**industries** 17:25
**inform** 32:23
**information** 39:18
  39:25 40:24 41:16
  45:3 51:1
**insensitive** 46:5
**inside** 57:3,8
**insofar** 22:17
**instagram** 27:18
**instance** 33:17
  39:13 61:8
**instructions** 34:2
  34:9
**insurance** 23:12
  24:5,17,17,18,18
  24:21,24 25:5
  48:16 49:1,2,7
**intangible** 12:1
**intellectual** 12:2
**interested** 68:17
**interior** 56:23
  57:13,16
**international** 6:8
**invoice** 17:21
  24:22
**invoices** 17:23
  26:12 39:8 47:15
  47:16,18,20 56:11
**involved** 64:22

**j**

**j** 26:3
**january** 43:6
  56:25 57:4
**jean** 1:3 39:17
  58:15
**jessica** 1:5 43:23
**judge** 4:16
**july** 1:18 4:2 41:18
  42:2 68:19
**junk** 58:6,8
**jury** 4:16
**justice** 6:8
**justine** 1:5 43:15

**k**

**kazdova** 1:6
**kazdova's** 44:14
**keep** 22:10 48:20
  50:20
**kept** 23:21 25:8
  40:17,19
**key** 13:9,10,11
**khomiak** 2:4 4:10
  4:11 6:21 16:17
  16:20 19:13 30:16
  30:19,21 33:13,16
  37:6,11 49:25
  50:3,6,11,12 61:24
  62:1,2 66:25
**kind** 7:14 10:4
  15:4 17:1 27:13
  30:6 40:19
**kindle** 1:4 41:23
  42:2
**kit** 23:3
**know** 4:14 5:12,14
  6:11 8:2,13,14
  9:16 10:16,19,19
  10:21,24 11:3,21
  11:25 12:4,6

13:14,19,20,21
14:6,8 17:19
19:18,19 20:2
21:16 23:8,17,24
24:4,10,12 25:23
25:25 26:6,14,19
26:20 27:3,11,13
27:15,16,25 28:1,3
28:4,5,8,13,14,17
28:18 29:18,19
30:2,22 31:16,18
32:2,4,10 33:8
34:6,6 35:9,12,23
37:23 39:18 41:3
45:11,12 46:9
48:8,11,14 49:2,7
55:19 56:5,8
57:12,23 59:6,7,10
59:11,15,22,24
63:2
**knowledge** 12:3
  23:20 24:7,9
  28:23 29:20 30:12
  32:1 58:10
**known** 50:17

**l**

**l** 49:6
**label** 35:22
**ladies** 59:8
**landlord** 12:5
  13:14 22:19 62:18
  62:20
**large** 68:7
**lascivious** 20:11
**lastly** 44:23 56:21
**latest** 61:22
**law** 2:4
**lawsuit** 6:11,15
  24:6 45:25 48:11
  54:5

**lease** 11:3 12:12
  12:14,15,16 13:20
  14:6,7,14,15,19
  21:3,10,21 22:14
  22:19,20 23:1,5,9
  62:22,24 63:2,5,8
  63:13,17,21
**leases** 9:8 10:21
  20:19,22,25 21:6
  21:17 63:15
**leave** 47:8
**left** 29:25
**legal** 15:17
**leroux** 1:24 68:6
  68:22
**letters** 36:22 37:14
  37:19
**level** 6:1
**lewd** 20:11
**license** 3:23 67:2,3
**licensed** 16:22
  21:24
**licenses** 66:14
**lien** 9:16,17 10:16
**light** 9:1
**lights** 10:7
**limited** 51:8,10
**lina** 1:5 44:10
**liquor** 14:24 18:10
**lirot** 2:9,10 5:9
  14:4 16:19 19:14
  19:15 30:18,20
  33:3,15 36:18
  41:15 45:3,8
  49:25 50:2,4,9
  52:7 60:23 61:21
  61:25 63:14 67:5
**lirotlaw.com** 2:12
**list** 7:3,5,7 9:19,22
  29:10 45:5,19

[little - north]

**little** 7:8 17:5
**local** 22:16
**located** 66:22
**location** 9:1,13
  10:22 15:24 24:25
  25:1,19 27:8
  30:10 31:7 62:4,7
  62:8 66:23
**locations** 8:8 30:8
  30:11,14 31:10
  65:20
**log** 40:22 65:1
**long** 17:13 30:22
  34:21,22,22
**longer** 50:18 58:21
  58:24
**look** 6:24 14:12
  15:16 17:11 30:2
  30:4 31:5 33:9
  37:7,8 39:13,14
  41:2 58:14 61:8
**looked** 14:8
**looking** 33:6 41:12
**lot** 12:25 18:6
  29:22 51:21 61:5
**ludmila** 2:4
**luke** 2:9,10 33:3
**luke2** 2:12

**m**

**m** 49:6 51:3 62:21
**mad** 26:4
**magazine** 26:23
**mail** 11:18 29:9
  33:1,5,14,18 58:6
  58:8 65:20,21,21
  65:24 66:1
**mailed** 26:10,10
**mailing** 7:16
**mails** 36:22 37:14
  37:19

**main** 22:7
**maintain** 23:12
  29:9 64:19 66:12
**maintains** 27:17
  28:18 55:19 56:8
**maintenance**
  55:15 56:1,12
**making** 20:2
**management**
  55:14,25
**manager** 15:15
  19:21 65:7
**manager's** 30:1
**managers** 21:12
  28:8 66:10
**manuals** 49:14,18
**march** 42:14,17
  43:20
**marked** 6:19 37:5
  67:4
**marketa** 1:6 44:14
**marketing** 25:22
  51:8,9 54:16
  56:16
**marquees** 51:12
  51:19,21 53:3
**materials** 51:8,9
  54:16,17,17
**matter** 4:12
**mean** 32:20 42:23
**meaning** 34:22
  62:6
**media** 26:3 27:17
  27:21 28:6,10,12
  34:25 35:21 51:10
  53:1 55:17,20
  59:3
**medication** 5:19
  5:19
**medley** 49:6

**meeting** 32:18,20
**membership**
  18:19,21,23 29:14
**memberships**
  29:16,18,20
**mentioned** 25:13
  27:4
**merchandise**
  14:25 17:8,13
**mgc** 1:4
**miami** 1:2,21 2:6
  58:19 62:11 63:13
  68:4
**mila** 2:7 4:11
**minutes** 20:8
**mistaken** 63:15
**mitcheson** 1:4
  43:11
**mm** 45:15
**models** 37:17,20
  37:24 46:4,17
  61:15
**money** 16:21 18:3
  22:10 29:22 52:24
**monies** 22:4 25:8
  53:8,15,22
**month** 12:21
**monthly** 12:17
**mortgage** 10:24
  11:1,3,19,22 12:5
  12:6,13
**mortgages** 25:5
**moving** 41:22 42:5
  43:10 51:25

**n**

**n** 2:1 3:1
**name** 4:11 5:23
  18:1 26:3 31:7
  47:6 49:2,5 51:2
  57:7

**names** 7:12 9:14
  33:4 64:14
**nature** 32:19
**need** 8:25 21:12
  36:20 60:25
**needed** 23:3
**negotiate** 20:22
**network** 28:19,20
  64:23
**never** 24:20 34:15
  36:10 58:15
**new** 9:8,9 26:24
  35:15
**newspapers** 51:12
  51:22,24 53:3
**nights** 18:6,11
**nighttime** 9:5
**nod** 5:9
**nodding** 5:3
**north** 1:9 7:19
  8:22 9:16,19,22
  10:12,21 11:25
  12:8,9 14:18
  16:21 17:14 18:21
  19:3,11,17,22
  20:18 21:3,9
  23:10,12,25 24:4
  24:13 25:14,21
  26:16,21 27:14,16
  27:22 28:9,14,18
  29:4,9 30:9 31:20
  32:6 35:4,6 39:15
  39:19 40:9 41:9
  47:1,21 48:17
  49:14 50:8,15,21
  51:13 52:3,11,16
  52:24 53:16 54:14
  55:15,20 56:1,6,23
  57:3,25 59:7,11,18
  62:9 63:18,22
  65:10,22,23 66:11

[north - plaza]

66:18,22,23
**north's** 14:22
**northwest** 1:21
  62:11
**nos** 37:3
**notary** 68:7
**note** 15:18
**notes** 68:12
**notice** 3:11 6:18
  6:23
**notify** 15:13
**november** 41:8,11
  41:13,14
**nowadays** 57:13
**number** 27:9
  31:12 47:6 49:10
**numbers** 11:6,7
  30:7 31:9

**o**

**o** 5:25,25
**oath** 4:14,15
**objection** 67:8
**october** 40:8,14
**office** 9:2 11:18
  29:6 48:21 62:4
  62:14
**oh** 21:14 36:8
**okay** 4:18,25 5:7
  5:16 7:2,7,14,18
  8:8,14,20 11:11
  12:11,15 14:5
  15:7 16:11 18:3
  21:14 23:9 25:11
  26:7 27:21 35:13
  36:8,10 39:13
  40:17 41:1,11,19
  41:22 42:5 43:5
  43:10,15,19,23
  45:4,18 46:3
  49:20 50:11 51:5
  57:2 60:10,17,22

61:14 63:20,24
  64:1,14,17
**old** 17:3
**older** 31:14
**ones** 16:15 31:8
  36:7 64:15
**open** 4:16
**operating** 25:10
  25:13,16
**opt** 21:22,22
**option** 11:12
**orange** 11:1,19,20
  15:18
**order** 22:22 34:4
  65:2
**orders** 34:6
**ordinances** 22:17
**organized** 35:11
**originally** 32:10
  45:14
**otero** 1:15 3:4 4:1
  4:5,11 5:25 50:5
  68:9
**outfits** 22:2
**owned** 10:12
**owns** 9:20,23 10:1
  25:11

**p**

**p** 2:1,1
**p.a.** 2:10
**p.c.** 2:4
**p.m.** 1:18,18 67:10
**p.t.g.** 1:10 7:23
  8:16 48:17 49:15
  50:15 51:13 52:4
  52:17,25 53:17
  54:15 55:16 56:2
  56:24
**page** 3:3,10 7:2,3
  36:17,17 37:12
  39:14,16 40:6,11

40:13 41:17 42:1
  45:19
**pages** 28:10,12
  37:7 58:20 59:3
**paid** 12:24 36:7
  47:15,18
**paisley** 17:6
**paola** 1:6 44:19
**papaj** 43:19
**paper** 14:12
**paperwork** 9:1,3
**pardon** 9:21 62:23
**parking** 12:22
  13:9,11 51:21
**part** 21:21,21
  22:14
**parties** 68:14,15
**party** 18:8 55:14
  55:25
**password** 65:1
**patty** 8:19,20
  32:25
**patty's** 34:18
**pay** 12:7,12 15:5,6
  18:9 20:10,14,17
  22:5,21,23 25:2
  26:25 34:2,3,4
  46:8
**paycheck** 31:24
**payment** 10:23,25
  11:2 38:7,19 39:3
  53:8,15,22
**payments** 25:4,6
  38:12
**payroll** 50:25 51:3
**pays** 27:2 47:15,20
**people** 15:1
**pepaj** 1:5
**percent** 26:19
  33:23

**percentage** 19:22
  20:1
**perks** 29:23
**permission** 59:19
**person** 24:24
  25:21 38:6,18
  56:17 64:2
**personal** 65:21
**pertain** 7:18
**pertaining** 58:5
**phil** 7:8,13 47:8
**phone** 27:9 30:7
  31:9 49:10
**photographic** 3:13
  3:13,14,14,15,15
  3:16,17,18,19,20
  3:21,22 37:4
  46:15
**photographs**
  56:15,22 57:16
**physical** 11:13
**pick** 8:24 22:12
  64:16
**picture** 16:4 17:9
  27:6
**pictures** 16:1 46:6
  57:3,10,12
**pink** 15:18 27:11
**place** 10:22
**plaintiff** 39:2,16
**plaintiff's** 45:22
**plaintiffs** 1:7,16
  2:3 4:12 6:18
  36:23 37:3,15,17
  38:8,21 39:5,10,11
  46:15,21 48:4,9
  51:7 53:9,10,16,23
  53:23 54:3,4,9
  56:19 67:3
**plaza** 12:22 13:13
  13:14

Page 9

[please - reflection]

**please** 4:21 5:13
5:14,23 6:24 14:3
**policies** 23:13,18
24:17 25:5 48:16
48:20
**policy** 24:25
**pompano** 8:11,12
58:19
**portion** 12:19,21
22:8,9
**posada** 1:6 44:11
**position** 50:19
**possession** 13:25
49:20 63:9
**possibly** 46:9
**post** 43:2
**posted** 39:16,17
40:14 41:3,23
42:2,6,10,14,17
43:6,11,16,20,24
44:2,6,11,15,20,24
59:2 60:13,14
61:1,2,3,6,9
**posters** 51:11 53:2
**posting** 34:25
61:16
**postings** 59:5
**preferred** 15:1
18:8
**premarked** 6:22
**premises** 62:14
**preparing** 7:16
**prescription** 5:19
**present** 50:17
56:25
**pretty** 17:15 22:7
23:4 30:5 34:14
48:13
**prevent** 5:20
**preventing** 5:17

**previous** 8:24 43:3
**previously** 9:15
32:16 46:1 63:6
**price** 18:9
**print** 51:11 53:2
**printing** 35:21,21
35:23 36:5
**prior** 58:16
**private** 18:15 20:8
20:10
**probably** 15:14,17
16:4 36:9 47:24
48:25 57:17 59:16
60:10
**problem** 16:19
**proceed** 4:20
**produce** 7:4 17:7
36:18 45:2,20
50:6,10 60:11
63:11
**produced** 19:14
21:8 30:17 33:14
36:19 50:1,2 52:8
52:10 56:16
**products** 54:18
**professional** 68:6
**profits** 39:9 52:2
**program** 34:7
**programming**
34:7
**promotional** 51:9
54:17
**promotions** 1:10
7:21 8:22 10:11
10:13,16 12:1,11
13:19 18:23 19:2
19:6,17 21:9
23:10,15 24:2,8,14
25:15 26:16,22
27:14,17,22 28:9
29:4,12 32:8

34:25 35:4,6
40:13,15 41:9
46:25 47:1,2,21
48:17 49:14 50:7
50:15,22 51:13,15
51:16 52:3,11,17
52:25 53:17 54:15
55:16,20 56:2,6,23
57:21,24 59:8,12
59:18 62:3,13,18
62:24 63:3,19,22
64:2,8 65:11,22
66:11,18,21
**promotions's**
28:16
**proper** 32:15
**property** 9:16
12:2 14:20
**protects** 64:23
**prove** 59:17
**provide** 14:3
**provider** 50:25
51:4
**provides** 27:14
**providing** 45:4
**public** 55:5,10
68:7
**published** 55:5
**publix** 15:25
**pulled** 40:22
**pulling** 60:19,24
**purchase** 18:9
19:6
**purchases** 15:6
**purchasing** 15:8
**purple** 27:12
**purpose** 31:21
33:22
**purposes** 15:5
23:7

**put** 31:12 34:10

**q**

**quarles** 1:6 44:23
**question** 4:21,22
5:1,13 47:24
**questions** 63:17
67:1,5
**quite** 21:19

**r**

**r** 2:1 5:25,25 51:3
62:21,21
**radio** 47:5,6,11,13
**rash** 46:5
**read** 13:24 21:18
21:23 51:23 67:6
**really** 46:8
**reason** 8:2,4 33:24
34:12
**recall** 49:24 57:7
**receipts** 39:9
66:12
**reconcile** 9:1
**record** 5:24 37:8
37:10 68:11
**records** 52:7 64:18
64:24
**red** 15:18
**redeemed** 15:24
**refer** 26:5 38:3,15
38:24 46:14 47:5
48:2 51:6 52:1,23
53:7,14,21 54:8
**referring** 9:4
**reflect** 38:3,15,24
46:14 48:2 51:6
52:1,23 53:7,14,21
54:8
**reflecting** 50:14
**reflection** 17:4

**reflects** 50:20
**regarding** 54:4
  56:18
**regards** 9:25
  11:21
**register** 40:22
  64:9,11
**regular** 64:21
**relate** 38:11
**related** 38:6,18
  39:2,9 53:9,16,23
  56:18 64:3 65:2
**relating** 55:14,25
**relations** 6:8
**relative** 68:13,15
**released** 55:9
**remember** 12:19
  45:13
**renew** 14:16
**rent** 10:23 11:2,3
  11:8,10,12 12:6,19
  13:15,17 18:16
  22:23,24 23:4
**rental** 12:12 13:21
  14:19 15:2 20:6,7
**rents** 25:5
**rep** 24:18
**repairs** 57:8
**rephrase** 29:16
**report** 22:3 68:9
**reporter** 5:4 68:6
**reporter's** 68:1
**reports** 39:8
**representative**
  49:1,3
**representatives**
  36:24 37:16 38:17
  39:1 56:17
**representing** 4:12
**request** 33:13
  37:12 61:6

**requesting** 17:7
**respond** 4:22
**response** 5:2 10:10
  26:18
**responsible** 22:13
**rest** 9:2
**result** 24:5
**revenue** 14:22,23
  18:4 19:1 25:15
  39:20,21,25 40:2,8
  40:15,17,18 41:5,8
  41:20,24 42:3,7,12
  43:7,12,17,21,25
  44:3,7,12,16,21
  45:2 59:25 60:2,5
  60:11,25
**revenues** 44:25
**review** 68:10
**reviewed** 37:18
  38:10 48:5
**right** 5:23 6:14
  14:17 16:16 33:7
  59:22 67:8
**rights** 59:13
**river** 27:8
**road** 2:10
**robin's** 13:13,14
**roof** 57:9
**room** 20:4,6,9
**rooms** 18:15
**rule** 5:11
**rules** 4:17,19,20
  22:16
**runs** 28:14 56:8

| s |
|---|

**s** 2:1 3:8 62:21
**safest** 45:9
**sales** 9:5 11:10
  14:24 20:12 40:22
**sample** 21:13,14
  21:16 30:18,19

**satellite** 47:13
**says** 15:18 16:13
  16:13 35:22 37:13
**schedule** 22:2,10
  22:12
**scope** 61:25
**scott** 49:6
**screen** 39:15 40:12
  43:1 45:13
**script** 17:3
**seated** 18:8
**seating** 15:1
**second** 8:12 22:14
  40:11 41:14 42:14
**section** 49:22
**secure** 23:3
**see** 14:9 21:12
  26:23 27:4,5,10
  33:9 35:15,18
  42:1 46:6 60:5,25
**seen** 6:24 7:5
  13:23,24 14:19
  16:4 17:2,2 27:7
  32:5 36:6 45:25
  46:3,10 47:10
  51:18,21,23 56:11
  58:15 59:17,21
  63:5
**self** 7:13
**send** 17:22 24:22
**sent** 17:24
**separate** 13:1,4,16
  25:16,18 62:14
  64:15 65:15
**september** 42:6
  57:25 58:3,12
**servers** 18:18
**services** 12:24
  13:9,11 27:13
**servicing** 11:1,20

**set** 22:2,2 28:21
**shades** 31:6
**shaking** 5:3
**shapes** 16:3
**shift** 22:22
**shipment** 17:16,17
**shirts** 14:25 16:22
  16:22,23,24 17:8,9
  17:11,14,16,18
  19:5
**shopping** 12:22
**shorthand** 11:2
**shot** 39:15 40:12
  43:1
**shots** 45:13
**shows** 17:10
**side** 20:9 30:7 31:9
**signature** 68:22
**signed** 9:8
**similar** 8:6
**sit** 18:8
**situated** 18:12
**size** 15:17
**skinner** 1:3 41:7
**slash** 11:10,12
**social** 27:17,21
  28:5,10,12 34:25
  51:10 53:1 55:17
  55:19 59:3
**somebody** 8:6
  45:4 64:19
**song** 20:10
**sorry** 32:16
**sort** 47:2
**sources** 14:22,23
  19:1
**south** 7:25 9:2
  58:19 63:13
**souther** 1:1
**southwest** 2:5

[space - turn]

space   15:2 18:11
  20:11,19 21:4
  62:22,24
speakers   10:8
specials   34:19
specific   33:17 40:3
  40:4 60:1,6,18
  64:23
specifically   64:19
speculate   5:12
  27:15
spell   5:23 51:2
spent   29:22 52:24
split   60:2,5
spoken   6:14 26:8
spots   47:6
spreadsheet   40:19
  40:21
st   34:18
stars   17:5
start   5:14 9:24
  14:10
started   14:8 31:1
starting   41:7
state   22:17 42:21
  68:3,7
stated   8:22 16:21
  18:3 23:1
statements   5:4
  39:8 52:15
states   1:1 21:23
station   47:7,7
stenographic
  68:12
stenographically
  68:9
store   23:2
street   2:5
structural   57:8
stuff   62:16

subject   45:25 54:5
submit   42:25
substantiates
  22:18
suite   2:5,11
sunrise   11:18
supposed   32:21
sure   4:21 8:13
  12:23 22:25 24:23
  27:15 45:10
swirls   17:5
sworn   4:6
system   28:21 29:1
  29:4,5 64:4,6,17
  64:20,21

t

t   3:8 5:25 14:25
  16:22,22,23,24
  17:8,9,11,14,18
  19:5 62:21
t.k.   1:10 7:21 8:22
  10:10,13,16 11:25
  12:11 13:19 18:23
  19:1,6,17 21:9
  23:9,15 24:2,8,13
  25:14 26:16,22
  27:14,16,22 28:9
  28:16 29:3,12
  32:8 35:4,6 40:12
  40:15 41:9 47:1
  47:20 48:17 49:14
  50:7,15,21 51:13
  52:3,11,17,25
  53:16 54:15 55:15
  55:20 56:1,6,23
  57:21,24 59:7,12
  59:18 62:3,13,18
  62:24 63:3,18,22
  64:2,8 65:10,22
  66:11,18,21

take   4:15 5:5 6:24
  47:6 57:9,12
  58:14
takeguma   1:5
  43:16
taken   1:16 4:14
  45:13 56:15
talk   24:21 34:1
talking   64:7
talks   35:17
tax   11:10 52:7
taxicab   26:23 27:6
  27:7 47:1
tcb   7:25 8:16
team   56:16
technician   64:11
technology   64:3
tecum   3:11 6:19
telephone   33:20
  33:21 47:5
televise   34:3
tell   5:13 7:8 24:25
  33:6 41:3,4 63:25
tenant   22:19
tender   15:17
terms   13:20 21:16
  22:17 63:2
testified   4:7 9:15
  20:18 26:14 58:15
  66:10
testimony   4:23
  5:18,21 21:11
thank   61:14
theirs   22:11
thing   9:12 21:22
  28:17 45:9 63:12
things   17:6 23:2
  30:7 32:19
think   12:5 45:8
  50:2,4 63:14

third   41:17 44:6
  55:14,25
three   11:6 13:1,1
  28:22 52:16
throw   58:7
time   14:11 20:8
  21:19 29:23 32:18
  34:21,22 61:16
  63:16
times   25:9 26:9
  31:11,12
tina   1:6 44:23
tipping   15:5
tips   19:25 22:4
today   4:13,17 5:18
  5:21 6:12,17 7:5
  32:22
today's   46:1 58:16
told   35:13
top   12:20 20:14
  27:6
total   52:2
trademarks   12:2
transaction   15:15
transcribed   67:6
transcript   68:10
  68:11
trap   1:9,10,11,11
  1:11,20 15:19
  16:24,25 27:8
  48:18 49:15 50:16
  51:14 52:4,18
  53:1,18 54:16
  55:17 56:3,24
  58:18,19
trap's   59:3
trash   58:7
treated   15:22
true   57:21 68:11
turn   5:7 22:5

Veritext Legal Solutions
866 299-5127

[turned - years]

| | | |
|---|---|---|
| **turned** 22:4 | **vickers** 1:4 42:9 | **whitten** 1:4 42:5 |
| **tv** 47:7,9 | **video** 10:5 64:11 | **wine** 14:25 |
| **tvs** 34:10 | 64:12 | **witness** 3:3 4:8 |
| **twice** 31:13 | **videos** 46:13,16 | 60:24 67:9 |
| **twitter** 27:18 | 51:11 53:2 56:15 | **work** 7:13,14,18 |
| **two** 8:3,15,21 13:5 | 56:22 | 8:24 28:25 |
| 13:16 16:12 21:21 | **view** 34:2,3,4 | **worked** 50:21 |
| 21:25 22:1 25:8 | **vip** 15:1 18:4,15 | **works** 42:25 49:8 |
| 28:25 35:5 57:24 | 18:19,21,23 20:3,4 | **write** 9:14 11:8,13 |
| 65:15 | 29:14,16,20 30:9 | 17:22 |
| **type** 5:4,5 10:14 | **vivian** 1:4 41:22 | **writing** 17:2,3 |
| 19:5 | **voucher** 15:4 | **written** 17:25 |
| **types** 16:12 | **vs** 1:8 | 38:16,25 |
| **typical** 8:20 | | **wrong** 64:4 |

| **u** | **w** | **x** |
|---|---|---|
| **u** 51:3 | **waive** 67:7,8,9 | **x** 3:1,8 |
| **uh** 5:4 | **want** 5:11 14:11 | |
| **understand** 21:11 | 18:18 20:7 21:14 | **y** |
| **united** 1:1 | 42:21 58:6 | **y** 49:6 62:21 |
| **usage** 18:11 39:10 | **wanted** 65:19 | **yeah** 50:3 |
| **use** 10:7 20:10 | **wants** 18:7 | **year** 6:5 13:22 |
| 23:1,6 30:10 | **way** 42:25 60:20 | 14:16 42:23 43:2 |
| 48:13 52:21 53:23 | 60:20 | 43:2,4 45:10,11,15 |
| 54:10 59:19,22 | **we've** 17:3 30:6 | 58:11 |
| 61:21,22 65:20 | **wear** 22:3 | **years** 14:15 16:5,9 |
| 66:7,8 | **website** 28:14,16 | 23:19 24:13 34:23 |
| **uses** 5:10 49:1 | 56:5 | 43:3 48:19 49:16 |
| **usually** 19:21 | **websites** 51:10 | 50:8 52:3,16 53:4 |
| 24:16 35:15 | 53:1 56:3,12 | |
| **utilities** 12:22 | **wednesday** 1:18 | |
| 13:15,17 63:17 | 32:21 | |

| **v** | **week** 6:16 11:14 | |
|---|---|---|
| **v** 62:21 | 60:5,6,12,13 61:1 | |
| **vaguely** 21:18 | 61:2,10,16,19,22 | |
| **valet** 12:24 | 61:23 | |
| **value** 15:22 | **weekly** 10:23 11:2 | |
| **vary** 17:16 | 12:15 | |
| **vendor** 64:12 | **weeks** 26:2 60:19 | |
| **verbalize** 5:2 | 61:4 | |
| | **went** 45:3,24 | |
| | **whatsoever** 31:21 | |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.