1              IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2                     MIAMI DIVISION
3              Case No.:  1:16-cv-24548-MGC 5
4
5    CIELO JEAN GIBSON, CORA SKINNER, VIVIAN KINDLE,
     ALICIA WHITTEN, ASHLEY VICKERS, DESSIE MITCHESON,
6    DEVIN JUSTINE TAKEGUMA, EVA PEPAJ, JESSICA BURCIAGA,
     LINA POSADA, MARKETA KAZDOVA, PAOLA CANAS, and TINA
7    QUARLES,
8                     Plaintiffs,
9
     VS.
10
     BTS NORTH, INC., d/b/a BOOBY TRAP; T.K. PROMOTIONS,
11   INC., d/b/a  BOOBY TRAP; P.T.G. ENTERTAINMENT, INC.,
     d/b/a BOOBY TRAP; and BOOBY TRAP, INC., d/b/a BOOBY
12   TRAP,
13                    Defendants.
     _____/
14
15
16            Veritext Legal Solutions
               1 East Broward Boulevard, Suite 1101
17             Fort Lauderdale, FL 33301
               Friday, April 21, 2017
18             12:11 p.m. - 3:33 p.m.
19
20         VIDEOTAPED DEPOSITION OF PHIL GORI
21
22   Taken before MARIA E. REEDER, RPR, FPR
23   and Notary Public for the State of Florida at
24   Large, pursuant to Notice of Taking Deposition
25   filed in the above cause.

                                        Page 1

```
 1   APPEARANCES:
 2
     On behalf of the Plaintiffs:
 3
     THE CASAS LAW FIRM, P.C.
 4   80 Southwest 8th Street, Suite 2000
     Miami, FL 33130
 5   BY:  JOSEPH CASAS, ESQ.
     joseph@casalawfirm.com
 6   BY:  SARAH CABARCAS, ESQ.
     sarah@casaslawfirm.com
 7
 8   On behalf of the Defendants:
 9   LUKE CHARLES LIROT, P.A.
     2240 Belleair Road, Suite 190
10   Clearwater, FL 33764
     BY:  LUKE CHARLES LIROT, ESQ.
11   luke2@lirotlaw.com
12
13   ALSO PRESENT:
14   Fred Veitch, Videographer
15
16   REPORTED BY:
17   MARIA E. REEDER, RPR, FPR
     Veritext Florida Reporting
18   2 South Biscayne Boulevard, Suite 2250
     Miami, FL 33131
19
20
21
22
23
24
25
```

Page 2

1     THE VIDEOGRAPHER: Okay. We're on the video

2   record. This is the video deposition of Phil

3   Gori in the matter of Gibson, Skinner, et al.

4   versus BTS North, Incorporated, et al.

5     My name is Fred Veitch, the videographer

6   with Veritext. The court reporter is Maria

7   Reeder with Veritext. Today is April 21, 2017.

8   The time is 12:11 p.m. At this time would

9   counsel please state their appearances for the

10   record.

11     MR. CASAS: Attorney Joseph Casas on behalf

12   of the Plaintiff along with Sarah Cabarcas.

13     MR. LIROT: And Luke Lirot for the

14   Defendants.

15 Thereupon:

16        PHIL GORI,

17  A witness named in the notice heretofore filed,

18 being of lawful age and having been first duly

19 sworn, testified on his oath as follows:

20     THE WITNESS: I do.

21       DIRECT EXAMINATION

22 BY MR. CASAS:

23  Q Good afternoon, sir. As I stated off the

24 record, my name is attorney Joseph Casas and I

25 represent the Plaintiffs in this matter.

Page 3

1           You have just taken an oath and it's

2    important that you understand that the oath you took

3    today is the same oath that you would take if you

4    were in a court of law.  And what that means is

5    that, in essence, your testimony today has the same

6    full force and effect as if you were in a court of

7    law with a judge in a robe and potentially a jury.

8           Do you understand that?

9    A    I do.

10   Q    I'll give you a few ground rules.  I'm sure

11   your attorney has probably prepped you a little bit on

12   this, but I just want to make sure that we establish a

13   couple of ground rules and maybe some more as we get

14   going if the need arises.

15          The first one is that any of my questions

16   I ask you, I am asking you not to speculate or

17   guess, but I am entitled to your best testimony

18   today.  Do you understand that?

19   A    I do.

20   Q    If you answer my question without asking for

21   clarification, I will assume that you understand my

22   question and that your answer is valid.  Does that

23   make sense?

24   A    It does.

25   Q    One of the biggest rules today, potentially

                                              Page  4

| | |
|---|---|
| 1 | more so for our lovely court reporter, is for us not |
| 2 | to talk over each other.  So the rule will be that |
| 3 | you'll give me the courtesy of finishing my question, |
| 4 | and I'll give you the courtesy of finishing the answer |
| 5 | so that we don't talk over each other.  Does that make |
| 6 | sense? |
| 7 | A    Yes. |
| 8 | Q    As we get going, you and I will probably |
| 9 | establish a good rhythm where I'll get to understand |
| 10 | how you answer questions.  Sometimes we tend to pause |
| 11 | in the middle of a question or an answer, and we'll |
| 12 | figure that out as we go. |
| 13 | If you haven't finished an answer, just |
| 14 | say, "please let me finish my answer" and I'll stop |
| 15 | and I'll let you finish your answer.  Does that make |
| 16 | sense? |
| 17 | A    It does. |
| 18 | Q    And vice versa. |
| 19 | Sir, is there anything that's preventing |
| 20 | you from giving your best testimony today?  For |
| 21 | example, are you under the influence of any drugs or |
| 22 | alcohol or anything that would prevent you from |
| 23 | giving me your best testimony? |
| 24 | A    No. |
| 25 | Q    Could you please state and spell your first |

Page 5

```
 1    and last name for the record?

 2        A    Philip Thomas Gori.  G-o-r-i.

 3        Q    And the first name is spelled?

 4        A    P-h-i-l-i-p.

 5        Q    And your middle name just to be safe.

 6        A    Thomas.  T-h-o-m-a-s.

 7        Q    What is the highest level of education

 8    you've attained?

 9        A    High school.  Twelfth grade.

10        Q    Do you have any professional licenses or any

11    other licenses?

12        A    I used to have a real estate license, but I

13    think it expired.

14        Q    Have you ever been convicted of any

15    felonies?

16        A    I have.

17        Q    And what would those be, sir?

18        A    Carrying a gun without a permit.

19        Q    And when was that?

20        A    1978.

21             MR. CASAS:  That's illegal in Florida?  I

22        guess so.

23             MR. LIROT:  It was then.

24             MR. CASAS:  It was then.

25    BY MR. CASAS:
```

Page 6

1     Q     Any other felonies?

2     A     Nope.

3     Q     Have you ever declared bankruptcy?

4     A     No.

5     Q     All right.  Part of the process today, I'll

6     be handing you some exhibits to review.

7     A     Oh boy.  I don't have glasses.

8     Q     Do we need to take a break?

9     A     I need to -- I don't have glasses.  I didn't

10    bring anything.

11          MR. CASAS:  Okay.  Let's go off the record.

12          (A recess was taken.)

13          THE VIDEOGRAPHER:  We're back on the record,

14        12:15 p.m.

15    BY MR. CASAS:

16    Q     Okay, sir.  It looks like you were able to

17    obtain some glasses, and you stated that they help you

18    out; is that correct?

19    A     That is.

20    Q     All right.  So the first exhibit that I'd

21    like to mark is Exhibit 1, and it's a copy of the

22    notice of taking deposition duces tecum.

23          I'll have it marked.

24          (Plaintiff's Exhibit 1 marked for

25        identification.)

```
 1    BY MR. CASAS:

 2         Q    Sir, have you seen this document before?

 3         A    Yes, it looks familiar.

 4         Q    All right.  This is a -- basically a

 5    document that kind of forces you to be here.  Some

 6    people usually feel like it is against their will, but

 7    you are here pursuant to this document, correct?

 8         A    Yes.

 9         Q    All right.  And you're here to testify both

10    on your behalf personally and on behalf of the

11    companies listed as Defendants in the lawsuit; is that

12    correct?

13         A    That's correct.

14         Q    And just to be sure, you're here to testify

15    on behalf of BTS North, Inc., d/b/a Booby Trap?

16         A    Uh-huh.

17         Q    T -- is that a yes?

18         A    Yes.

19         Q    T.K. Promotions, Inc., d/b/a Booby Trap?

20         A    Yes.

21         Q    P.T.G. Entertainment, Inc., d/b/a Booby

22    Trap?

23         A    Yes.

24         Q    And Booby Trap, Inc., d/b/a Booby Trap?

25         A    Yes.
```

Page 8

1        Q     Okay.  You can set that document aside, sir.

2    We'll get into it in a little more detail soon.

3              If I ask you a question today related to

4    any one of these entities that we just discussed, or

5    even you personally, and you are not the best person

6    to give me the testimony, will you please let me

7    know so, and then I'll ask you who that person is.

8    And if you know them or can identify them, I would

9    appreciate that you give me that information.  Does

10   that make sense?

11       A     I will.

12       Q     Oftentimes when Plaintiffs file lawsuits

13   against various entities, it's because we don't quite

14   know whether there are -- those entities are involved

15   in the lawsuit.  We have an idea, we have a good faith

16   belief that they are, but sometimes it turns out that

17   they're not.

18             So the first portion of the deposition I

19   am going to ask you some foundational questions

20   about each entity so that I can try to understand

21   whether or not they are indeed involved or not.

22   Okay?

23       A     Yes.

24       Q     Let's start with BTS North, Inc.  Who are

25   the owners of this company?

```
 1        A     Myself and Beth Caprio.

 2        Q     When was this company started?

 3        A     I'm not sure.

 4        Q     Are you two the only owners?

 5        A     Yes.

 6        Q     Do you consider yourselves partners --

 7        A     Yes.

 8        Q     -- in the business sense?

 9              Do you consider yourself shareholders?

10        A     Yes.

11        Q     What percentage of ownership do each of you

12   have in BTS North, Inc.?

13        A     I'm 75 percent and Beth is 25 percent.

14        Q     What is the purpose of BTS North, Inc.?

15        A     I don't understand the question.

16        Q     What did you form it for?

17        A     I don't recall.  Under advice of attorney,

18   we set up the corporation that way.

19        Q     What is -- what is BTS North, Inc. in the

20   business of doing?

21        A     Nightclub.

22        Q     When you say "nightclub," is there a

23   particular nightclub that you're referring to?

24        A     Adult entertainment that serves alcohol

25   beverages.
```

Page 10

1        Q     And what is the name of that nightclub?

2        A     Booby Trap.

3        Q     And is there a particular location to this

4   nightclub?

5        A     On 826, in Doral area.

6        Q     Does BTS North, Inc. own or operate any

7   other nightclubs?

8        A     No.

9        Q     Does this company, BTS North, Inc., have a

10  written agreement that governs the business

11  relationship between you and Ms. Caprio?

12       A     I'm not sure.

13       Q     To be more specific, do you know if the

14  company has a shareholder agreement?

15       A     I'm not sure.

16       Q     Who would know that information?

17       A     The attorney that set up the corporation,

18  I'm assuming.

19       Q     What is your title for BTS North, Inc.?

20       A     I had a partner that died, so I don't know

21  what the legalities were.  He was everything and I was

22  just a shareholder, but he ended up dying a year ago.

23  And I don't know how rich but I am a stockholder of

24  that corporation.

25       Q     So you're the majority stockholder?

Page 11

```
 1          A    I am.

 2          Q    Would you consider yourself like the

 3   president or CEO or any of those other type of titles?

 4          A    No.

 5          Q    And what about Ms. Caprio, does she carry

 6   any particular titles?

 7          A    No.  She inherited this stock after my

 8   partner died.

 9          Q    So she was your partner's wife?

10          A    Wife, that's correct.

11          Q    Thank you, sir.

12               What duties and responsibilities do you

13   have as it pertains to your role as a majority

14   shareholder for BTS North, Inc.?

15          A    I don't have any responsibilities.

16          Q    What do you do at all for the company?

17          A    I do nothing.

18          Q    Who manages this company?

19          A    There's several managers that work at BT's

20   North.

21          Q    And who are those managers?

22          A    Mike Brusso.

23          Q    Spell --

24          A    I'm --

25          Q    Sorry.  Hold on.
```

Page 12

1            Spell the first and last name of every

2     person that you give me.

3         A    I don't know some of the guys' last names.

4     I'm not that involved.  I just know that Mike Brusso

5     is my nighttime guy; George is the daytime guy.  And I

6     think there's several other managers and I don't know

7     who they are.

8         Q    Who would be the best person to know the

9     names of all the managers?

10        A    Eric.

11        Q    What's his last name?

12        A    Hold on a second.  I'd have to pull it up.

13        Q    And, for the record, you're looking in your

14    cell phone?

15        A    Yes.  I have a phone number for you.

16        Q    Sure.

17             I'll -- for the record, I'll submit that I

18    would not call Eric without Mr. Lirot's permission,

19    but, yes, please give us the number.

20        A    Oh, his last name is O-t-e-r-o.

21        Q    Okay.  Otero.

22        A    And he can be reached at the club's number.

23        Q    Which is?

24        A    Hold on one second.

25             That number is (305) 477-2785.

                                          Page 13

```
 1        Q     How long has the BTS North location been
 2    open?
 3        A     I'm not sure.
 4        Q     Who would know that?
 5        A     I could guesstimate.  Would that help you?
 6        Q     Well --
 7        A     Around eight years.
 8        Q     That will work.
 9        A     Okay.
10        Q     You also mentioned that the daytime guy, you
11    referred to him as George, but you don't -- do you
12    recall his last name?
13        A     I do not.
14        Q     Okay.
15        A     Eric could be your contact person.
16        Q     Other than the address you gave me a while
17    ago, does BTS North have any other corporate office
18    address?
19        A     No.
20        Q     Does BTS North own any real estate?
21        A     No.
22        Q     Does BTS North lease any property to any
23    third party?
24        A     I don't understand.
25        Q     Right.  Does BTS North act as a landlord to
```

Page 14

```
 1    anyone -- to any third party person or company?
 2         A    The -- I guess they lease to the
 3    entertainers.  We have lease agreements with the
 4    entertainment, so I assume yes.  They're landlords to
 5    the entertainers.
 6         Q    And by leasing space, it would be akin to
 7    like a salon and hairdressers.  That type of
 8    arrangement, correct?
 9         A    That's correct.
10         Q    Other than the entertainers, does BTS North
11    lease any of its property to anyone or any company?
12         A    No.
13         Q    Does BTS North own any tangible assets?
14         A    Not to my knowledge.
15         Q    What about all the furniture, chairs, tables
16    and everything located within the BTS North
17    establishment?
18         A    I think there's a lien on it, a
19    youth-something lien on all that stuff.
20         Q    A lien by whom?
21         A    Master Acquisitions.
22         Q    And what is that a lien for?
23         A    I don't know.
24         Q    Does BTS North lease all of its furniture
25    and equipment located within the restaurant -- I mean
```

Page 15

```
1   within the club?

2        A    Not all.

3        Q    And when you say "not all," what would be

4   excluded from that?

5        A    I'm not sure.

6        Q    Who would be the best person to know that?

7        A    Eric.

8        Q    Does BTS North maintain a list of any assets

9   that it owns?

10        A    I'm not sure.

11        Q    Is that also an Eric question, sir?

12        A    I don't even know if he could answer that,

13   but, yes.

14        Q    Do you know if BTS North owns any intangible

15   assets?  And by that I mean intellectual property,

16   copyrights, trademarks, things of that nature?

17        A    I'm not sure.

18        Q    Who would be the best person to answer that

19   question?

20        A    I don't know on that one.

21        Q    Does BTS North lease properties from any

22   third party?

23        A    Third.  No.

24        Q    BTS North doesn't pay rent to anyone?

25        A    To a third party you said?
```

Page 16

1     Q     Yes.  Well, let me rephrase the question.

2           Does BTS North lease property from

3     anyone --

4     A     Yes.

5     Q     -- or any company?

6     A     Yes, they do.

7     Q     And who do they lease from?

8     A     Master Acquisitions.

9     Q     What is Master Acquisitions?

10    A     A real estate company.  And I may have the

11    name wrong.  I don't know if it's Master Acquisitions

12    or Adult Club Advisors.  I'm not sure which one it is.

13    Q     Can you spell the last name, Adult Club?

14    A     Advisors.

15    Q     Advisors.

16          Who maintains a copy of the lease between

17    BTS North and Master Acquisitions and/or Adult Club

18    Advisors?

19    A     The law firm that owns the building, and I'm

20    assuming they would have a copy of that at their

21    office.

22    Q     What law firm owns that building?

23    A     Zedeck Law, and I don't know how to spell

24    it.

25    Q     Do you recall generally what the terms of

Page 17

1    the lease are?  By that I mean, how long the lease is

2    for?

3         A    I don't recall.

4         Q    Do you know if you're required -- by you I

5    mean BTS North -- is BTS North required to maintain an

6    insurance policy as part of its lease agreement with

7    Master Acquisitions or Adult Club Advisors?

8         A    I do not know.

9         Q    Who would know that, sir?

10        A    I'm not sure.

11        Q    Is there any one particular attorney at

12   Zedeck Law that would be the point of contact in

13   determining where that lease agreement is at?

14        A    Lenny Zedeck.

15        Q    How long have you known Mr. Zedeck?

16        A    Ten years.

17        Q    How do you know him?

18        A    Through this business association, through

19   this contract.

20        Q    He's not your attorney, though, is he?

21        A    He is not.

22        Q    So he does not provide legal services to BTS

23   North?

24        A    Does not.

25        Q    Or any other Booby Trap company?

Page 18

```
 1        A    Does not.

 2        Q    So would you consider him a landlord?

 3        A    Yes.

 4        Q    BTS North, it runs and operates Booby Trap

 5   Doral; is that correct?

 6        A    That's correct.

 7        Q    Is Booby Trap an assumed name or doing

 8   business as of BTS North, Inc.?

 9        A    It is.

10        Q    Does BTS North, Inc. do or conduct business

11   under any other assumed names?

12        A    Say that again.

13        Q    Does BTS North, Inc. conduct business under

14   any other assumed names?

15        A    Not to my knowledge.

16        Q    Does BTS North own any liquor licenses?

17        A    I'm assuming the one that's there.

18        Q    What does that mean, sir?  When you say,

19   "I'm assuming the one that's there," where is there?

20        A    It would be at BTS North, the liquor license

21   that's there.

22        Q    Were you involved in the process of

23   obtaining the liquor license?

24        A    I went through the process, yes.

25        Q    When was that?
```

Page 19

1       A     Whenever we opened up eight years plus or

2   eight -- around eight years ago.

3       Q     So by deduction, Booby Trap Doral serves

4   alcohol?

5       A     They do.

6       Q     What are the typical sources of revenue for

7   BTS North, Inc., Booby Trap Doral?

8       A     Liquor sales, door charge.

9       Q     Anything else?

10      A     Not to my knowledge.

11      Q     And does -- and by asking you any of these

12  questions, I don't care one way or the other.  I mean,

13  I don't represent any of your entertainers, nor do I

14  care to.

15            Does BTS North, Booby Trap Doral, earn a

16  percentage of any of the earnings of any of the

17  entertainers?

18      A     A percentage of the earnings.

19      Q     I'll give you an example.  So, for example,

20  tips that they receive and/or compensation for lap

21  dances, things of that nature?

22      A     Yes, they give -- BTS gets a percentage.

23      Q     Do you know what that percentage is?

24      A     I do not.

25      Q     Is that something Eric would know?

Page 20

1      A    Yes.

2      Q    Does BTS North, Inc., a/k/a, Booby Trap

3  Doral, charge or have -- I'm sorry -- does it have a

4  VIP membership?

5      A    No.

6      Q    All customers are treated equally?

7      A    There's -- managers pass out VIP cards for

8  free to guys who come in a lot.

9      Q    But there's no additional charge for VIP

10  membership to the club?

11      A    No, sir.

12      Q    Other than the sources of income you've

13  discussed, or revenue rather, liquor sales, door

14  charges, percentage of entertainers, does Booby Trap

15  Doral have any other source of revenue?

16      A    Not to my knowledge.

17      Q    Do you serve food there?

18      A    We do.

19      Q    Wouldn't you consider that a source of

20  revenue?

21      A    I don't.  We lease the kitchen out to -- we

22  don't lease it.  We just give it to this lady that

23  runs it.  And it's her -- she runs it as her own

24  business.

25      Q    So earlier I asked if BTS North, Inc., Booby

Page 21

1    Trap Doral, leased to anybody else.  And you

2    mentioned, other than the other entertainers, you said

3    no, but it appears that BTS North, Inc. leases, at

4    least its kitchen, to somebody?

5         A    It doesn't lease it.

6         Q    What do you do?

7         A    Give it to her.

8         Q    So you don't make any money off of her?

9         A    Do not.

10        Q    Who is that person?

11        A    Her name is Laura.

12        Q    Do you have a last name?

13        A    I do not.

14        Q    Other than liquor sales, door charges,

15   percentage of entertainers, does BTS North, Inc. have

16   any other streams of revenue?

17        A    I think it would be valet, but I don't know

18   if there's another corporation set up for the valet,

19   so I'm assuming valet or parking.

20        Q    Who would know whether or not there's

21   another corporation that manages the valet part of it?

22        A    That would be Eric.

23        Q    Does BTS North, Inc. maintain any insurance

24   policies?

25        A    I'm not sure.

Page 22

1      Q    Who would know, sir?

2      A    Eric.

3      Q    Does BTS North, Inc. have a bookkeeper?

4      A    That would be Eric.

5      Q    Does BTS North, Inc. have an accountant?

6      A    Yes.

7      Q    Who is it?

8      A    Al Masters.

9      Q    Spell that, please?

10     A    M-a-s-t-e-r-s.

11     Q    What was the first name?

12     A    Al.  A-l.

13     Q    Al Masters?

14     A    That's correct.

15     Q    Is he a CPA?

16     A    I'm not sure what he -- I'm assuming he is.

17     Q    Is that the name of his accounting company?

18     A    I'm not sure.

19     Q    Does BTS North, Inc. have a person who's in

20  charge of marketing or advertising?

21     A    Marketing or advertising.  The only person

22  that does advertising would be J Dog Media.

23     Q    And so that's -- that's like your graphic

24  designer.  Do you have anybody in house that is the

25  point of contact with regard to any advertisements or

Page 23

1    marketing programs or directives that come out of the

2    club?

3          A     No.

4          Q     Does Eric have anything to do with marketing

5    or advertising?

6          A     No.

7          Q     When you say, "J Dog Media, Inc.," is that

8    owned by Darren Franclemont?

9          A     Darren?

10         Q     Yes.

11         A     I don't know a Darren.  Is that --

12         Q     Duffy.

13         A     Is Darren Duffy?  Yes.  Then, yes.

14         Q     How long have you known Duffy?

15         A     A long time.

16         Q     How long is "a long time"?

17         A     Oh, wow.  Twenty years.

18         Q     How long has J Dog Media, Inc. been

19   providing graphic design services to BTS North, Inc.?

20         A     As long as they've been opened.

21         Q     And do you know what exactly -- what

22   services J Dog Media provides to BTS North, Inc.?

23         A     I do not.

24         Q     Does Booby Trap Doral maintain a social

25   media account?

Page 24

```
 1        A    I don't know.
 2        Q    By "social media," I mean Facebook,
 3   Instagram, Twitter, the same question?
 4        A    I think it goes through Duffy.  He does that
 5   for us, I'm assuming.
 6        Q    When you say "you're assuming," who would be
 7   the best person to know?
 8        A    There's -- I don't know that.  Duffy takes
 9   care of all that.
10        Q    Who at Booby Trap Doral has access to your
11   Facebook account?
12        A    I'm not sure.
13        Q    Would Eric know that?
14        A    No.
15        Q    Why do you say he would not know that?
16        A    He does -- he's bookkeeper.  He's my
17   assistant.  If he does, I have no knowledge of that.
18             Duffy runs all that.  Duffy would have all
19   the knowledge of that.
20        Q    Okay.  Are you familiar with how to download
21   a complete copy of your Facebook accounts?
22        A    I am not.
23        Q    I'm sure your attorney has informed you that
24   as of the date that you have received a demand letter
25   in this case and/or have been sued, you must maintain
```

Page 25

1    all electronically stored, information and data.

2           Is it safe to assume that you have abided

3    by that policy, sir?

4        A    I don't even own a computer, so I don't -- I

5    just got on Facebook, so any of this knowledge would

6    be through Duffy.

7        Q    Okay.  But right now I'm asking you a

8    question and I need an answer on behalf of the

9    corporation, please.

10          On behalf of the corporations, do you know

11   if they have abided by the request not to delete any

12   electronically stored information including Facebook

13   accounts, Instagram accounts, things of that nature?

14       A    I'm not sure.

15       Q    Who would know that?

16       A    I don't know.

17       Q    Your attorney maybe?

18       A    I don't know.

19       Q    Okay.  Does Booby Trap Doral maintain a

20   website?

21       A    A website.  I'm assuming.

22       Q    Don't assume, sir.  If you don't know, you

23   don't know.

24       A    Then -- you would have to ask Duffy on that

25   one.

Veritext Legal Solutions
866 299-5127

1       Q       Does Duffy also run your website?

2       A       I'm assuming he does.

3       Q       But you don't know?

4       A       I don't know.

5       Q       Okay.  Does Booby Trap Doral, BTS North,

6    Inc., have a person in charge of IT?

7       A       Meaning?

8       Q       Like Information Technician, somebody who

9    runs your computers, your network.

10      A       No.

11      Q       Do you know if Booby Trap Doral, BTS, North

12   Inc., maintains a computer network?

13      A       I'm not sure.

14      Q       Is that something you think Eric would know?

15      A       I think Duffy would know that.

16      Q       Does Duffy work at BTS North, Inc.?

17      A       He does not.

18      Q       Does Duffy work at BT -- I'm sorry, Booby

19   Trap Doral?

20      A       No.

21      Q       You're not sure -- well, he doesn't maintain

22   your computers, does he?

23      A       Oh, no.  No.  No.

24      Q       How does BTS North, Inc., BT -- Booby Trap

25   Doral store and maintain all of its electronic data?

Page 27

 1          A     I'm not sure.

 2          Q     Who would know that, sir?

 3          A     I'm not sure.

 4          Q     Does Booby Trap Doral maintain a customer

 5     email list?

 6          A     I'm not sure.

 7          Q     Who would know that?

 8          A     I'm not sure if it even exists.

 9          Q     Does Booby Trap Doral maintain a customer

10     mailing address list?

11          A     Not sure, sir.

12          Q     Who would know?

13          A     Not sure.

14          Q     Are your entertainers independent

15     contractors?

16          A     No.

17          Q     What are they?

18          A     Leasees.   They lease space.

19          Q     Do you know what an independent contractor

20     is?

21          A     I do.

22          Q     Does BT Doral hire any independent

23     contractors for any purposes whatsoever?

24          A     Not sure.

25          Q     Why do you say you're not sure?

                                              Page 28

```
 1        A    Because I'm not sure if they hire someone
 2   who's independent that comes in and works, fixes
 3   lights or whatever.  I don't know.
 4        Q    Okay.  Who would know that?
 5        A    I don't know.
 6        Q    Is Eric the main manager there?
 7        A    Eric is my assistant and bookkeeper.
 8        Q    Who is the main manager there at BT Doral?
 9        A    Mike.  Mike and George.
10        Q    Do they share the duties?
11        A    Mike is nighttime; George is daytime.
12        Q    Would they know if Booby Trap Doral hires
13   any independent contractors?
14        A    Give me an example.
15        Q    Like you said, it could be somebody who
16   fixes the lights.  It could be vendors.  It could
17   be --
18        A    That's not their duties, I don't think.
19        Q    Whose duty is that?
20        A    That would be -- there is no one that has
21   that duty.  Who would hire a contractor?  Nobody.
22   Unless there's a plumbing, and that would be Eric if
23   he had to hire a plumber or air conditioning.
24        Q    Who hired Duffy?
25        A    I don't remember.
```

Page 29

```
 1          Q      For BTS North, Inc. -- well, let me ask you
 2    a couple of more questions about that.  I'm sorry.
 3                 Who at BT Doral deals with Duffy on
 4    marketing and advertising?
 5          A      I don't know.
 6          Q      You don't know who his primary point of
 7    contact is?
 8          A      I do not.
 9          Q      Would that be something that would fall
10    under Eric's role as an assistant, admin guy?
11          A      No.
12          Q      More Mike or George?
13          A      From my understanding, I think Duffy just
14    sends an e-mail saying that there's a fight coming up
15    and posters are coming.  And he sends that to, I'm
16    assuming, and I don't know who he sends it to, but I'm
17    assuming he sends it to one contact person and it
18    spreads through.
19          Q      And who's that contact person?
20          A      It had to be either Eric -- probably Eric
21    daytime or Mike at nighttime.
22          Q      When you say "your understanding of what
23    Duffy does," what is that understanding based on?
24          A      Explain.  I don't understand the question.
25          Q      I don't understand your answer.  When you
```

Page 30

1    say that your understanding is that Duffy says a fight

2    is coming up and he creates an ad and then he sends it

3    to somebody, what is that understanding based on?  How

4    do you know that?

5         A    Because when a fight is posted in an

6    advertising, Duffy will grab the fight, make an ad to

7    it and send it to one of our managers or Eric and

8    he'll spread it around saying, "Hey, there's a fight

9    coming up in two weeks."

10        Q    How do you know that information?

11        A    Because I've known that.  Because managers

12   will say, "Hey, Duffy sent me an e-mail saying that

13   there's a fight coming" and "Do you think it's a great

14   fight," and we just talk about it that way.

15        Q    Okay.  So your understanding, based on your

16   conversations with your managers, is that Duffy sees

17   that a fight is coming up and sends it via email to

18   your managers; is that what you just said?

19        A    That's correct.

20        Q    Okay.  As the corporate representative, I'm

21   asking you to make sure that you do not delete in any

22   way, form or fashion any of those e-mails between

23   Mr. Franclemont, Duffy, and any of your managers, and

24   that goes for any locations.  Does that make sense?

25        A    It does.

Page 31

```
 1        Q    I don't want to have to repeat that.
 2             Have you made a copy of those e-mails and
 3   given them to your attorney?
 4        A    I have not.
 5        Q    Have you instructed anybody at your
 6   establishments to make a copy of those e-mails and
 7   send them over to Mr. Lirot?
 8        A    I have not.
 9             MR. LIROT:  For the record, I approached it
10        from the other side.  I asked Mr. Franclemont to
11        compile that for me.
12             MR. CASAS:  I need you to ask your clients
13        for the record.
14   BY MR. CASAS:
15        Q    Do you know who the carrier is for BTS
16   North, Inc. for your insurance coverage?
17        A    I do not.
18        Q    Have -- has BTS North, Inc. filed any claims
19   with the carrier as a result of this lawsuit?
20        A    I'm not sure.
21        Q    Who would know?
22        A    I don't know.
23        Q    Is that an Eric role?
24        A    I guess we're going to have to -- I don't
25   know who would be the role of that.  I guess we'll
```

Page 32

1    have to talk to the insurance agent.

2        Q    Who's the insurance agent?

3        A    I don't know.

4        Q    Would Mike or George make an insurance claim

5    for these types of --

6        A    No.

7        Q    Let me finish my question.  -- for these

8    types of lawsuits?

9        A    No.

10       Q    Is that more of a shareholder call?

11       A    That would be the insurance guy, and that

12   would probably go through Eric, and he would bring it

13   to me that we're making a claim.

14       Q    Right, but how would the insurance guy know

15   that you've been sued?

16       A    Through Eric or myself.

17       Q    All right.  So you or Eric would call the

18   insurance company and say, "Hey, we've been sued.  Is

19   this something that's covered under my policy"?

20       A    Yes.

21       Q    Okay.  Have you done that in this case?

22       A    Not to my knowledge.

23       Q    Why not?

24       A    I don't know.

25       Q    Do you understand that you are supposed to

Page 33

1    report lawsuits like this to your insurance company?

2         A    No.

3         Q    Has your policy ever been cancelled?

4         A    Yes.

5         Q    When?

6         A    Years ago.

7         Q    What were -- what were the years of

8    cancellation?

9         A    I don't recall.

10        Q    Do you know if the policy has been cancelled

11   between April 2013 and July 2016?

12        A    I'm not sure.  It was right around that time

13   there was a policy that was cancelled.

14        Q    Well, that's a three-year time frame

15   approximately.  Are you saying that during that

16   three-year time frame it's possible that the policy

17   may have been cancelled?

18        A    On or about that time around 2013, we --

19   there were several shootings and it was a group policy

20   and we got cancelled out.

21        Q    Did you get a new policy with --

22        A    I don't --

23        Q    -- a different carrier?

24        A    I don't remember.

25        Q    Who would know whether a new policy was

Page 34

```
 1   obtained?
 2        A    The insurance guy.  Hold on.  I'll give you
 3   his name.
 4             His name is Scott.
 5        Q    Do you have a last name for him?
 6        A    I do not.  I just have it under "Scott
 7   insurance."
 8             Would you like the number?
 9        Q    Yes, please.
10        A    (954) 557-8285.
11        Q    I forgot to mention, by the way, this is not
12   a marathon.  If you need a break, you need to use the
13   restroom, eat something, get some snacks, let me know.
14             We're going to go for about five more
15   minutes and then we'll take our first break.  Okay?
16        A    Okay.
17        Q    In that contact information, sir, do you by
18   any chance have -- does it say the insurance company?
19        A    Nope.
20        Q    Okay.  Sir, what is T.K. -- actually, you
21   know what, before I go into the next business,
22   let's -- let's go ahead and take a break.
23        A    Okay.
24        Q    Go off the record for about five minutes or
25   so.  Five, ten minutes.
```

Page 35

```
 1              THE VIDEOGRAPHER:  Off the record at 12:51
 2      p.m.
 3              (A recess was taken.)
 4              THE VIDEOGRAPHER:  Back on the record at
 5      1:01 p.m.
 6   BY MR. CASAS:
 7      Q     What are the duties and responsibilities for
 8   Eric over at BT Doral?
 9      A     He pays bills.
10      Q     Anything else?
11      A     And takes care of any responses that come
12   into the club.
13      Q     What do you mean by "responses that come" --
14      A     If an email comes in, he'll respond to it.
15      Q     So he's responsible for the club's e-mails?
16      A     That, I'm not sure.
17      Q     The email -- what is his email address?
18      A     I don't even know if he had an e-mail
19   address.  I'm not sure.
20      Q     Do you email with him?
21      A     I do not.
22      Q     How do you --
23      A     I call him directly.
24      Q     All right.  That's an example of us talking
25   over each other.  Let me ask the question again.
```

                                              Page 36

```
 1              How do you communicate with Eric?
 2      A    I call him or text him.
 3      Q    Have you ever discussed this case with Eric?
 4      A    No.
 5      Q    Other than paying bills and taking care of
 6  any responses that come into the club, does he do
 7  anything else at the club?
 8      A    I'm not sure.
 9      Q    Is he a W2 employee?
10      A    Yes.
11      Q    Is he full time?
12      A    Yes.
13      Q    You said he was your admin guy.  What does
14  "admin" mean?
15      A    Say that again.
16      Q    You said that he was your admin guy at one
17  point during the deposition, if I heard you correctly.
18           What does that mean?
19      A    Admin?  I didn't say that.
20      Q    You did not.  Okay.
21           Does he have any supervisory role at the
22  club?
23      A    Through the office, yes.
24      Q    What does "through the office" mean?
25      A    If he needs to send messages out, he'll tell
```

Page 37

```
 1    a manager that if they're short a bottle of liquor, or

 2    this letter came in.  He responses [sic].  He reads

 3    all the mail and all that kind of stuff.

 4         Q    Is he responsible for keeping the alcohol

 5    levels up to speed?

 6         A    Yes.

 7         Q    Does he deal with vendors like liquor

 8    vendors?

 9         A    Yes.

10         Q    Alcohol vendors?

11         A    Yes.

12         Q    Does he have access to Facebook?

13         A    Not sure.

14         Q    And to be specific, does he have access to

15    the club's Facebook?

16         A    Not sure.

17         Q    What are Mike and George's roles, assuming

18    they're the same one -- same type of roles, but just

19    one's day and one's night; is that correct?

20         A    That's correct.

21         Q    What are their roles?

22         A    Running day shift or night shift and the

23    headaches that go along with it.

24         Q    I have an idea what those headaches might

25    be, but for the record, can you try and tell me what
```

Page 38

1   running the day or night shift means?

2       A    Making sure that waitresses show up,

3   bartenders show up, making sure they're out doing

4   their job.

5       Q    What about oversight over the entertainers,

6   like their schedules and things of that nature.  Who

7   takes care of that?

8       A    To my understanding, there is no schedule

9   for entertainers.  Waitresses and bartenders, they're

10  responsible and they make schedules for them.

11      Q    Okay.  Who -- who drafts up or who's

12  responsible for negotiating the lease with the

13  entertainers?

14      A    I'm not sure.

15      Q    Who's responsible for getting signatures on

16  the lease agreements with the entertainers?

17      A    The manager on duty.

18      Q    And that can be either Mike or George?

19      A    That's correct.

20      Q    Where are the leases with the entertainers

21  kept?

22      A    A question for Eric.

23      Q    Does Eric have an office at BT North?

24      A    Yes.

25      Q    Is it in the club itself?

Page 39

```
 1        A    Yes.
 2        Q    Are there any other managers or supervisors
 3   other than Mike, George or Eric that we've discussed
 4   at BT North?
 5        A    Yes.
 6        Q    Who?
 7        A    And I don't know their names.
 8        Q    Let's move on to T.K. Promotions, Inc.  Who
 9   are the owners of this company?
10        A    Myself, Philip Gori.  I'm 75 percent.  Mike
11   Schoenthal.
12        Q    Spell that last name.
13        A    I don't know.
14        Q    To the best of your ability.
15        A    Schoenthal.  Hold on a second.  Let's pull
16   it up.
17             S-c-h-o-e-n-t-h-a-l.
18        Q    Is he the other --
19        A    He's 15 percent and my brother Lou Gori is
20   the other 10 percent.
21        Q    Any other partners, shareholders?
22        A    No.
23        Q    Which location does T.K. Promotions run and
24   operate?
25        A    BT's on Sunset and US1.
```

Page 40

1      Q     Let me go back real fast, final question on

2  BTS North, Inc.

3            Other than running the BT Doral, does BTS

4  North, Inc. manage or operate any other companies or

5  any other ventures, businesses?

6      A     No.

7      Q     That's its sole purpose basically?

8      A     That's correct.

9      Q     Same question for T.K. Promotions, Inc.

10 Other than running the BTS -- BT Sunset -- the one

11 that's located on Sunset and US1, does it run or

12 operate any other clubs or establishments?

13     A     No.

14     Q     Do you know if T.K. Promotions, Inc., has a

15 written agreement that governs the business

16 relationship between yourself, Mr. Schoenthal and your

17 brother?

18     A     Not to my knowledge.

19     Q     Do you have a particular business title with

20 T.K. Promotions, Inc.?

21     A     I do not.

22     Q     How about Mr. Schoenthal?

23     A     Not sure.

24     Q     And how about your brother?

25     A     Not sure.

Page 41

1      Q      Who would know the answer to that?

2      A      We'd have to call the attorney, Tom Graner.

3      Q      Can you spell Mr. Graner's last name?

4      A      G-r-a-n-e-r.

5      Q      Other than being a shareholder for T.K.

6   Promotions, Inc., what are your duties and

7   responsibilities as it pertains to T.K. Promotions,

8   Inc.?

9      A      None.

10      Q      When was T.K. Promotions, Inc. opened?

11      A      Not sure.  I can give you a guesstimate.

12      Q      Yes, that will work.

13      A      Let's see here.  Twelve years.

14      Q      Thank you.

15             And I'm not from the South Florida area,

16   but Sunset and US1, would you consider that the

17   Miami location or the Pompano location?

18      A      South Miami location.

19      Q      How long has that location been opened?  I

20   think you said 12 years, right?

21      A      That's correct.

22      Q      For T.K. Promotions Inc., other than the

23   address you just gave me -- well, you gave me a

24   location, Sunset and US1, is that also the corporate

25   office address for that entity?

Page 42

```
 1          A    Yes.

 2          Q    What's the exact address?

 3          A    I don't know.

 4               MS. CABARCAS:  I can give that to you if you

 5          like?

 6               MR. CASAS:  No, no.  It's okay.  We can get

 7          it later.

 8     BY MR. CASAS:

 9          Q    Does T.K. Promotions, Inc. own any property?

10          A    No.

11          Q    Does T.K. Promotions, Inc. lease any of its

12     space at its location to any third party, either a

13     person or a company?

14          A    Entertainers.

15          Q    Other than entertainers.

16          A    Not to my knowledge.

17          Q    The leases with the entertainers, how long

18     are those typically?

19          A    I'm not sure.

20          Q    And those would be kept at T.K. Promotions,

21     Inc.?

22          A    Yes.

23          Q    Could you, as an owner of T.K. Promotions,

24     Inc., sell that lease to another club?

25          A    Not to my knowledge.
```

Page 43

1       Q      Have you ever done that?

2       A      No.

3       Q      Does T.K. Promotions, Inc. own any assets?

4       A      I'm not sure.

5       Q      Furniture, tables, lighting fixtures,

6  kitchen equipment, things of that nature?

7       A      There's -- again, not to my knowledge.  I

8  know there's those UB something liens on stuff.

9       Q      And those are typically, my understanding,

10  are just liens that are placed as a result of your

11  lease with your landlord.

12      A      That's correct.

13      Q      But that would mean that BT owns that

14  property in order for it to be liened on.  Would you

15  agree with me?

16      A      We don't own that property.

17      Q      Who does?

18      A      Harvey Amster.

19      Q      When you say "we don't own that property,"

20  what do you mean by that?

21      A      We lease from Harvey.

22      Q      Okay.  Perhaps my question was confusing.

23  Focusing on the assets within the club --

24      A      Right.

25      Q      -- tables, chairs, barstools, you know,

Page 44

```
 1    kitchen equipment, anything that's kind of a hard
 2    asset, does BT's own that?
 3         A    Not sure.
 4         Q    Okay.  Who would know that?
 5         A    I don't know.
 6         Q    Who's the main manager at the South Miami
 7    location?
 8         A    A gentleman named Ricky.
 9         Q    Do you have a last name?
10         A    I don't.
11         Q    Who would know his last name?
12         A    We can call Mike Schoenthal, or we can
13    just -- I can give you Ricky's number and you can call
14    him directly.
15         Q    That's okay.  I don't need that for right
16    now.
17              Why would Mike Schoenthal know Ricky's
18    name -- last name?
19         A    I can't answer for him.
20         Q    But you think Mr. Schoenthal would know that
21    information?
22         A    Yes.
23         Q    What -- to the best of your knowledge, what
24    are Ricky's duties and responsibilities at the South
25    Miami location?
```

Page 45

```
 1        A    Nighttime and daytime manager.  He swings

 2   back and forth.

 3        Q    Earlier you described what the nighttime and

 4   daytime manager does.  Is it the same role that Mike

 5   and George have in the north location, for Ricky?

 6        A    Yes.

 7        Q    Does he do anything else for the South Miami

 8   club?

 9        A    No.

10        Q    Are there any other managers of the South

11   Miami club?

12        A    Yes.

13        Q    Do you know them?

14        A    I do not know them.

15        Q    Well, let me ask it a different way.  Do you

16   know their names?

17        A    No.

18        Q    Would that be something that --

19        A    Oh, I do.  Marcus, daytime.

20        Q    Do you know Marcus' last name?

21        A    I do not.

22        Q    Do you know the names of any other managers

23   there?

24        A    No.

25        Q    Would Ricky be the best person to ask those
```

Page 46

1    questions to?

2         A    Yes.

3         Q    Is there an admin person there, kind of like

4    somebody in Eric's role -- that's my word for it --

5    but basically somebody who deals with paying the

6    bills, you know, bookkeeper-type work.  Is there

7    somebody like that in the South Miami location?

8         A    No.

9         Q    I lied.  I have another question about BTS

10   North, Inc., the Doral location.

11             How often do you go to that location?

12        A    Once a week, once every other week.

13        Q    Do you go there to primarily check on the

14   operations and see how things are going?

15        A    No.

16        Q    Or what is your purpose?

17        A    I go to see Eric during the day for a couple

18   of hours.

19        Q    Okay.  Same question for the South Miami

20   location; how often do you visit that location?

21        A    Are we speaking of T.K. Promotions?

22        Q    Yes, sir.

23        A    Twice, three times a year.

24        Q    Is it to meet with Ricky?

25        A    No.

Page 47

1       Q     Who do you meet with regularly?

2       A     I just show up and whoever is there I talk

3    to them.

4       Q     What do you normally talk about when you go

5    see these locations?

6       A     Eric, if the bills are being paid.

7             And T.K. Promotions, I just go to see how

8    the club looks inside.  I don't talk to anybody.

9       Q     All right.  Is there any particular standard

10   that you like to see in the way your clubs look like,

11   when you say you go to see what the club looks like?

12      A     Cleanliness.

13      Q     Anything else?

14      A     No.

15      Q     Do you know if T.K. Promotions, Inc. owns

16   any intangible assets, such as copyrights, trademarks

17   or any other intellectual property?

18      A     I'm not sure.

19      Q     And I think earlier you told me, like the

20   Doral location, that T.K. Promotions, Inc., the South

21   Miami location, leases from somebody.  Who do they

22   lease from?

23      A     Harvey Amster.

24      Q     Can you spell the name, please, to the best

25   of your ability?

                                         Page 48

```
 1        A    I will give it to you right now.

 2             I have it under Harry BT, so I do not, but

 3   I have a phone number for them.

 4        Q    Go ahead.

 5        A    (305) 632-1817.

 6        Q    Would he have a copy of the lease between

 7   T.K. Promotions, Inc. and Mr. Amster?

 8        A    Yes.

 9        Q    Do you know if Mr. Amster owns a company or

10   is the lease directly with him?

11        A    I'm not sure.

12        Q    The South Miami location, what is it known

13   as?

14        A    BT's.

15        Q    The two letters BT apostrophe S?

16        A    Yes.

17        Q    It's not known as Booby Trap?

18        A    No.

19        Q    Okay.  So is it safe to assume that T.K.

20   Promotions, Inc. does business as BT's?

21        A    That's correct.

22        Q    And is that a registered assumed name?

23        A    Not sure.

24        Q    Who would know?

25        A    Don't know.
```

Page 49

```
 1          Q     Does T.K. Promotions, Inc. have a liquor
 2    license?
 3          A     Yes.
 4          Q     How long has it had the liquor license?
 5          A     Since they've opened up.
 6          Q     Who is the bookkeeper for BT's?
 7          A     Eric.
 8          Q     Is Eric the bookkeeper for all locations?
 9          A     For BT's and Booby Trap Doral.
10          Q     Who's the accountant for BT?
11          A     Al Masters.
12          Q     Does Al Masters also do your personal income
13    taxes?
14          A     Yes.
15          Q     Does BT's have a person in charge of
16    marketing?
17          A     No.
18          Q     Who's responsible for doing the
19    advertisements for BT's?
20          A     J Dog.
21          Q     And when I use the term "advertisements,"
22    what does that mean to you, sir?
23          A     Running radio and print.
24          Q     So Duffy runs radio and print for BT's?
25          A     Yes.
```

                                              Page 50

1      Q    Is that also true for Doral?

2      A    Yes.

3      Q    Do you do a lot of radio promotion?

4      A    Yes.

5      Q    Have you ever seen any of the invoices

6   between Duffy and BT's?

7      A    No.

8      Q    Have you ever seen any of the invoices

9   between Duffy and Doral --

10     A    No.

11     Q    -- BT's North, Inc.?

12          How long has Duffy been running radio ads

13   for both -- for BT's, first of all.

14     A    Again, probably since they've opened.  If

15   radio, he would be the one responsible for it.

16     Q    How about for Doral?

17     A    Same time.  Eight years.

18     Q    Do you know if Duffy has purchased any other

19   media space other than radio for BT's?

20     A    I'm not sure.

21     Q    How about Doral?

22     A    I'm not sure, sir.

23     Q    Do you guys advertise through billboards?

24     A    No.

25     Q    How about, you know the cabs -- on the cabs,

Page 51

1   on the taxi cabs.

2        A    Just did the cabs.

3        Q    Who -- you say "just did the cabs."

4        A    Yes.

5        Q    Which club?

6        A    Booby Traps.

7        Q    Do you know if Duffy purchased that media

8   for you guys?

9        A    Yes.  I take that back.  He did not.  He did

10  not on that one.  He designed the ad for it but did

11  not purchase it.  We went directly to the cab people.

12       Q    How did you find out about the cabs?

13       A    They came to us.

14       Q    They came to you guys basically pitching you

15  on doing advertisement for the cabs?

16       A    Yeah.  A friend of somebody that owns the

17  cab company came to one of us, brought a card and

18  started promotions.

19       Q    Did Duffy do the graphic design work for

20  that?

21       A    Yes.

22       Q    What do you like about -- what do you like

23  about the way Duffy designs his graphics?

24       A    His style.

25       Q    And what does that mean to you?

Veritext Legal Solutions
866 299-5127

1       A     The way it looks.

2       Q     What about it specifically, compared to

3   other graphic designers?

4       A     Just the way it looks.

5       Q     Would you categorize it as kind of a clean

6   neat look, not cluttered?

7       A     I can't -- I just like -- do you like this

8   ad or this ad?  I like how his work is.  I love his

9   work.

10      Q     When you compare his ad to another ad, what

11  do you look for and -- you know, if there were another

12  graphic designer that came to you and said, "Hey,

13  here's my portfolio."

14            Putting aside your long-standing

15  relationship with Duffy, what would you look for in

16  those advertisements to accurately represent BT's?

17      A     Something that catches my eye.

18      Q     Do you prefer that the advertisements are

19  fallacious or sexy?  Do you look for any of that?

20      A     No.

21      Q     What do you look for in the advertisements?

22      A     Just how it's -- if the name comes out good

23  and crisp and clean and it's not cluttered.

24      Q     Okay.

25      A     You know, getting my name out there, that's

Page 53

 1    what I'm worried about.

 2         Q    Other than the radio and the cabs, has BT's

 3    advertised through any other media?

 4         A    I'm not sure.

 5         Q    Same question for Doral.  Other than --

 6    well, has Doral advertised through cabs?

 7         A    Yes.

 8         Q    Is that part of the same marketing campaign

 9    that you were talking about?

10         A    Yes.

11         Q    So this marketing campaign with the cab

12    company, did it advertise all BT's locations, all

13    Booby Trap locations?

14         A    It just has Booby Trap on the cab, but no

15    addresses.

16         Q    Okay.  Does it have -- does the ad have a

17    website or a number, if you know?

18         A    No.

19         Q    It does not or you don't know?

20         A    I don't know.

21         Q    Okay.  And I think you already answered

22    this, but my memory might be a little weak today.

23    Billboards, do you guys do billboards?

24         A    No.

25         Q    Any other type of -- when you say "print,"

                                                 Page 54

1    what does print mean to you?

2         A    Business cards, flyers.  That's my idea of

3    print.

4         Q    Is that business cards for all Booby Trap

5    locations?

6         A    Business cards for each manager at each

7    location.

8         Q    Oh, I understand.  Okay.  So when you're

9    saying business card, you're talking about actual

10   business card for your managers?

11        A    Yes.

12        Q    How about the flyers?

13        A    Flyers for each club differently.

14        Q    How do you pay Duffy for his graphic design

15   work or for his services provided to any of the clubs?

16        A    I don't know.

17        Q    Who pays him?

18        A    The bill comes to Eric and then he --

19   actually, it goes on to a credit card and we just --

20   the bill just says a number on the credit card and we

21   just pay the credit card at the end of the month.

22        Q    It's like an automatic payment?

23        A    Yes.

24        Q    Do you know if Duffy sends invoices?

25        A    I do not.

Page 55

```
 1        Q     And just for the record, when I talk about
 2    Duffy, I am referring to Mr. Franclemont, not meaning
 3    to be disrespectful, but I spoke to him the other day.
 4    He actually gets scared when you call him Mr.
 5    Franclemont.  He's like, "Please call me Duffy."
 6        A     I didn't even know his real name, but
 7    that's -- when you said that, I don't know -- I
 8    only -- I've known him a long time and his name is
 9    Duffy.  That's when you said -- what's his first name?
10        Q     Darren?
11        A     What's his last name.
12              MR. LIROT:  Franclemont.
13              THE WITNESS:  I didn't know that.  Wow.
14    BY MR. CASAS:
15        Q     T.K. Promotions Inc., South Miami, does it
16    maintain a Facebook account?
17        A     Don't know.
18        Q     Instagram?
19        A     Don't know.  Oh, yeah, Instagram they have.
20    I've seen it.
21        Q     And Twitter?
22        A     Don't know.
23        Q     Do you know who manages those?
24        A     No.
25        Q     Do you know who has access to those
```

Page 56

```
 1    accounts?
 2         A    No.
 3         Q    Who would know?
 4         A    I don't know.
 5         Q    Is that something Duffy would know?
 6         A    I don't know.
 7         Q    Does South Miami -- does BT's have a
 8    website?
 9         A    Don't know.
10         Q    Does BT's have a person who's in charge of
11    anything computer or technology related?
12         A    Not to my knowledge.
13         Q    And do you know if BT has a computer
14    network?  A network, a computer network.  Meaning that
15    all computers are tied together and there's, like, one
16    central computer?
17         A    Don't know.
18         Q    Do you know if -- do you provide cell phones
19    for your employees?
20         A    No.
21         Q    They have their own phones?
22         A    Yes.
23         Q    And does the company pay for their phones?
24         A    No.
25         Q    Does -- do any of the companies pay for
```

Page 57

```
 1   anything for the employees?

 2       A    No.

 3       Q    Does the -- let's focus on T.K. Promotions,

 4   Inc., South Miami.  Do you give email to -- email

 5   addresses to your employees?

 6       A    No.

 7       Q    Do they use their own email address or --

 8       A    I don't know.

 9       Q    So that's something that each person would

10   have to answer on their own?

11       A    That's correct.

12       Q    T.K. Promotions, Inc., South Miami, does it

13   have insurance coverage or an insurance policy?

14       A    Yes.

15       Q    Do you know who the carrier is?

16       A    No.

17       Q    How long has it had insurance?

18       A    Since day one.

19       Q    Has it ever been cancelled?

20       A    Yes.  That policy was grouped in with the

21   other policies and, yes, we got cancelled.

22       Q    Do you know if a new policy was obtained --

23       A    I don't know.

24       Q    -- after cancellation?

25       A    I don't know.
```

Page 58

```
1          Q     Do you know if T.K. Promotions, Inc. has

2    submitted a claim as a result of this lawsuit to the

3    carrier?

4          A     I don't know.

5          Q     Who would know that?

6          A     Scott, the head guy -- I mean the insurance

7    guy.  The number I gave you.

8          Q     Is he the broker or an agent?

9          A     Uh.  I can't answer that.

10         Q     Is he the same kind of person -- point of

11   contact for all of the BT's locations?

12         A     Yes.

13         Q     What is P.T.G. Entertainment, Inc.?

14         A     P.T.G. Entertainment?

15         Q     Yes, sir.

16         A     A corporation that runs Booby Trap Pompano.

17         Q     Who are the owners or partners for that one?

18         A     Myself.

19         Q     Just you?

20         A     Yes.

21         Q     Do you have anybody else that you would

22   consider a partner in that company?

23         A     I do, because I recently just sold a piece

24   of it.

25         Q     When you say "you recently sold a piece of
```

Page 59

```
 1    it" --
 2         A    That --
 3         Q    -- what does that mean?
 4         A    I'm sorry to over -- that corporation
 5    doesn't -- we changed corporations to TCB a couple of
 6    years ago and transferred -- so that business runs --
 7    TCB now runs Booby Trap Pompano.
 8         Q    When did TCB start running Booby Trap
 9    Pompano?
10         A    A couple of years ago.
11         Q    So P.T.G. Entertainment, Inc., was it bought
12    out by TCB or how did that happen?
13         A    I don't remember hows it's down.
14         Q    So all you know is that about two years ago
15    TCB, Inc. took over Booby Trap Pompano?
16         A    That's correct.
17         Q    Okay.  So is P.T.G. Entertainment, Inc.
18    still an active corporation?
19         A    Don't know.
20         Q    But you own 100 percent of P.T.G.
21    Entertainment, Inc.; is that correct?
22         A    I did.
23         Q    Does P.T.G. Entertainment, Inc. have any
24    shares in TCB?
25         A    No.
```

Page 60

```
 1        Q    Do you have shares in TCB?

 2        A    I do.

 3        Q    What are your shares in TCB?

 4        A    65 percent.

 5        Q    Do you know if TCB is an Inc. or an LLC?

 6        A    Not sure.

 7        Q    And who else is -- who else owns TCB?

 8        A    Alan Markovitz owns the other 35 percent.

 9        Q    You said this one is Booby Trap Pompano,

10    correct?

11        A    That's correct.

12        Q    So which of the companies, P.T.G.

13    Entertainment, Inc. or TCB, Inc., which of those

14    companies has registered the assumed name Booby Trap

15    Pompano?

16        A    Don't know.

17        Q    How long have you known Mr. Markovitz?

18        A    Oh, wow.  Forty years.

19        Q    And how do you spell his last name, if you

20    know?

21        A    Let's see here.  M-a-r-k-o-v-i-t-z.

22        Q    That's how Word is telling me to spell it

23    too.  I guess it knows.

24             How have you known Mr. Markovitz?  Is he a

25    friend, an acquaintance?  How would you characterize
```

Page 61

```
 1    him?
 2         A    A friend.
 3              THE VIDEOGRAPHER:  Your microphone.
 4              MR. CASAS:  It keeps falling down.
 5              Let's go off the record.
 6              THE VIDEOGRAPHER:  Off the record at 1:30
 7         p.m.
 8              (A recess was taken.)
 9              THE VIDEOGRAPHER:  Back on the record at
10         1:50 p.m.
11    BY MR. CASAS:
12         Q    Okay.  We were talking about TCB.  Do you
13    know who formed TCB?
14         A    Tom Graner.
15         Q    And do you know if it's an Inc. or an LLC?
16         A    I do not.
17         Q    And when you say the words -- the letters
18    "TCB," the acronym -- is it an acronym for anything?
19         A    Taking Care of Business.
20         Q    Is it possible that the business is
21    registered as Taking Care of Business or is it TCB?
22         A    TCB.
23         Q    I like that.
24              Does TCB have a written agreement between
25    you and Mr. Markovitz?
```

Page 62

```
 1         A    Not to my knowledge.

 2         Q    And the main business purpose is basically

 3    to run and operate Booby Trap Pompano, correct?

 4         A    That's correct.

 5         Q    Other than being the majority shareholder of

 6    Booby Trap Pompano, do you have any other duties and

 7    responsibilities --

 8         A    No.

 9         Q    -- with the club.

10              Does Mr. Markovitz?

11         A    No.

12         Q    What's the corporate office address for TCB,

13    Inc.?

14         A    It's the building right next to the Booby

15    Trap Pompano.  And I don't -- the address is 28, like

16    48 or something like that.  It's different than the

17    Booby Trap Pompano's address.

18         Q    But it's in the same shopping center or

19    location?

20         A    Same -- just one building to the west of

21    Booby Trap Pompano.

22         Q    And who is in the corporate offices of TCB,

23    Inc.?  Who goes to that location?

24         A    Patty, the secretary.

25         Q    What is Patty's last name?
```

Page 63

```
 1        A     Abbruzzi, and I don't know how to spell it.

 2        Q     Say it again.

 3        A     Abbruzzi.

 4        Q     Abbruzzi?

 5        A     Uh-huh.

 6        Q     And how do you spell Patty?

 7        A     P-a-t-t-y.

 8        Q     And what is Patty's duties?  What are

 9   Patty's duties?  Sorry.

10        A     She's the secretary.

11        Q     And what does she --

12        A     And pays bills.

13        Q     Okay.  We're talking over each other a

14   little bit.

15              What does she do in the role as a

16   secretary?

17        A     Pays bills.

18        Q     Anything else?

19        A     No.

20        Q     Is she a W2 employee?

21        A     Yes.

22        Q     Anybody else in the corporate office?

23        A     Myself.

24        Q     How often do you go there?

25        A     Two hours a week.
```

Page 64

```
 1        Q     What do you do when you go?

 2        A     Go through my mail.

 3        Q     Anything else?

 4        A     No.

 5        Q     Do you have an e-mail address, sir?

 6        A     I do.

 7        Q     What is your email address?

 8        A     My name, Philtgori@gmail.com.

 9        Q     Do you have any other email addresses?

10        A     No.

11        Q     Do you use that as your primary email

12   address?

13        A     Yes.

14        Q     And do you send business related type

15   e-mails from there?

16        A     No.

17        Q     Do you send e-mails to anybody that works

18   within any of the clubs regardless of the location?

19        A     No.

20        Q     What is your primary form of communication

21   with anybody who works for any of the Booby Trap

22   clubs?

23        A     I call on the telephone.

24        Q     Have you ever sent any e-mails to Duffy?

25        A     No.
```

Page 65

1      Q     How do you communicate with Duffy?

2      A     Telephone.

3      Q     Did you and Duffy speak about this lawsuit

4  prior to your deposition today?

5      A     I told him that I was coming here.

6      Q     When was that?

7      A     Yesterday.

8      Q     What did he say to you?

9      A     "Good luck."

10     Q     What else did you talk about?

11     A     That's it.

12     Q     Are any of the Booby Trap entities, BTS

13 North, Inc., T.K. Promotions, Inc., P.T.G.

14 Entertainment, Inc., Booby Trap, Inc., TCB, Inc., are

15 any of those corporations paying Duffy for anything

16 other than graphic design work?

17     A     Yes.  Advertisement for radio and graphic

18 artwork, and I'm not sure what else.

19     Q     Are you -- by "you," I mean either you

20 personally or any of the entities that I just

21 mentioned -- are you paying Duffy to testify a certain

22 way or in any manner in favor of Booby Trap?

23     A     No.

24     Q     So you're not paying him off?

25     A     I am not paying him off.

Page 66

1        Q     Is any of the Booby Trap clubs -- are any of

2   the Booby Trap clubs or entities that I've discussed

3   paying him to cover his attorney's fees?

4        A     No.

5        Q     So based on some of the testimony you've

6   given today, that he may be sort of responsible for

7   any graphics that are posted on your Facebook, there's

8   a possibility that we will name him as a defendant in

9   this lawsuit.

10            Does -- do you or any of the entities

11   intend on covering his attorney's fees?

12        A     No.

13        Q     Has Duffy told you about any other cases in

14   the country that he's involved in?

15        A     No.

16        Q     Did he tell you that I recently deposed him?

17        A     No, he did not tell me that.

18        Q     For purposes of the questions that I'm going

19   to ask you, I'm considering TBC [sic] and P.T.G.

20   Entertainment one, so I'm not going to mention both of

21   them again, again and again.  So when I say TBC, I'm

22   talking about --

23        A     TCB.

24        Q     I'm sorry.  TCB.  I'm talking about the

25   former P.G.T.

Page 67

```
 1          A    That's correct.

 2          Q    Right?

 3          A    Yes.

 4          Q    Does TCB own any property?

 5          A    No.

 6          Q    Any real estate?

 7          A    No.

 8          Q    Does it lease any -- anything or any part of

 9     its business to any third party, whether it's a person

10     or a company?

11          A    Entertainers.

12          Q    Other than entertainers.

13          A    No.

14          Q    So no -- no kitchen people that you lease

15     to?

16          A    No.

17          Q    Is that only at the Doral location that you

18     have that arrangement?

19          A    We lease -- we don't -- we give the kitchen

20     to a gentleman who takes care of the food at Booby

21     Trap Pompano, but don't charge him.  It's a handshake

22     agreement and he's been there a long time cooking.

23          Q    So "you take care of the food, you cook, and

24     whatever you make out of it, that's yours"?

25          A    That's -- whatever you get to.  There is no
```

Page 68

```
 1    lease, there's no rent check, there's nothing like
 2    that.
 3         Q    Okay.  Who maintains the lease agreements
 4    with the entertainers at Booby Trap Pompano?
 5         A    Management.
 6         Q    And who is management?
 7         A    Pete Mancini, nighttime; and George,
 8    daytime.
 9         Q    George who?
10         A    Don't know how to spell his last name.  I
11    think it's -- I'm not sure what his last name is.
12         Q    Is it the same George at the Doral location?
13         A    No.
14         Q    A different George?
15         A    Yes.
16         Q    Any other managers there?
17         A    Adam.
18         Q    Adam what?
19         A    I don't know.  And Mark.
20         Q    Last name?
21         A    Don't know.
22         Q    Out of Pete, George, Adam and Mark, who
23    would you consider to be, like, the primary go-to
24    manager?
25         A    George, daytime.
```

Page 69

1        Q     TCB, does it own the assets in the club;

2    tables, chairs, poles, anything?

3        A     Not sure.

4        Q     Okay.  Who would know that?

5        A     Not sure.

6        Q     So if we sent you a formal court document

7    request asking you to list who owns those assets, how

8    would you go about finding that information, sir?

9        A     I don't know yet.

10       Q     Do you know if Booby Trap Pompano owns any

11   intangible assets, such as copyrights, trademark,

12   licenses, other intellectual property like that?

13       A     Don't know, sir.

14       Q     Who -- who or what company does Booby Trap

15   Pompano lease from?

16       A     Mariano & Son.

17       Q     Is that the name of the company?

18       A     Yes.

19       Q     Who is the point of contact there?

20       A     Mariano & Son would be my brother and

21   myself.

22       Q     Say that one more time?

23       A     My brother and me.

24       Q     You own Mariano & Son?

25       A     I do.

Page 70

1        Q    I thought you were trying to trick me.

2             So Mariano & Son is you, Phil Gori, and

3    your brother -- what was his name?

4        A    Tom Gori.

5        Q    How long has Mariano & Son been in

6    existence?

7        A    I don't know.  I bought the corporation.

8        Q    When did you buy that corporation?

9        A    Around 12 years ago.

10       Q    What's the nature of that company?

11       A    Owns the real estate at 2840 Hammondville

12   Road.

13       Q    Did you say 2840?

14       A    That's correct.

15       Q    Hammondville.  Spell that road?

16       A    H-a-m-m-o-n-d-v-i-l-l-e.

17       Q    Who are the shareholders of Mariano & Son?

18       A    My brother and myself.

19       Q    Any others?

20       A    It could be under Gori Family who really

21   owns it, but I don't know how it's set up.

22       Q    And do you know what percentage of that you

23   own?

24       A    I do not.

25       Q    Or your brother?

                                        Page 71

```
 1          A    I don't.

 2          Q    And the Hammondville address, is that in

 3   Pompano?

 4          A    It is.

 5          Q    Does it own any other real estate other than

 6   the 2840 Hammondville?

 7          A    It does not.

 8          Q    Do you have the lease agreement between

 9   Mariano & Son and TCB or Booby Trap Pompano?

10          A    Do I?

11          Q    Yes, sir.

12          A    Yes.  I'm assuming, yes.

13          Q    Why are you hesitating?

14          A    Because I don't know the whole thing, but

15   I'm assuming there is a lease between the two of us.

16   I know there's a lease between the two of us.  Do I

17   know the details of the lease?  I don't.

18          Q    Where is the lease physically at?

19          A    I don't know.

20          Q    Who would know?

21          A    The attorney, Tom Graner.

22          Q    Does Mr. Graner handle most of your lease

23   work?

24          A    Yes.

25          Q    And also corporate business setup?
```

Page 72

```
 1          A     Yes.

 2          Q     Where is he located at?

 3          A     Boca Raton.

 4          Q     Does Mariano & Son have a lien on any of

 5    TCB's property?

 6          A     I think everything.

 7          Q     Does Mariano & Son own any part of any other

 8    business or any other business?

 9          A     No.

10          Q     Are you an owner or shareholder of any other

11    company, other than BT's North, Inc., T.K. Promotions,

12    Booby Trap, P.T.G. Entertainment, TCB?

13          A     Yes.

14          Q     Which ones?

15          A     Lots of them.

16          Q     Give me the list, to the best of your

17    knowledge?

18          A     Oh God.  Gori Family Limited, PG

19    Investments, Opa Locka Holdings, B & G Holdings.

20                Oh God.  There's other corporations and I

21    don't -- I don't know all the names of them.

22          Q     Who would know the list of the corporations

23    that you're a shareholder or owner of, Mr. Graner?

24          A     Yes.

25          Q     All right.  What does the Gori Family
```

Page 73

```
 1    Limited do?  What is the purpose of that company?
 2         A    I don't know.  It was set up from an
 3    attorney's point of view.
 4         Q    How much of that do you own?
 5         A    The majority.
 6         Q    What does PG Investments do?
 7         A    It's another corporation that the attorney
 8    set up and it holds, I think, ATM businesses in it.
 9         Q    Are those ATM businesses -- are those ATMs
10    located in any of the strip clubs?
11         A    Yes.
12         Q    In all of them?
13         A    Yes.
14         Q    So PG Investments makes a portion of those
15    ATM fees; is that correct?
16         A    Yes.
17         Q    Who is that lease or agreement of the -- the
18    ATM fee agreement with, if you know?
19         A    I do not.
20         Q    Other than the ATM business and the
21    gentlemen's clubs, does PG Investments do any other
22    business?
23         A    Not to my knowledge.
24         Q    How about Opa Locka Holdings?
25         A    Just formed a corporation and bought a
```

Page 74

```
 1    building.
 2         Q    What building?
 3         A    In Opa Locka.
 4         Q    What is it?
 5         A    A shopping center.
 6         Q    Who is your partner in that Opa Locka
 7    Holdings?
 8         A    Greg Bregger.
 9         Q    Spell the last name, if you know.
10         A    Bregger.  B-r-e-g-g-e-r.
11         Q    B-r-e-g-g-e-r?
12         A    Uh-huh.
13         Q    Other than the shopping center, does Opa
14    Locka Holdings own anything else?
15         A    No.
16         Q    What about BNHG Holdings, what does it do?
17         A    Say the initials again.
18         Q    I'm sorry.  Maybe I got it wrong.  GNHG?
19              MR. LIROT:  I think it was B&G.
20         A    B&G Holdings owns real estate down in Miami.
21    And, again, Greg Bregger is my partner.
22    BY MR. CASAS:
23         Q    What type of real estate does it own in
24    Miami?
25         A    A building on the Miami River.
```

Page 75

1    Q    What type of building is it?

2    A    10,000 square foot building on the river.

3    Q    It's like a warehouse?

4    A    Yes.

5    Q    What is it used for?

6    A    Nightclub and warehouse on the other side.

7    Q    What's the nightclub that's part of that

8  building?

9    A    Booby Trap On The River, and it just opened

10  January 17th.  That, I know for sure, of this year.

11    Q    Don't put any of my girls' pictures on your

12  Facebook on that one.  Let's keep that one clean.

13        I'm just joking with you, sir.

14    A    And I assume Duffy definitely learned his

15  lesson and probably did not do that one.

16    Q    We shall see.  We shall see.

17        All right.  Other than Gori Family

18  Limited, PG Investments, Opa Locka Holdings, B&G

19  Holdings, any other businesses that you recall off

20  the top of your head that you own?

21    A    I own a lot of business.  There's a big

22  marijuana business that I own out in Nevada.  And I

23  don't -- it's Acres Medical.

24    Q    I hear that's the business to be in

25  nowadays.

Veritext Legal Solutions
866 299-5127

1      A     It's definitely the way to go.

2      Q     If you can ever figure out how to bank that

3  stuff, that would be great.   The damn federal

4  government.

5            All right.   Do you know the name of that?

6  Oh, you said Acres Medical?

7      A     Yes.

8      Q     Any other businesses that you recall off the

9  top of your head?

10     A     There's several more and I don't remember

11  the initials that I used.

12     Q     Okay.

13     A     Shopping centers and real estate that I own,

14  I have it all separate.

15     Q     Any other corporations that we have not

16  talked about today that own or operate the property

17  for any one of these clubs that are part of this

18  lawsuit?

19     A     No.

20     Q     In other words, other than Mariano & Son,

21  which leases the property to Pompano, right?

22     A     Uh-huh.   Yes.

23     Q     Do you own any other corporation that leases

24  property to any one of the establishments in this

25  lawsuit?

Veritext Legal Solutions
866 299-5127

1      A    Master Acquisitions, I'm a partner in Master

2    Acquisitions with Lenny Zedeck.

3      Q    How long have you been a partner of Master

4    Acquisitions?

5      A    Eight years.  Less.  Five years, six years.

6      Q    Is that an Inc., sir?

7      A    Don't know.

8      Q    Who formed that?

9      A    I'm assuming Lenny.

10      Q    What was Lenny's name again?

11      A    Zedeck.

12      Q    The attorney?

13      A    Yes.

14      Q    What is your interest ownership in Master

15    Acquisitions?

16      A    Uh, I don't recall.

17      Q    Who would know?

18      A    Tom Graner or Al Masters.

19      Q    Who's El Masters?

20      A    My accountant.

21      Q    Al Masters.  Sorry.  Okay.

22           And which properties does Master

23    Acquisitions manage or own?

24      A    Booby Trap Doral.

25      Q    Any others?

Page 78

```
 1        A    No.
 2        Q    So Master Acquisitions' sole purpose is to
 3   own the office or -- yeah, the office space or the
 4   space that Booby Trap Doral leases; is that correct?
 5        A    That's correct.
 6        Q    How much is the lease, the monthly lease for
 7   Booby Trap Doral?
 8        A    I don't know because it's set up on a weekly
 9   lease.
10        Q    How much is the weekly lease?
11        A    I don't know.
12        Q    Who would know?
13        A    Eric.
14        Q    What is the lease that Mariano & Son owns
15   over in Pompano?  What is the lease arrangement there?
16        A    I don't know.
17        Q    Is it --
18        A    Patty would know.
19        Q    Patty?
20        A    (Nodding.)
21        Q    So do you know if it's weekly or monthly?
22        A    That, I don't know.
23        Q    Do you know how much?
24        A    I do not.
25        Q    Do you make a portion of that lease as an
```

Page 79

1   owner of Mariano & Son?

2       A    Explain.

3       Q    All right.  So Booby Trap Pompano leases

4   from Mariano & Son, pays a monthly, weekly, whatever

5   lease it is, to Mariano & Son.  Would you agree that

6   that is revenue that comes into Mariano & Son?

7       A    Yes.

8       Q    And that you get a portion of that revenue

9   as part of your ownership in that company?

10      A    I think it goes to a payment.  We have a

11  mortgage on that, so it pays the mortgage payment.

12      Q    That mortgage payment is for the actual

13  property that Pompano is -- leases from?

14      A    Yes.

15      Q    Do you know what that mortgage payment is?

16      A    I do not.

17      Q    Who would know it?

18      A    Patty.

19      Q    Other than Mariano & Son and Master

20  Acquisitions, do you have any other companies that own

21  properties for any of the gentlemen's clubs that

22  you're an owner of?

23      A    The one on the river, I just explained to

24  you.

25      Q    Right.

Page 80

```
 1        A    Those are the only three.

 2        Q    Okay.  TBC -- I'm sorry, TCB, Taking Care of

 3   Business, runs ands operates, we already said, Booby

 4   Trap Doral -- I'm sorry, Pompano, correct?

 5        A    Pompano.

 6        Q    Do you know if it registered an assumed

 7   business or doing business as for that club?

 8        A    I don't know.

 9        Q    Does TCB have a liquor license?

10        A    Yes.

11        Q    What are the mainstreams of revenue for

12   Booby Trap Pompano?

13        A    Same as Booby Trap Doral.

14        Q    Which is liquor?

15        A    Yes.

16        Q    Door sales?

17        A    Yes.

18        Q    Anything else?

19        A    Portions of that dancing friction, yes.

20        Q    And when you say the term "dancing

21   friction," you're referring to, like, lap dances and

22   things of that nature, correct?

23        A    Yes.

24        Q    Any other sources of income that come into

25   TCB liquor license?
```

Page 81

```
 1      A    No.

 2      Q    I'm sorry.  TCB.

 3           The answer is no?

 4      A    No.

 5      Q    Are those revenue streams, liquor, door

 6  sales, portions of dancing friction, is that the same

 7  for all of the entities that are listed as defendants

 8  in this lawsuit?

 9      A    Yes.

10      Q    So, in other words, that's sort of your

11  business model all throughout your clubs, correct?

12      A    Yes.

13      Q    Who is the bookkeeper for Booby Trap Doral?

14      A    Eric.

15      Q    And who's your accountant?

16      A    Al Masters.

17      Q    And do you have a person in charge of

18  marketing or advertising, other than Duffy, for Booby

19  Trap Pompano?

20      A    No.

21      Q    Do you know if Booby Trap Pompano maintains

22  a social media -- any social media accounts, which is

23  Facebook, Twitter, Instagram?

24      A    I don't know.

25      Q    Are you familiar -- I'm sorry.  Do you know
```

Page 82

```
 1    who's in charge of maintaining those accounts?
 2         A    I do not.
 3         Q    Does Booby Trap Pompano have a website?
 4         A    I don't know.
 5         Q    Where does Booby Trap Pompano keep all of
 6    its business records?
 7         A    At the building next to the Booby Trap to
 8    the west.
 9         Q    The one where Patty works?
10         A    Yes.
11         Q    Does Booby Trap Pompano maintain a customer
12    email list?
13         A    No.
14         Q    How do you know that for sure?
15         A    We don't keep a list of any of our
16    customers.
17         Q    Same for a customer mailing address list?
18         A    That's correct.
19         Q    Is there any -- any occasion whatsoever in
20    any of your clubs in which a customer would have to
21    give their address for any information purposes?
22         A    Yes.  When you run a credit card.
23         Q    And where are those credit card lists
24    maintained?
25         A    In each checkout envelope.
```

Page 83

1      Q    What does "checkout envelope" means?

2      A    When the manager checks out, they make a

3  copy of -- I guess when the person uses his credit

4  card, they make a copy of his driver's license and the

5  credit card for purposes of charge backs.

6      Q    So these are customers that are, you know,

7  putting their card on, you know, for alcohol tabs or

8  whatever else?

9      A    Just alcohol tabs.

10     Q    Just alcohol table.

11          In that situation, and this is the same

12  for all clubs, you get a copy of their driver's

13  license, correct?

14     A    Correct.

15     Q    Anything else?

16     A    Copy of their credit card.

17     Q    A copy of the credit card?

18     A    Yes.

19     Q    And those copies of credit cards, driver's

20  licenses are maintained in each club location?

21     A    Don't know.

22     Q    So every club, the person who would know

23  that, would be different; is that correct?

24     A    Eric.

25     Q    Or would Eric --

Page 84

```
 1        A    Eric and Patty.

 2        Q    Eric and Patty would know for all clubs?

 3        A    Yes.

 4        Q    Your attorney has just notified us that he's

 5   in possession of five different policies, so, you

 6   know, this answer may be within one of those policies,

 7   I don't know, but I'll ask you anyway.

 8             Does Booby Trap Pompano have an insurance

 9   policy?

10        A    Yes.

11        Q    And do you know which one?

12        A    No.

13        Q    Do you know if it's ever been cancelled?

14        A    Yes.  With the other ones.  They all got

15   cancelled together because they were all tied

16   together.

17        Q    All right.  And have you ever filed any

18   claims under that insurance company?

19        A    Yes.

20        Q    Is that related to those shooting incidents?

21        A    Yes.

22        Q    Any other incidents that required you filing

23   claims?

24        A    I don't know.

25        Q    Have you filed a claim with the insurance
```

Page 85

```
 1    company as it relates to the lawsuit against Booby
 2    Trap Pompano or P.T.G. Entertainment, Inc., a/k/a TCB?
 3         A    For this situation?
 4         Q    Yes, sir.
 5         A    I don't know.
 6         Q    All right.  Let's move into Booby Trap, Inc.
 7     Now that you have kind of given me a lot of responses
 8    that are similar to all clubs, I'll try to go quickly.
 9    There are some of the same questions that I have for
10    Booby Trap Inc.
11              First of all, what is a Booby Trap, Inc.?
12         A    It's just a shell corporation that I owned.
13    It owns nothing and has nothing in it.
14         Q    Why -- why did you form it?
15         A    I did not.  My attorney did it years and
16    years ago.
17         Q    Never used it?
18         A    And we never used it.
19         Q    For -- let me ask this question.  With
20    regard to BTS North, Inc., does it file taxes?
21         A    BT -- yes.
22         Q    Does T.K. Promotions, Inc. file taxes?
23         A    Yes.
24         Q    Does TCB file taxes?
25         A    Yes.
```

Page 86

1          Q     Did you used to file taxes for P.T.G.
2     Entertainment, Inc.?
3          A     Yes.
4          Q     Do you know if you ever closed down P.T.G.
5     Entertainment, Inc.?
6          A     Left it open.
7          Q     You left it open.  Is it still filing taxes?
8          A     It -- no, but we paid for the corporation,
9     because I remember that.  I paid for it just recently.
10         Q     And do you intend on filing taxes, or do you
11    know if your accountant has filed taxes for P.T.G.
12    Entertainment, Inc.?
13         A     Al Masters would know that.
14         Q     Okay.  Booby Trap, when was the last time
15    you filed taxes for that company?
16         A     Never did.
17         Q     Okay.  And is it still an open company, to
18    the best of your knowledge?
19         A     I don't know that, sir.
20         Q     All right.  So are you the sole, for
21    purposes of paper, are you the sole owner of Booby
22    Trap, Inc.?
23         A     I don't know.
24         Q     Any shareholders or partners?
25         A     No.

                                        Page 87

1       Q     So your testimony today is that it does no

2    business whatsoever?

3       A     No business whatsoever.

4       Q     It does not own, operate, or manage or in

5    any way, form or fashion control any strip club?

6       A     Anything.

7       Q     Does it own any company?  I'm sorry.

8             Does it own any property, real estate?

9       A     It owns nothing.  It's just a shell

10   corporation that was set up many years ago that we

11   never used for anything.

12      Q     No liquor licenses?

13      A     No.

14      Q     Do you know if any of the insurance policies

15   list that as an insured?

16      A     No.

17      Q     You don't know or they do not?

18      A     Do not.

19      Q     Have any of the entities that we talked

20   about today, BTS North, Inc., T.K. Promotions, Inc.,

21   P.T.G. Entertainment, TCB, Inc., Booby Trap, Inc., do

22   any -- have any of these corporations ever filed for

23   bankruptcy?

24      A     No.

25      Q     All right, sir.  I'm going to ask you now to

Page 88

1    go ahead and put your glasses on and take a look at

2    Exhibit 1, which is the notice of taking the

3    deposition.

4         A    Uh-huh.

5         Q    Please turn to page -- sorry -- page 8,

6    Schedule B.  This is a list of documents that you were

7    asked to bring today with you, if you have them in

8    your custody or control.

9              And I'm going to go through these and ask

10   you if you brought any documents in response to

11   these requests.

12             Number one:  "Any and all letters, e-mails

13   and/or other correspondence between the Plaintiffs,"

14   meaning the models who have sued, and yourself or

15   any of the defendants in this case.

16        A    No.

17        Q    Is that safe to say that there are no

18   e-mails between any of your entities, either yourself

19   or anybody who manages your entities and any of my

20   clients?

21        A    To my -- I don't know that question but for

22   me, no.

23        Q    Number two:  "All documents that refer to,

24   reflect, or evidence any and all communications

25   between you, or anyone acting on your behalf, and any

Page 89

1    other person related to the creation, distribution, or

2    payment for the images attached as exhibits" to the

3    complaint.

4            Did you bring any documents that relate to

5    that, sir?

6       A    No.

7       Q    Okay.  So you mentioned, at least a few

8    times now, that Duffy is the one who's generated or

9    created the graphic designs.

10           Is it also your testimony that he's the

11   one responsible for creating all the images that are

12   part of this lawsuit?

13      A    Yes.

14      Q    And you've paid him for your services or his

15   services, correct?

16      A    Yes.

17      Q    Did you bring a copy of any of the invoices

18   with you?

19      A    No.

20      Q    Why not?

21      A    I just didn't.

22      Q    But why?

23      A    I never even looked at this.

24      Q    Okay.

25      A    I knew that I needed to show up here and I

Page 90

1    didn't think I'd be -- I wouldn't have anything to

2    answer under this because I didn't think I was

3    involved in it.

4         Q    Right.  You're aware that this is a

5    subpoena?

6         A    Yes.

7         Q    A court order, basically?

8         A    I am now.

9         Q    Yeah.

10         Number three:  "All documents that refer

11    to, reflect, or evidence any and all written

12    agreements between you, your representatives,

13    agents, or anyone acting on your behalf, and any

14    other person related to the creation, distribution,

15    or payment for the images attached as exhibits to

16    the complaint."

17         Did you bring any documents?

18         A    There isn't any.

19         Q    Okay.  And you did a search for that?

20         A    There is no agreement between J Dog and me.

21         Q    This particular request asks for any

22    documents regarding the creation, distribution or

23    payment.  Any agreements regarding the creation,

24    distribution or payment for the images.

25         Do you have a copy or did you bring

Page 91

```
 1    anything?

 2        A    No.

 3        Q    Okay.  Number four:  "All documents that

 4   refer to, reflect, or evidence any and all written

 5   agreements between you, your representatives, agents,

 6   or anyone acting on your behalf, and any Plaintiff

 7   related to the creation, distribution, or payment for

 8   the images" in this complaint?

 9        A    No.

10        Q    You don't have any or you did not look?

11        A    There is none.

12        Q    Number 5:  "All reports, estimates,

13   statements, invoices, bills, or receipts for earnings

14   or profits related to the use of Plaintiffs' images

15   described in Plaintiffs' complaint."

16             So, in other words, did you bring with you

17   any -- anything that shows the earnings for the

18   clubs?

19        A    No.

20        Q    Why not?

21        A    Same answer as before.  I just saw this

22   right now.

23        Q    So you didn't know?

24        A    Didn't know.

25        Q    Number 6:  "All documents that refer to,
```

Page 92

1    reflect, or evidence images of any person other than

2    the Plaintiffs used for advertising or promoting

3    Defendants."

4            Did you -- you didn't bring that either;

5    is that right?

6        A    That's correct.

7        Q    Number seven:  "All documents that refer to,

8    reflect, or evidence print marketing for Defendants."

9            Did you bring anything related to that

10   request?

11       A    No.

12       Q    And same reason, right?

13       A    Yes.

14       Q    Number eight:  "Any and all policies of

15   insurance for Defendants for the last five years."

16           MR. CASAS:  Mr. Lirot, I think we've had a

17       couple of off the record discussions that you

18       submitted at least five policies.  Is that

19       responsive to this request, sir?

20           MR. LIROT:  Yes, sir.

21           MR. CASAS:  Okay.

22           MR. LIROT:  And I have other documents that

23       I got from Mr. Franclemont responsive to those

24       other areas you inquired about.

25           MR. CASAS:  Okay.

                                    Page 93

```
 1              MS. CABARCAS:  I didn't ask Mr. Gori,
 2       because I didn't think he would have any of those
 3       documents.
 4              MR. CASAS:  All right.  Do you have those
 5       with you?
 6              MR. LIROT:  I do.  I have a sample of what
 7       looks to be an advertising bill, and I just
 8       picked these up this morning so I didn't have a
 9       chance to make any copies of them.
10              I have what I'm told are the print ads
11       responsive to the other question.  I've got
12       those.
13              And then I have, I believe, payments for
14       PayPal for, I believe, the Facebook account.
15              And then I have a copy of an employee
16       handbook, and I actually got that yesterday and
17       made copies of that, so I have three copies of
18       the employee handbook.
19              MR. CASAS:  Okay.  Anything else?
20              MR. LIROT:  That's all I have today.
21              MR. CASAS:  Okay.
22              THE WITNESS:  And the insurance -- copies of
23       that?
24              MR. LIROT:  Yes, I emailed that to him.
25              THE WITNESS:  Okay.
```

Page 94

```
 1            MR. CASAS:  All right.  Let's go off the

 2       record.  The videographer needs to change DVDs

 3       and then we'll go back on and try to get this

 4       wrapped up as soon as possible?

 5            THE VIDEOGRAPHER:  Off the record at

 6       2:28 p.m.

 7            (A recess was taken.)

 8            THE VIDEOGRAPHER:  On the record at

 9       2:38 p.m.

10  BY MR. CASAS:

11       Q    Your attorney has handed me several

12  documents which off the record he has stated are

13  partially responsive to some of the documents we asked

14  you for.

15            Since you're the deponent, I'm going to

16  hand these to you.  Although I'm sure Mr. Lirot will

17  probably put something on the record as to what they

18  are.  I think he's already done that, but we'll tie

19  it into a specific exhibit number just so the record

20  is clear.

21            So the first thing I'm going to hand you

22  is a PayPal payment, January 9, 2012.  There's

23  handwriting.  It says, "last of three pages."

24            I'm going to mark this as Exhibit 14.

25            (Plaintiffs' Exhibit 14 marked for
```

Page 95

```
 1              identification.)
 2    BY MR. CASAS:
 3        Q    Have you ever seen this document, sir,
 4    Exhibit 14?
 5        A    No.  No, sir.
 6        Q    Okay.
 7              MR. CASAS:  And, Mr. Lirot, for the record,
 8         what is this document?
 9              MR. LIROT:  I believe Mr. Franclemont gave
10         me that in response to Number 16 and 17, related
11         to payments.  I'm trying to find out what -- the
12         payments for websites, what have you, falls in
13         here.
14    BY MR. CASAS:
15        Q    Okay.  So this document is dated January 9,
16    2012, payment to Unlimited Potentials, Inc.
17              Do you know what Unlimited Potentials,
18    Inc. is, sir?
19        A    No.
20        Q    And it's for $350.
21              MR. CASAS:  The handwritten -- where it says
22         "last of three payments," did you put that there,
23         Mr. Lirot?
24              MR. LIROT:  I did not.  Mr. Franclemont put
25         that there, to my knowledge.
```

Page 96

1          MR. CASAS:  Okay.  And you're saying this is

2      responsive to Number 16 and 17?

3          MR. LIROT:  I believe one of the areas was

4      payment for maintenance of the website or social

5      media account.  So I think that was Number 16.

6          Yes, I think that would relate to Number

7      16.

8          MR. CASAS:  So you asked Mr. Franclemont for

9      anything that would be responsive to these

10     document requests and he gave you this one

11     document?

12         MR. LIROT:  He gave me that and told me he

13     would look for the others.

14         MR. CASAS:  Okay.  All right.

15  BY MR. CASAS:

16     Q     The next batch of documents that I'm going

17  to reference, I will mark as Exhibit 15.

18         (Plaintiffs' Exhibit 15 marked for

19     identification.)

20  BY MR. CASAS:

21     Q     Have you ever seen these, sir?

22     A     No.  No.  Nope.  No.  No.

23     Q     Do me a favor, sir, so we don't have a bunch

24  of "nos" on the record, just leaf through the whole

25  thing, real fast, and see if you recognize any of

                                        Page 97

```
 1    them.
 2        A    Pretty girl.
 3             No.  No.
 4        Q    Thank you, sir.
 5             MR. CASAS:  Mr. Lirot, for the record, what
 6        are these documents?
 7             MR. LIROT:  I'm told those are responsive to
 8        Number 7.  Those are the print ads.  And I
 9        believe that also goes to Number 18, flyers,
10        mailouts and other promotional material.
11             MR. CASAS:  Number 7 and Number 18?
12             MR. LIROT:  That's correct.
13    BY MR. CASAS:
14        Q    Other than Exhibit 15 that you just leafed
15    through, sir, did you bring with you any other
16    documents that are responsive to Number 7 and 8?
17        A    No.
18        Q    Okay.
19             This is definitely Duffy's work.  I told
20    him I'm a big admirer of his work, and I meant that.
21    I'm not brown-nosing.
22             All right.  Mark as the next exhibit, 16.
23    It's something entitled Booby Trap Advertisement --
24    Advertising for the week of 6/13.
25             (Plaintiffs' Exhibit 16 marked for
```

Page 98

1              identification.)

2    BY MR. CASAS:

3        Q    It is an exhibit that is three pages long.

4    The second page is Booby Trap's Advertisements --

5    Advertising for the week of 8/22.  Booby Trap's

6    Advertising for the week of 2/22 on the last page.

7              I will assume that you have not seen this

8    before, sir?

9        A    Huh-huh.  No, I have never seen this.  No,

10   I've never seen this.

11             MR. CASAS:  And Mr. Lirot, for the record,

12        what is this document responsive to?

13             MR. LIROT:  I believe this is

14        Mr. Franclemont's samples of the print ads that

15        also go to, I believe, this is what they paid to

16        put Exhibit Number 15 in the Miami Herald, and I

17        think it is New Times, I think, are the two print

18        sources that the various Booby Traps advertise

19        in.

20             And this also has some indication of the

21        expenditure for radio ads as well.  So this,

22        again, would be a document created by

23        Mr. Franclemont to be responsive to the

24        information as far as print and radio.

25             MR. CASAS:  Thank you, sir.

Veritext Legal Solutions
866 299-5127

```
 1              MR. LIROT:  And it's just a sample.  He said
 2         that he would look for more.
 3  BY MR. CASAS:
 4      Q    So based on some of your testimony that you
 5  talked about, you think the best person to talk on
 6  behalf of the clubs as to the advertising and
 7  marketing efforts for all the clubs is Duffy
 8  Franclemont; is that correct?
 9      A    The only person.
10              MR. CASAS:  Mr. Lirot has also -- Mr. Lirot
11         has also given us three copies of something
12         referred to as Booby Trap Doral, Gentlemen's
13         Club, World Class Adult Entertainment, Employee
14         Information.  It looks like a handbook of sorts.
15              I'll have it marked as 17.
16              (Plaintiffs' Exhibit 17 marked for
17         identification.)
18  BY MR. CASAS:
19      Q    Handing that to the witness.  What is that,
20  sir?
21      A    An employee information handbook --
22      Q    Did you --
23      A    -- that my partner, when he was alive, set
24  up for the club.
25      Q    Which partner, sir?
```

Page 100

```
 1        A     Rob Caprio.

 2        Q     Have you ever seen that before?

 3        A     No.

 4        Q     You don't really know the contents of it?

 5        A     I do not.

 6        Q     Do you know if there's a handbook for each

 7  location, or was this used for all locations, if you

 8  know?

 9        A     I think they were used for all locations,

10  sir, just different name change.

11        Q     Good.  Thank you, sir.

12              All righty.  Let's go back to that Exhibit

13  1 that we were looking at.

14        A     Yes.

15        Q     And I think we left off at Number 9.

16              Mr. Lirot stated on the record that --

17              MR. CASAS:  Well, actually, on the record,

18        sir, Mr. Lirot, is this document, Exhibit 17

19        responsive to Number 9?

20              MR. LIROT:  Yes, sir.

21  BY MR. CASAS:

22        Q     Number 10:  "Any and all releases or waivers

23  for employees, performers, dancers, and/or adult

24  entertainers for the last five years."

25              Did you bring any documents responsive to
```

Page 101

1    that, sir?

2         A    No.

3         Q    You didn't bring with you today any of the

4    lease agreements between any of your adult

5    entertainment clubs and your dancers?

6         A    No.

7         Q    Why not?

8         A    First time I saw this.

9         Q    Number 11:  "All documents reflecting

10   employees of Defendants from 2013 to present,

11   including their last known address, their dates of

12   employment," whether they are employed or not and

13   their position.

14             Did you bring anything responsive to that,

15   sir?

16        A    No.

17        Q    The same reason?

18        A    Yes.

19        Q    Number 12:  Any and all documents that refer

20   to, reflect, or evidence the amount of money spent on

21   websites, social media accounts, print, advertising

22   posters, videos, billboards, marquees, newspapers,

23   flyers, or coupons for the last five years.

24             Did you bring any of that information,

25   sir?

Page 102

```
 1         A     No.
 2         Q     Who do you believe would have this
 3   information?
 4         A     Duffy from J Dog Media.
 5         Q     So Mr. Franclemont would have information
 6   that he is aware of as the graphic designer and
 7   advertising agent for the clubs, but does -- do you
 8   have any invoices or any other payment stubs, anything
 9   that documents payments to Mr. Franclemont?
10         A     No.
11         Q     For any of his work?
12         A     Just this one right here, sir.
13         Q     That's it?
14         A     That's it.  And I imagine he can get you all
15   those.
16         Q     Pardon?
17         A     J Dog could get you all those.
18         Q     Does Eric or Patty maintain any records of
19   payment that you're aware of to Mr. Franclemont and/or
20   his companies?
21         A     No, sir.  What I get on a monthly basis is
22   this number right there, there and there (indicating).
23   It goes on to a credit card and then I just pay the
24   credit card.
25         Q     All right.  For the record, you're looking
```

Page 103

1    at Exhibit Number 16.  And you said "there, there and

2    there."  You're referring to the three total --

3         A    Doral's total number, gross amount.

4    Pompano's total amount.  BT's.  So it has all the

5    numbers, the total amount for advertising, and it goes

6    on to a credit card and then we just write a check to

7    pay for that.

8         Q    What do you mean by that?  You lost me at

9    the end.

10             So the way I thought you told me earlier

11   that it was handled is Duffy would literally just

12   run the card --

13        A    He does.

14        Q    -- basically, correct?

15        A    For these numbers.

16        Q    So when you say you write a check, you mean

17   you write a check to the credit card company?

18        A    American Express, yes.

19        Q    Okay.  I understand.

20        A    Yes.

21        Q    Basically when you say you write a check,

22   you're saying to pay off the card?

23        A    Yes, as -- in a total.

24        Q    So Mr. Franclemont has your credit card and

25   has had it for some time?

Page 104

1        A      Forever.

2        Q      So he's been authorized to just run the

3   fees?

4        A      That's correct.

5        Q      Number 13:  "Any and all documents that

6   refer to, reflect, or evidence the payment of monies

7   by you," meaning all the clubs and/or you personally,

8   "to any of the Plaintiffs related to the images

9   attached as exhibits to the complaint."

10              What do you believe -- what documents may

11  or may not exist that could answer this request,

12  sir?

13       A      There isn't any.

14       Q      Okay.  Any and all documents -- Number 14 --

15  that refer to, reflect, or evidence the payments of

16  any monies by you to the Plaintiffs related to the use

17  of the images -- of their images by any of the clubs.

18       A      We don't handle that.

19       Q      You don't handle it or there is none?

20       A      There is none and we don't handle that.

21       Q      Got it.

22              Number 15:  "Any and all documents that

23  refer to, reflect, or evidence" -- plaintiffs --

24  "that Plaintiffs are not entitled to any

25  compensation for your use of their images."

Page 105

1           And let me explain that a little bit more.

2    So if -- it's your position that the Plaintiffs are

3    not entitled to any compensation for the club's use

4    of their imagery, do you have any documents to

5    substantiate that?

6        A    No.

7        Q    Number 16:  "Any and all documents between

8    you and any third party relating to the creation,

9    management, and/or maintenance of any of your social

10   media accounts."

11           Did you bring anything related to that,

12   sir?

13       A    No.

14       Q    Number 17:  "Any and all documents between

15   you and any third party relating to the creation,

16   management and/or maintenance of your website."

17           Did you bring anything related to that or

18   do you have any documents relating to that, sir?

19       A    Don't have any documents and, no, we did not

20   bring anything.

21       Q    Number 18:  "All flyers, mailouts, or other

22   promotional material (other than the images by the

23   Plaintiffs) utilized by Defendants for promotional,

24   advertising, and marketing purposes."

25           Did you bring any of that, sir?

Page 106

```
1        A     No.

2        Q     Number 19:  All photographs, videos

3   depicting the interior of Defendants' clubs from

4   January 2013 to present.

5        A     There isn't any.

6        Q     There isn't.

7              In the inside of your clubs, sir, do you

8   use posters or marquees that have any of

9   Mr. Franclemont's graphics on them?

10       A     I'm not sure.

11       Q     Okay.  Who would be sure?

12       A     Eric.

13       Q     Or any of the managers in each of the

14   specific clubs?

15       A     Yes.

16       Q     To the best of your knowledge, though, when

17   you go to the clubs, you've never seen any, like,

18   marquees or posters, light boxes, as they're called in

19   the industry?

20       A     I've seen boxing, poster from the boxing

21   company.

22       Q     Okay.

23       A     I don't walk through the offices.  They're

24   not in the club.

25       Q     I understand what you're saying.
```

Page 107

```
 1        A     Okay.

 2        Q     This is a long question and it's just to

 3   cover all the different clubs.

 4              All documents that refer to, reflect, or

 5   evidence, Booby Trap Doral, Booby Trap South, Booby

 6   Trap Pompano, and Booby Trap's patrons, customers or

 7   VIP members, email distribution list of these

 8   patrons.

 9              Did you bring anything related to that?

10        A     It doesn't exist.

11        Q     And that's -- that answer "doesn't exist" is

12   the same for every single club that we talked --

13        A     Yes.

14        Q     -- about?

15        A     Yes, it is.

16        Q     Okay.  Have any of the clubs that are the

17   subject of this lawsuit ever been sued before?

18        A     Yes.

19        Q     Which ones?

20        A     All of them.

21        Q     For what.

22        A     Various things, shootings, stabbings.

23        Q     Anything related to false advertising or

24   similar claims like the ones my clients are making in

25   this case, sir?
```

Page 108

1      A    No.

2      Q    Have you ever been sued before, sir?

3      A    Yes.

4      Q    Other than in this lawsuit, have you ever

5    been -- actually, we didn't name you as a defendant in

6    this lawsuit.

7           What have you been sued for?

8      A    The shootings, the stabbings.

9      Q    So in addition to listing the business

10   entities, they listed you personally as well is what

11   you're saying?

12     A    Yes.

13     Q    Other than those lawsuits, have you ever

14   been sued individually, non-related to your adult

15   entertainment business ventures?

16     A    No.

17     Q    Have you ever testified in court?

18     A    Yes.

19     Q    When and what for?

20     A    These lawsuits.

21     Q    Do you recall when you testified?

22     A    No.

23     Q    Approximately?

24     A    Oh, through the last 20 years --

25   20-something years I've been in business, numerous

Page 109

1    times for various incidents.

2         Q    Have you ever testified as an expert in

3    anything as -- in a court of law?

4         A    No.

5         Q    Have any of your companies hired an expert

6    to testify -- well, let me be more specific.

7              Have any of the defendants in this case,

8    you know the list, ever hired an expert to give

9    testimony in this case?

10        A    No.

11        Q    Or any opinions?

12        A    No.

13        Q    Are you aware of or do you know if any of

14   the clubs have ever hired models to promote or

15   advertise them in any way, form or fashion?

16        A    I don't know.

17        Q    Do you have any experience in hiring models

18   for commercial photo shoots?

19        A    No.

20        Q    Have you ever negotiated any talent

21   agreements?  By "talent" I mean actors, actresses,

22   singers, writers, models, et cetera?

23        A    No.

24        Q    Do you have any experience in valuing a

25   model's compensation for the use of her image or

Page 110

1    likeness for commercial purposes?

2         A    No.

3         Q    Have you ever spoken to any industry experts

4    in the field of modeling?

5         A    No.

6         Q    Have you ever spoken to any industry experts

7    in the field of hiring models?

8         A    No.

9         Q    Or negotiating contracts on their behalf?

10        A    No.

11        Q    When was the last time you reviewed the

12   lawsuit in this case, sir?

13        A    I never reviewed it.

14        Q    You've never seen it?

15        A    I never reviewed it.  I've seen that, the

16   cover page of it but I never reviewed it.

17        Q    You kind of just leave that to the lawyers?

18        A    Yes.

19        Q    Do you understand that my clients are, in

20   essence, suing the Defendants listed in this lawsuit

21   for the unauthorized use of their imagery in your

22   social media?

23        A    Yes.

24        Q    You understand that as a nature of the

25   lawsuit --

Page 111

```
 1        A    Yes.

 2        Q    -- in general.

 3             When did you hire counsel to represent you

 4   in this case?

 5        A    I never hired counsel.

 6        Q    Who did?

 7        A    Duffy.  J Dog.

 8        Q    What does that mean?

 9        A    That I did not.

10        Q    No, I'm sorry.  You're saying --

11        A    I never hired counsel.

12        Q    Okay.  Mr. Lirot represents you in these

13   cases; is that correct?

14        A    Yep, through Duffy.  J Dog brought him on.

15        Q    Are you paying Mr. Lirot's bills?

16        A    No.

17        Q    Are you compensating J Dog or Duffy for any

18   of Mr. Lirot's bills?

19        A    No.

20        Q    Do you recall whether you signed a conflict

21   of interest waiver between Mr. Franclemont, otherwise

22   known as Duffy and Mr. Lirot's office?

23        A    Say that -- I don't understand the question.

24        Q    A conflict of interest waiver.  Do you know

25   if one was signed by you?
```

Page 112

```
 1        A     No.

 2        Q     So who referred you to Mr. Lirot?

 3        A     J Dog.  Duffy.

 4        Q     When you were served with this lawsuit, you,

 5   meaning yourself personally, or any of the entities

 6   that you are here representing, are you -- do you know

 7   if anybody has destroyed any documents for any of the

 8   entities that are the Defendants in this case?

 9        A     No.

10        Q     And you know you're not supposed to destroy

11   any documents, correct?

12        A     Yes, I'm aware of that.

13        Q     When you and all the corporations were

14   served with this lawsuit, do you know if anyone

15   deleted any electronically stored evidence?

16        A     No, I do not know that.

17        Q     But you do know that that is a, quote,

18   unquote, no no, correct?

19        A     That's correct.

20        Q     When you were served with this lawsuit, did

21   any of your clubs delete or in any way alter, modify

22   any of the social media account information?

23        A     Not to my knowledge.

24        Q     Let's mark this as Exhibit 2.

25              (Plaintiffs' Exhibit 2 marked for
```

Page 113

```
 1          identification.)

 2              MR. LIROT:  Thank you, sir.

 3    BY MR. CASAS:

 4      Q    Exhibit 2 is a copy of the images at issue

 5    in this case for one of the Plaintiffs known as CJ

 6    Gibson.

 7              Do you recognize that image, sir?

 8      A    I do not.

 9      Q    Have you ever seen those Facebook posts?

10      A    Never.

11      Q    Take a look through the exhibit, please.

12      A    No.

13              I just opened up a Facebook account so I

14    was never on Facebook.

15              MR. CASAS:  Let's go off the record real

16         fast.

17              THE VIDEOGRAPHER:  Off the record at 3:01

18         p.m.

19              (A recess was taken.)

20              THE VIDEOGRAPHER:  Back on the record at

21         3:03 p.m.

22    BY MR. CASAS:

23      Q    All right.  Referring to Exhibit Number 2,

24    the images of CJ Gibson, one of my clients, do you

25    recognize her?
```

Page 114

```
 1        A     No.

 2        Q     Do you know who CJ Gibson is?

 3        A     No.

 4        Q     The -- for the record, and I'll submit that

 5   the images of Ms. CJ Gibson were first posted on Booby

 6   Trap South Miami and Booby Trap Pompano's Facebook

 7   page on October 28, 2013.

 8              The second image was posted on Booby Trap

 9   Doral's and Booby Trap South Miami's and Booby Trap

10   Pompano's Facebook's page on December 25, 2013.  Do

11   you know who posted those, sir?

12        A     No.

13        Q     Do you know who had posting rights to any of

14   those Facebook pages that we just talked about?

15        A     No.

16        Q     Do you know where that image, the images

17   that you see there of Ms. CJ Gibson, do you know where

18   those images were originally obtained from?

19        A     No.

20        Q     Do you know who created the postings?

21        A     I'm assuming J Dog, Duffy.

22        Q     When you say you're assuming J Dog, Duffy,

23   remember I asked you that you cannot speculate or

24   should not speculate --

25        A     Then I don't know.
```

Page 115

```
 1          Q     Okay.

 2          A     Is this the same girl?  Her and her are the

 3    same girl?

 4          Q     Let me see.

 5          A     That girl and that girl are the same girl?

 6                No?  Wow.  That's a different look.

 7          Q     They have -- they're multi-talented, sir.

 8          A     Uh-huh.

 9          Q     I'll submit to you that they are the same

10    girl, though.

11                But you're saying that you do not know who

12    created those images --

13          A     No.

14          Q     -- as they appear in Exhibit 2, correct?

15          A     That's correct.

16          Q     Do you know if any of your clubs ever

17    contacted Ms. Gibson to get her consent to use her

18    imagery?

19          A     I couldn't answer that.

20          Q     You don't know?

21          A     I do not know.

22          Q     Were you ever -- were you able to locate any

23    contract, release or any other documentation that --

24    that shows that any of the Booby Trap Defendants had

25    the ability to use or the authorization to use any of
```

                                        Page 116

```
 1    the images in Exhibit Number 3?
 2              MR. LIROT:  Number 2.
 3    BY MR. CASAS:
 4        Q    I'm sorry, Exhibit Number 2.  Thank you.
 5        A    No.
 6        Q    Do you know if anyone else on behalf of the
 7    clubs obtained authorization to use the imagery in
 8    Exhibit Number 2?
 9        A    No.
10        Q    Do you believe that you, meaning the clubs
11    that are the Defendants in this case, have the right
12    to use the images in Exhibit Number 2?
13              MR. LIROT:  I'm going to -- I think that
14          calls for a legal conclusion, so I'll object but
15          you can answer it if you can.
16        A    I have no idea.
17    BY MR. CASAS:
18        Q    Okay.  If you do believe or if you did think
19    that the clubs had permission to use the images in
20    Exhibit Number 2, would you -- did you search for any
21    documents to prove that you had authority or consent
22    to use Ms. CJ Gibson's imagery?
23        A    It doesn't exist.
24        Q    Do you intend on suing anyone to recover
25    damages that my clients may be entitled to as a result
```

Page 117

 1     of your unauthorized use of imagery?

 2         A     Explain that to me.

 3         Q     For example, you've testified a few times

 4     that Mr. Franclemont -- that Duffy is the only one who

 5     had access or control to Facebook and that he was

 6     responsible for the graphic designs.

 7              Do you intend on going after Duffy for any

 8     damages that my clients may be entitled to as part

 9     of this lawsuit?

10         A     I haven't even -- I'd have to talk to

11     counsel about that.

12         Q     But it's your testimony that Duffy is paying

13     your for your legal fees, in essence, for this

14     lawsuit; is that correct?

15         A     That is correct.

16         Q     So is that kind of your way of making sure

17     that he pays for what is --

18         A     What he did, yes.

19         Q     Okay.  Is that part of a written settlement

20     agreement between you and Duffy?

21         A     No.

22         Q     Just a verbal discussion, handshake, so to

23     speak?

24         A     Yes.

25         Q     The -- have you ever seen any of the imagery

                                        Page 118

```
 1    and the posting, the verbiage that was posted to

 2    Facebook for any -- Exhibit Number 2?

 3        A    I've never seen Facebook until just

 4    recently.

 5        Q    I think that's pretty smart, by the way.  I

 6    sort of quote an off the record comment.

 7             Who is responsible for setting the date or

 8    time of events at any of the clubs?  So let's say,

 9    for example, you are having a special Halloween

10    party or a special event at any of your clubs,

11    who -- who sets the time, date of that event?

12        A    Duffy.  He make suggestions, "Guys, we're

13    doing Halloween party on this Wednesday.  We're -- at

14    Halloween he does it all.  He gives suggestions and he

15    usually -- he just picks it out.

16        Q    Okay.

17        A    He's been doing that.

18        Q    And so -- and so when he gives those

19    suggestions for promotional events, who at the clubs

20    decide to go with that or not?

21        A    The only one that I make a decision on is --

22    Christmas party.  "Phil, are you going to be in town

23    on this date," and I'll say "yes."

24        Q    Because you want to attend that party?

25        A    I want to give my Christmas bonuses out to
```

Page 119

1   the guys.

2       Q    Got it.

3       A    Or my Christmas cards out to my guys.

4       Q    Okay.  So let's go off the record real fast

5   to -- here's my plan.  I'm going to mark the remainder

6   of the exhibits which are the rest of the imagery in

7   this lawsuit.

8            And so instead of going one-by-one-by-one,

9   I'm going to give you the opportunity to review all

10  the documents off the record and then we'll come

11  back on, and then we'll quickly go through each one

12  of the questions that I just asked you for

13  Ms. Gibson to see if they're the same.  I have a

14  suspicion that it's the same response.

15      A    It's the same response, sir.

16      Q    Right, but as a matter of formality, I think

17  this will be the most efficient way to do it.

18      A    Whatever you want to do.

19      Q    Does that make sense?

20      A    Sure.

21           MR. CASAS:  All right.  Let's go off the

22       record.

23           THE VIDEOGRAPHER:  Off the record, 3:09 p.m.

24           (A recess was taken.)

25           (Plaintiffs' Exhibits 3 through 13 marked

                                        Page 120

```
 1              for identification.)

 2                   THE VIDEOGRAPHER:  Back on the record at

 3         3:13 p.m.

 4    BY MR. CASAS:

 5         Q     Okay, sir, I've handed you -- off the

 6    record, I've handed you Exhibits 3 through 13, and

 7    I'll submit for the record that these are basically

 8    copies of the images that are part of this lawsuit.

 9              Previously, before we went off the record,

10    you -- I asked you a series of questions for Ms. CJ

11    Gibson, which is Exhibit Number 2.  And I'm going to

12    quickly go through those same questions and ask you

13    if your response is the same for Exhibits 3 through

14    13, so that we can sort of get through this.  I have

15    a suspicion, as I said earlier, that your answers

16    are the same.

17              First of all, do you know who posted any

18    of those images on exhibit -- Exhibits 3 through 13?

19         A     No.

20         Q     And for any of those exhibits, 3 through 13,

21    do you know who at any of the clubs had administrative

22    rights to the Facebook page?

23         A     No.

24         Q     Do you know any of the models in Exhibits 3

25    through 13?
```

Page 121

```
 1          A    No, but I'd like to.

 2          Q    You may.  If Mr. Lirot takes depositions,

 3    you're very welcomed to be there.

 4               Do you know where any of the images in

 5    Exhibits 3 through 13 were originally obtained from?

 6          A    No.

 7          Q    And by "originally obtained," I really mean,

 8    like, do you know what the photo shoot or job was

 9    for --

10          A    No.

11          Q    -- that they took those images for?

12          A    No.

13          Q    Do you know who created the graphic designs

14    for Exhibits 3 through 13?

15          A    No, but I'm assuming J Dog.

16          Q    As you sit here today, you don't have any

17    proof that you can actually say, yes, I know for sure,

18    for certain, that J Dog created those posts?

19          A    No.

20          Q    For Exhibits 3 through 13?

21          A    No.

22          Q    Do you know if any of the Defendant clubs

23    ever contacted any of the models in Exhibits 3 through

24    13 to get their consent or authorization to use their

25    image for your club's Facebook pages?
```

                                        Page 122

```
1            A     Never happened.
2            Q     Do you know if any of the clubs ever
3    negotiated with any of the models in Exhibits 3
4    through 13 to compensate them for the use of their
5    imagery?
6            A     Never happened.
7            Q     And I don't think I asked that question for
8    Number 2, CJ Gibson.   Same response?
9            A     Never happened.
10           Q     Do you know if anybody else on behalf of any
11   of the Defendant clubs attained authorization from the
12   models depicted in Exhibits 3 through 13?
13           A     Never happened.
14           Q     This is the question that pulled an
15   objection from Mr. Lirot.
16                 Do you believe that the clubs, the
17   Defendant clubs had any rights to use the imagery in
18   any of the exhibits, 3 through 13?
19                 MR. LIROT:  I will renew the objection, but
20       you can answer the question.
21           A     Don't have any idea about that.
22   BY MR. CASAS:
23           Q     If any of the Defendant clubs had
24   authorization or authority or consent to use any of
25   the images in Exhibits 3 through 13, do you have any
```

Page 123

1    documentation to prove that you had that authority or

2    permission?

3        A    No.

4        Q    Did you look for any?

5        A    It doesn't exist.

6        Q    Is it your testimony today, as you sit here

7    today, that Mr. Franclemont designed the posts in

8    Exhibits 3 through 13?

9        A    Yes.

10       Q    That's your belief?

11       A    That's my belief.

12       Q    But you don't know for sure?

13       A    Don't know for sure.

14       Q    In other words, I would have to ask

15   Mr. Franclemont?

16       A    That's correct.

17       Q    I'm at the bottom of my questions, but I do

18   have a couple of follow-up questions and then I'm not

19   sure if Mr. Lirot may have any questions, but we

20   talked about two companies that are -- that own the

21   properties for at least two clubs.  I think one is

22   Booby Trap Pompano?

23       A    Mariano & Son.

24       Q    Mariano & Son, correct?

25       A    Correct.

Page 124

```
 1        Q    Does Mariano & Son maintain an insurance
 2   policy?
 3        A    Don't know.
 4        Q    Okay.  Who would know that information?
 5        A    I don't know.  You'll have to call Scott to
 6   see if there is an insurance policy on there.
 7        Q    The same Scott for the other insurance
 8   policies?
 9        A    All -- he does all the insurance for
10   everything.
11        Q    Okay.  And what was the name of the other --
12   Master Acquisitions?
13        A    Yes.
14        Q    Same question for Master Acquisitions, do
15   you know if Master Acquisitions has an insurance
16   policy?
17        A    No.
18        Q    No, they don't or, no, you don't know?
19        A    No, they don't have insurance.
20        Q    And why are you so sure on that one, sir?
21        A    Because I know that Booby Trap Doral has
22   insurance that puts a little tag that covers them.
23        Q    Okay.  So the insurance policy, your belief
24   is that for Booby Trap Doral also covers Master
25   Acquisitions; is that right?
```

Page 125

1        A      That's correct.

2        Q      And that's probably part of the requirement

3    of the lease between Master Acquisitions and --

4        A      I'm assuming.

5        Q      Okay.  The only way we would know for sure

6    is to look at the lease?

7        A      That's correct.

8              MR. CASAS:  Okay.  Sir, let's take our last

9        break, five minutes, and I'm going to go look at

10       all my notes and make sure I don't have any more

11       questions and then we're done.

12       A      Okay, Bud.

13             THE VIDEOGRAPHER:  Off the record at

14       3:19 p.m.

15             (A recess was taken.)

16             THE VIDEOGRAPHER:  3:30 p.m.

17   BY MR. CASAS:

18       Q      All right back on the record.

19             Sir, off the record, we had a brief

20   discussion about Exhibits 2 through 13, which are

21   exhibits of my clients.

22             And, in essence, the question I have for

23   each of the exhibits is:  How much revenue did each

24   of the specific club that the exhibit was used for

25   would generate during the week that it was posted,

                                          Page  126

1    what would your answer to that be, sir?

2        A    I wouldn't know.

3        Q    Who would I need to ask that question of to

4    determine that information?

5        A    Al Masters.

6        Q    So you believe that Al would be the one who

7    could give me that information as opposed to either

8    Eric or Patty?

9        A    That's correct.

10       Q    You think that he would have the most

11   accurate information; is that correct?

12       A    That's correct.

13       Q    Do you know if any of your clubs maintain a

14   profit and loss statement?

15       A    I don't know that.

16       Q    That's an Al Masters question?

17       A    That's Al Masters question.

18       Q    Same thing for like a cash -- a statement of

19   cash flow or a balance sheet?

20       A    Al Masters.

21            MR. CASAS:  All right, sir.  I have no

22       further questions today.

23            THE WITNESS:  Okay.

24            MR. CASAS:  And I don't expect that I will

25       need to call you back to ask you any other

                                          Page 127

```
 1        questions.
 2            You know, unfortunately you didn't bring
 3        any records with you today because you say that
 4        you didn't -- you had only seen this today for
 5        the first time, so that may be a reason why I
 6        would call you to testify again, but I doubt
 7        it.  I appreciate your professionalism --
 8            THE WITNESS:  Absolutely.
 9            MR. CASAS:  -- throughout this deposition.
10            THE WITNESS:  Sorry for being vague.  It's
11        just I'm a hands-off guys.
12            MR. CASAS:  I get it.
13            THE WITNESS:  I don't apologize on that.
14        I'm not being vague, I just don't have the
15        answers to it.
16            MR. CASAS:  No problem, sir.  Understood.
17        The answers that you've given me on the record to
18        my questions stand, so I appreciate your
19        testimony.
20            Mr. Lirot, any questions?
21                   CROSS EXAMINATION
22   BY MR. LIROT:
23        Q    I want to follow-up a little bit on the
24   list, and, again, you recall we spoke about this list.
25   I don't want you to say anything about what we spoke
```

Page 128

1    about, but we did speak about --

2         A    We did.

3         Q    -- the items on the list?

4         A    Right.  And this was -- when Duffy hired

5    you, you called me and said, "there's a list" and,

6    again, I didn't take it seriously because I thought it

7    was Duffy's headache, not mine.

8              So I just said, "yes," and you did bring

9    this up to me and this was a while back, but did I

10   ever bring my eyes on it, no.  I know that we got a

11   lawsuit.  I said, "Duffy, get me out of this" and

12   that was the end of it.

13        Q    Okay.  I just want to ask you a few

14   questions.  We've gone through a lot of the numbers,

15   but Number 10 says:  "Any and all releases or waivers

16   from employees, performers, dancers and/or adult

17   entertainers for the last five years."

18             Do -- releases or waivers, do you have any

19   of those documents?  Do you know if those documents

20   exist?

21        A    I don't know.  I don't even know if they

22   exist.

23        Q    Okay.  And Number 11 is "employees from 2013

24   to present."

25             Do any of the employees have any personal

Page 129

```
 1    knowledge that you're aware of that would relate to
 2    any of the issues in this case?
 3        A    No.  Nobody could -- would exist.
 4        Q    All right.  And as far as the remainders of
 5    the questions, those would all be some document or
 6    information that Mr. Franclemont would have access to
 7    more than yourself?
 8        A    That would be correct.
 9             MR. LIROT:  All right.  I don't have any
10        additional questions.
11             THE WITNESS:  Okay.
12             MR. LIROT:  If you get this -- if this is
13        transcribed, you have the right to read it.  You
14        can't change any of your answers or you can waive
15        that.
16             THE WITNESS:  Whatever you need me to do.
17             MR. LIROT:  It's completely up to you.
18             THE WITNESS:  I don't need to read it.  I'm
19        fine.
20             MR. LIROT:  We will waive.
21             THE VIDEOGRAPHER:  Off the record at 3:33
22        p.m.
23             (Deposition adjourned at 3:33 p.m.)
24
25
```

Page 130

```
1                        CERTIFICATE

2

3    STATE OF FLORIDA   )

4    COUNTY OF  BROWARD )

5

6         I, MARIA E. REEDER, RPR, FPR, do hereby certify

7         that I was authorized to and did

8         stenographically report the foregoing

9         deposition of PHILIP GORI; that a review of the

10        transcript was not requested; and that the

11        transcript is a true record of my stenographic

12        notes.

13        I FURTHER CERTIFY that I am not a relative,

14        employee, attorney, or counsel of any of the

15        parties, nor am I a relative or employee of any

16        of the parties' attorney or counsel connected

17        with the action, nor am I financially

18        interested in the action.

19        Dated this 28th day of April 2017.

20

21

22             MARIA E. REEDER, RPR, FPR

               and Notary Public

23

24

25

                                        Page 131
```

[& - ad]

**&**

**&** 70:16,20,24
71:2,5,17 72:9
73:4,7,19 77:20
79:14 80:1,4,5,6
80:19 124:23,24
125:1

**1**

**1** 1:16 7:21,24
89:2 101:13
**10** 40:20 101:22
129:15
**10,000** 76:2
**100** 60:20
**11** 102:9 129:23
**1101** 1:16
**12** 42:20 71:9
102:19
**12:11** 1:18 3:8
**12:15** 7:14
**13** 105:5 120:25
121:6,14,18,20,25
122:5,14,20,24
123:4,12,18,25
124:8 126:20
**14** 95:24,25 96:4
105:14
**15** 40:19 97:17,18
98:14 99:16
105:22
**16** 96:10 97:2,5,7
98:22,25 104:1
106:7
**17** 96:10 97:2
100:15,16 101:18
106:14
**17th** 76:10
**18** 98:9,11 106:21
**19** 107:2

**190** 2:9
**1978** 6:20
**1:01** 36:5
**1:16** 1:3
**1:50** 62:10

**2**

**2** 2:18 113:24,25
114:4,23 116:14
117:2,4,8,12,20
119:2 121:11
123:8 126:20
**2/22** 99:6
**20** 109:24,25
**2000** 2:4
**2012** 95:22 96:16
**2013** 34:11,18
102:10 107:4
115:7,10 129:23
**2016** 34:11
**2017** 1:17 3:7
131:19
**21** 1:17 3:7
**2240** 2:9
**2250** 2:18
**24548** 1:3
**25** 10:13 115:10
**28** 63:15 115:7
**2840** 71:11,13 72:6
**28th** 131:19
**2:28** 95:6
**2:38** 95:9

**3**

**3** 117:1 120:25
121:6,13,18,20,24
122:5,14,20,23
123:3,12,18,25
124:8
**305** 13:25 49:5
**33130** 2:4

**33131** 2:18
**33301** 1:17
**33764** 2:10
**35** 61:8
**350** 96:20
**3:03** 114:21
**3:09** 120:23
**3:13** 121:3
**3:19** 126:14
**3:30** 126:16

**4**

**477-2785** 13:25
**48** 63:16

**5**

**5** 1:3 92:12
**557-8285** 35:10

**6**

**6** 92:25
**6/13** 98:24
**632-1817** 49:5
**65** 61:4

**7**

**7** 98:8,11,16
**75** 10:13 40:10

**8**

**8** 89:5 98:16
**8/22** 99:5
**80** 2:4
**826** 11:5
**8th** 2:4

**9**

**9** 95:22 96:15
101:15,19
**954** 35:10

**a**

**abbruzzi** 64:1,3,4
**abided** 26:2,11

**ability** 40:14 48:25
116:25
**able** 7:16 116:22
**absolutely** 128:8
**access** 25:10 38:12
38:14 56:25 118:5
130:6
**account** 24:25
25:11 56:16 94:14
97:5 113:22
114:13
**accountant** 23:5
50:10 78:20 82:15
87:11
**accounting** 23:17
**accounts** 25:21
26:13,13 57:1
82:22 83:1 102:21
106:10
**accurate** 127:11
**accurately** 53:16
**acquaintance**
61:25
**acquisitions** 15:21
17:8,9,11,17 18:7
78:1,2,4,15,23
79:2 80:20 125:12
125:14,15,25
126:3
**acres** 76:23 77:6
**acronym** 62:18,18
**act** 14:25
**acting** 89:25 91:13
92:6
**action** 131:17,18
**active** 60:18
**actors** 110:21
**actresses** 110:21
**actual** 55:9 80:12
**ad** 31:2,6 52:10
53:8,8,10,10 54:16

Page 1

[adam - attorney]

| | | | |
|---|---|---|---|
| **adam** 69:17,18,22 | 108:23 | **amster** 44:18 | **ashley** 1:5 |
| **addition** 109:9 | **advice** 10:17 | 48:23 49:7,9 | **aside** 9:1 53:14 |
| **additional** 21:9 | **advisors** 17:12,14 | **ands** 81:3 | **asked** 21:25 32:10 |
| 130:10 | 17:15,18 18:7 | **answer** 4:20,22 | 89:7 95:13 97:8 |
| **address** 14:16,18 | **afternoon** 3:23 | 5:4,10,11,13,14,15 | 115:23 120:12 |
| 28:10 36:17,19 | **age** 3:18 | 16:12,18 26:8 | 121:10 123:7 |
| 42:23,25 43:2 | **agent** 33:1,2 59:8 | 30:25 42:1 45:19 | **asking** 4:16,20 |
| 58:7 63:12,15,17 | 103:7 | 58:10 59:9 82:3 | 20:11 26:7 31:21 |
| 65:5,7,12 72:2 | **agents** 91:13 92:5 | 85:6 91:2 92:21 | 70:7 |
| 83:17,21 102:11 | **ago** 11:22 14:17 | 105:11 108:11 | **asks** 91:21 |
| **addresses** 54:15 | 20:2 34:6 60:6,10 | 116:19 117:15 | **asset** 45:2 |
| 58:5 65:9 | 60:14 71:9 86:16 | 123:20 127:1 | **assets** 15:13 16:8 |
| **adjourned** 130:23 | 88:10 | **answered** 54:21 | 16:15 44:3,23 |
| **admin** 30:10 37:13 | **agree** 44:15 80:5 | **answers** 121:15 | 48:16 70:1,7,11 |
| 37:14,16,19 47:3 | **agreement** 11:10 | 128:15,17 130:14 | **assistant** 25:17 |
| **administrative** | 11:14 18:6,13 | **anybody** 22:1 | 29:7 30:10 |
| 121:21 | 41:15 62:24 68:22 | 23:24 32:5 48:8 | **association** 18:18 |
| **admirer** 98:20 | 72:8 74:17,18 | 59:21 64:22 65:17 | **assume** 4:21 15:4 |
| **ads** 51:12 94:10 | 91:20 118:20 | 65:21 89:19 113:7 | 26:2,22 49:19 |
| 98:8 99:14,21 | **agreements** 15:3 | 123:10 | 76:14 99:7 |
| **adult** 10:24 17:12 | 39:16 69:3 91:12 | **anyway** 85:7 | **assumed** 19:7,11 |
| 17:13,17 18:7 | 91:23 92:5 102:4 | **apologize** 128:13 | 19:14 49:22 61:14 |
| 100:13 101:23 | 110:21 | **apostrophe** 49:15 | 81:6 |
| 102:4 109:14 | **ahead** 35:22 49:4 | **appear** 116:14 | **assuming** 11:18 |
| 129:16 | 89:1 | **appearances** 2:1 | 17:20 19:17,19 |
| **advertise** 51:23 | **air** 29:23 | 3:9 | 22:19 23:16 25:5 |
| 54:12 99:18 | **akin** 15:6 | **appears** 22:3 | 25:6 26:21 27:2 |
| 110:15 | **al** 3:3,4 23:8,12,13 | **appreciate** 9:9 | 30:16,17 38:17 |
| **advertised** 54:3,6 | 50:11,12 78:18,21 | 128:7,18 | 72:12,15 78:9 |
| **advertisement** | 82:16 87:13 127:5 | **approached** 32:9 | 115:21,22 122:15 |
| 52:15 66:17 98:23 | 127:6,16,17,20 | **approximately** | 126:4 |
| **advertisements** | **alan** 61:8 | 34:15 109:23 | **atm** 74:8,9,15,18 |
| 23:25 50:19,21 | **alcohol** 5:22 10:24 | **april** 1:17 3:7 | 74:20 |
| 53:16,18,21 99:4 | 20:4 38:4,10 84:7 | 34:11 131:19 | **atms** 74:9 |
| **advertising** 23:20 | 84:9,10 | **area** 11:5 42:15 | **attached** 90:2 |
| 23:21,22 24:5 | **alicia** 1:5 | **areas** 93:24 97:3 | 91:15 105:9 |
| 30:4 31:6 82:18 | **alive** 100:23 | **arises** 4:14 | **attained** 6:8 |
| 93:2 94:7 98:24 | **alter** 113:21 | **arrangement** 15:8 | 123:11 |
| 99:5,6 100:6 | **american** 104:18 | 68:18 79:15 | **attend** 119:24 |
| 102:21 103:7 | **amount** 102:20 | **artwork** 66:18 | **attorney** 3:11,24 |
| 104:5 106:24 | 104:3,4,5 | | 4:11 10:17 11:17 |

Veritext Legal Solutions
866 299-5127

[attorney - bts]

| | | | |
|---|---|---|---|
| 18:11,20 25:23 26:17 32:3 42:2 72:21 74:7 78:12 85:4 86:15 95:11 131:14,16 | **basically** 8:4 41:7 47:5 52:14 63:2 91:7 104:14,21 121:7 | **boca** 73:3 **bonuses** 119:25 **booby** 1:10,11,11 1:11,11 8:15,19,21 8:24,24 11:2 | **break** 7:8 35:12,15 35:22 126:9 **bregger** 75:8,10 75:21 **brief** 126:19 |
| **attorney's** 67:3,11 74:3 | **basis** 103:21 **batch** 97:16 **behalf** 2:2,8 3:11 | 18:25 19:4,7 20:3 20:7,15 21:2,14,25 24:24 25:10 26:19 | **bring** 7:10 33:12 89:7 90:4,17 91:17,25 92:16 |
| **authority** 117:21 123:24 124:1 | 8:10,10,15 26:8,10 89:25 91:13 92:6 | 27:5,11,18,24 28:4 28:9 29:12 49:17 | 93:4,9 98:15 101:25 102:3,14 |
| **authorization** 116:25 117:7 122:24 123:11,24 | 100:6 111:9 117:6 123:10 **belief** 9:16 124:10 | 50:9 52:6 54:13 54:14 55:4 59:16 60:7,8,15 61:9,14 | 102:24 106:11,17 106:20,25 108:9 128:2 129:8,10 |
| **authorized** 105:2 131:7 | 124:11 125:23 **believe** 94:13,14 | 63:3,6,14,17,21 65:21 66:12,14,22 | **broker** 59:8 **brother** 40:19 |
| **automatic** 55:22 **aware** 91:4 103:6 | 96:9 97:3 98:9 99:13,15 103:2 | 67:1,2 68:20 69:4 70:10,14 72:9 | 41:17,24 70:20,23 71:3,18,25 |
| 103:19 110:13 113:12 130:1 | 105:10 117:10,18 123:16 127:6 | 73:12 76:9 78:24 79:4,7 80:3 81:3 | **brought** 52:17 89:10 112:14 |
| **b** | **belleair** 2:9 **best** 4:17 5:20,23 | 81:12,13 82:13,18 82:21 83:3,5,7,11 | **broward** 1:16 131:4 |
| **b** 1:10,11,11,11 8:15,19,21,24 | 9:5 13:8 16:6,18 25:7 40:14 45:23 | 85:8 86:1,6,10,11 87:14,21 88:21 | **brown** 98:21 **brusso** 12:22 13:4 |
| 73:19 75:10,11 89:6 | 46:25 48:24 73:16 87:18 100:5 | 98:23 99:4,5,18 100:12 108:5,5,5,6 | **bt** 27:18,24 28:22 29:8 30:3 36:8 |
| **b&g** 75:19,20 76:18 | 107:16 **beth** 10:1,13 | 115:5,6,8,9,9 116:24 124:22 | 39:23 40:4 41:3 41:10 44:13 49:2 |
| **back** 7:13 36:4 41:1 46:2 52:9 | **beverages** 10:25 **big** 76:21 98:20 | 125:21,24 **bookkeeper** 23:3 | 49:15 50:10 57:13 86:21 |
| 62:9 95:3 101:12 114:20 120:11 | **biggest** 4:25 **bill** 55:18,20 94:7 | 25:16 29:7 47:6 50:6,8 82:13 | **bt's** 12:19 40:25 45:2 49:14,20 |
| 121:2 126:18 127:25 129:9 | **billboards** 51:23 54:23,23 102:22 | **bottle** 38:1 **bottom** 124:17 | 50:6,9,15,19,24 51:6,11,13,19 |
| **backs** 84:5 **balance** 127:19 | **bills** 36:9 37:5 47:6 48:6 64:12 | **bought** 60:11 71:7 74:25 | 53:16 54:2,12 57:7,10 59:11 |
| **bank** 77:2 **bankruptcy** 7:3 | 64:17 92:13 112:15,18 | **boulevard** 1:16 2:18 | 73:11 104:4 **bts** 1:10 3:4 8:15 |
| 88:23 **barstools** 44:25 | **biscayne** 2:18 **bit** 4:11 64:14 | **boxes** 107:18 **boxing** 107:20,20 | 9:24 10:12,14,19 11:6,9,19 12:14 |
| **bartenders** 39:3,9 **based** 30:23 31:3 | 106:1 128:23 **bnhg** 75:16 | **boy** 7:7 | 14:1,17,20,22,25 15:10,13,16,24 |
| 31:15 67:5 100:4 | | | |

Page 3

[bts - club]

16:8,14,21,24 17:2
17:17 18:5,5,22
19:4,8,10,13,16,20
20:7,15,22 21:2,25
22:3,15,23 23:3,5
23:19 24:19,22
27:5,11,16,24 30:1
32:15,18 41:2,3,10
47:9 66:12 86:20
88:20
**bud** 126:12
**building** 17:19,22
63:14,20 75:1,2,25
76:1,2,8 83:7
**bunch** 97:23
**burciaga** 1:6
**business** 10:8,20
11:10 18:18 19:8
19:10,13 21:24
35:21 41:15,19
49:20 55:2,4,6,9
55:10 60:6 62:19
62:20,21 63:2
65:14 68:9 72:25
73:8,8 74:20,22
76:21,22,24 81:3,7
81:7 82:11 83:6
88:2,3 109:9,15,25
**businesses** 41:5
74:8,9 76:19 77:8
**buy** 71:8

**c**

**c** 40:17
**cab** 52:11,17 54:11
54:14
**cabarcas** 2:6 3:12
43:4 94:1
**cabs** 51:25,25 52:1
52:2,3,12,15 54:2
54:6

**call** 13:18 33:10,17
36:23 37:2 42:2
45:12,13 56:4,5
65:23 125:5
127:25 128:6
**called** 107:18
129:5
**calls** 117:14
**campaign** 54:8,11
**canas** 1:6
**cancellation** 34:8
58:24
**cancelled** 34:3,10
34:13,17,20 58:19
58:21 85:13,15
**caprio** 10:1 11:11
12:5 101:1
**card** 52:17 55:9,10
55:19,20,21 83:22
83:23 84:4,5,7,16
84:17 103:23,24
104:6,12,17,22,24
**cards** 21:7 55:2,4
55:6 84:19 120:3
**care** 20:12,14 25:9
36:11 37:5 39:7
62:19,21 68:20,23
81:2
**carrier** 32:15,19
34:23 58:15 59:3
**carry** 12:5
**carrying** 6:18
**casalawfirm.com**
2:5
**casas** 2:3,5 3:11,11
3:22,24 6:21,24,25
7:11,15 8:1 32:12
32:14 36:6 43:6,8
56:14 62:4,11
75:22 93:16,21,25
94:4,19,21 95:1,10

96:2,7,14,21 97:1
97:8,14,15,20 98:5
98:11,13 99:2,11
99:25 100:3,10,18
101:17,21 114:3
114:15,22 117:3
117:17 120:21
121:4 123:22
126:8,17 127:21
127:24 128:9,12
128:16
**casaslawfirm.com**
2:6
**case** 1:3 25:25
33:21 37:3 89:15
108:25 110:7,9
111:12 112:4
113:8 114:5
117:11 130:2
**cases** 67:13 112:13
**cash** 127:18,19
**catches** 53:17
**categorize** 53:5
**cause** 1:25
**cell** 13:14 57:18
**center** 63:18 75:5
75:13
**centers** 77:13
**central** 57:16
**ceo** 12:3
**certain** 66:21
122:18
**certificate** 131:1
**certify** 131:6,13
**cetera** 110:22
**chairs** 15:15 44:25
70:2
**chance** 35:18 94:9
**change** 95:2
101:10 130:14

**changed** 60:5
**characterize** 61:25
**charge** 20:8 21:3,9
23:20 27:6 50:15
57:10 68:21 82:17
83:1 84:5
**charges** 21:14
22:14
**charles** 2:9,10
**check** 47:13 69:1
104:6,16,17,21
**checkout** 83:25
84:1
**checks** 84:2
**christmas** 119:22
119:25 120:3
**cielo** 1:5
**cj** 114:5,24 115:2
115:5,17 117:22
121:10 123:8
**claim** 33:4,13 59:2
85:25
**claims** 32:18 85:18
85:23 108:24
**clarification** 4:21
**class** 100:13
**clean** 53:5,23
76:12
**cleanliness** 48:12
**clear** 95:20
**clearwater** 2:10
**clients** 32:12 89:20
108:24 111:19
114:24 117:25
118:8 126:21
**closed** 87:4
**club** 16:1 17:12,13
17:17 18:7 21:10
24:2 36:12 37:6,7
37:22 39:25 43:24
44:23 46:8,11

Page 4

[club - counsel]

48:8,11 52:5
55:13 63:9 70:1
81:7 84:20,22
88:5 100:13,24
107:24 108:12
126:24
**club's** 13:22 36:15
38:15 106:3
122:25
**clubs** 41:12 48:10
55:15 65:18,22
67:1,2 74:10,21
77:17 80:21 82:11
83:20 84:12 85:2
86:8 92:18 100:6
100:7 102:5 103:7
105:7,17 107:3,7
107:14,17 108:3
108:16 110:14
113:21 116:16
117:7,10,19 119:8
119:10,19 121:21
122:22 123:2,11
123:16,17,23
124:21 127:13
**cluttered** 53:6,23
**come** 21:8 24:1
36:11,13 37:6
81:24 120:10
**comes** 29:2 36:14
53:22 55:18 80:6
**coming** 30:14,15
31:2,9,13,17 66:5
**comment** 119:6
**commercial**
110:18 111:1
**communicate** 37:1
66:1
**communication**
65:20

**communications**
89:24
**companies** 8:11
41:4 57:25 61:12
61:14 80:20
103:20 110:5
124:20
**company** 9:25
10:2 11:9,14
12:16,18 15:1,11
17:5,10 18:25
23:17 33:18 34:1
35:18 40:9 43:13
49:9 52:17 54:12
57:23 59:22 68:10
70:14,17 71:10
73:11 74:1 80:9
85:18 86:1 87:15
87:17 88:7 104:17
107:21
**compare** 53:10
**compared** 53:2
**compensate** 123:4
**compensating**
112:17
**compensation**
20:20 105:25
106:3 110:25
**compile** 32:11
**complaint** 90:3
91:16 92:8,15
105:9
**complete** 25:21
**completely** 130:17
**computer** 26:4
27:12 57:11,13,14
57:16
**computers** 27:9,22
57:15
**conclusion** 117:14

**conditioning**
29:23
**conduct** 19:10,13
**conflict** 112:20,24
**confusing** 44:22
**connected** 131:16
**consent** 116:17
117:21 122:24
123:24
**consider** 10:6,9
12:2 19:2 21:19
42:16 59:22 69:23
**considering** 67:19
**contact** 14:15
18:12 23:25 30:7
30:17,19 35:17
59:11 70:19
**contacted** 116:17
122:23
**contents** 101:4
**contract** 18:19
116:23
**contractor** 28:19
29:21
**contractors** 28:15
28:23 29:13
**contracts** 111:9
**control** 88:5 89:8
118:5
**conversations**
31:16
**convicted** 6:14
**cook** 68:23
**cooking** 68:22
**copies** 84:19 94:9
94:17,17,22
100:11 121:8
**copy** 7:21 17:16
17:20 25:21 32:2
32:6 49:6 84:3,4
84:12,16,17 90:17

91:25 94:15 114:4
**copyrights** 16:16
48:16 70:11
**cora** 1:5
**corporate** 14:17
31:20 42:24 63:12
63:22 64:22 72:25
**corporation** 10:18
11:17,24 22:18,21
26:9 59:16 60:4
60:18 71:7,8 74:7
74:25 77:23 86:12
87:8 88:10
**corporations**
26:10 60:5 66:15
73:20,22 77:15
88:22 113:13
**correct** 7:18 8:7
8:12,13 12:10
15:8,9 19:5,6
23:14 31:19 38:19
38:20 39:19 41:8
42:21 44:12 49:21
58:11 60:16,21
61:10,11 63:3,4
68:1 71:14 74:15
79:4,5 81:4,22
82:11 83:18 84:13
84:14,23 90:15
93:6 98:12 100:8
104:14 105:4
112:13 113:11,18
113:19 116:14,15
118:14,15 124:16
124:24,25 126:1,7
127:9,11,12 130:8
**correctly** 37:17
**correspondence**
89:13
**counsel** 3:9 112:3
112:5,11 118:11

[counsel - dog]

131:14,16
**country** 67:14
**county** 131:4
**couple** 4:13 30:2
47:17 60:5,10
93:17 124:18
**coupons** 102:23
**court** 1:1 3:6 4:4,6
5:1 70:6 91:7
109:17 110:3
**courtesy** 5:3,4
**cover** 67:3 108:3
111:16
**coverage** 32:16
58:13
**covered** 33:19
**covering** 67:11
**covers** 125:22,24
**cpa** 23:15
**created** 90:9 99:22
115:20 116:12
122:13,18
**creates** 31:2
**creating** 90:11
**creation** 90:1
91:14,22,23 92:7
106:8,15
**credit** 55:19,20,21
83:22,23 84:3,5,16
84:17,19 103:23
103:24 104:6,17
104:24
**crisp** 53:23
**cross** 128:21
**custody** 89:8
**customer** 28:4,9
83:11,17,20
**customers** 21:6
83:16 84:6 108:6
**cv** 1:3

**d**

**d** 1:10,11,11,11
8:15,19,21,24
71:16
**damages** 117:25
118:8
**damn** 77:3
**dancers** 101:23
102:5 129:16
**dances** 20:21
81:21
**dancing** 81:19,20
82:6
**darren** 24:8,9,11
24:13 56:10
**data** 26:1 27:25
**date** 25:24 119:7
119:11,23
**dated** 96:15
131:19
**dates** 102:11
**day** 38:19,22 39:1
47:17 56:3 58:18
131:19
**daytime** 13:5
14:10 29:11 30:21
46:1,4,19 69:8,25
**deal** 38:7
**deals** 30:3 47:5
**december** 115:10
**decide** 119:20
**decision** 119:21
**declared** 7:3
**deduction** 20:3
**defendant** 67:8
109:5 122:22
123:11,17,23
**defendants** 1:13
2:8 3:14 8:11 82:7
89:15 93:3,8,15
102:10 106:23

107:3 110:7
111:20 113:8
116:24 117:11
**definitely** 76:14
77:1 98:19
**delete** 26:11 31:21
113:21
**deleted** 113:15
**demand** 25:24
**depicted** 123:12
**depicting** 107:3
**deponent** 95:15
**deposed** 67:16
**deposition** 1:20,24
3:2 7:22 9:18
37:17 66:4 89:3
128:9 130:23
131:9
**depositions** 122:2
**described** 46:3
92:15
**design** 24:19 52:19
55:14 66:16
**designed** 52:10
124:7
**designer** 23:24
53:12 103:6
**designers** 53:3
**designs** 52:23 90:9
118:6 122:13
**dessie** 1:5
**destroy** 113:10
**destroyed** 113:7
**detail** 9:2
**details** 72:17
**determine** 127:4
**determining** 18:13
**devin** 1:6
**died** 11:20 12:8
**different** 34:23
46:15 63:16 69:14

84:23 85:5 101:10
108:3 116:6
**differently** 55:13
**direct** 3:21
**directives** 24:1
**directly** 36:23
45:14 49:10 52:11
**discussed** 9:4
21:13 37:3 40:3
67:2
**discussion** 118:22
126:20
**discussions** 93:17
**disrespectful** 56:3
**distribution** 90:1
91:14,22,24 92:7
108:7
**district** 1:1,1
**division** 1:2
**document** 8:2,5,7
9:1 70:6 96:3,8,15
97:10,11 99:12,22
101:18 130:5
**documentation**
116:23 124:1
**documents** 89:6
89:10,23 90:4
91:10,17,22 92:3
92:25 93:7,22
94:3 95:12,13
97:16 98:6,16
101:25 102:9,19
103:9 105:5,10,14
105:22 106:4,7,14
106:18,19 108:4
113:7,11 117:21
120:10 129:19,19
**dog** 23:22 24:7,18
24:22 50:20 91:20
103:4,17 112:7,14
112:17 113:3

Page 6

[dog - et]

115:21,22 122:15
122:18
**doing** 10:20 19:7
  39:3 50:18 52:15
  81:7 119:13,17
**door** 20:8 21:13
  22:14 81:16 82:5
**doral** 11:5 19:5
  20:3,7,15 21:3,15
  22:1 24:24 25:10
  26:19 27:5,11,19
  27:25 28:4,9,22
  29:8,12 30:3 36:8
  41:3 47:10 48:20
  50:9 51:1,9,16,21
  54:5,6 68:17
  69:12 78:24 79:4
  79:7 81:4,13
  82:13 100:12
  108:5 125:21,24
**doral's** 104:3
  115:9
**doubt** 128:6
**download** 25:20
**drafts** 39:11
**driver's** 84:4,12
  84:19
**drugs** 5:21
**duces** 7:22
**duffy** 24:12,13,14
  25:4,8,18,18 26:6
  26:24 27:1,15,16
  27:18 29:24 30:3
  30:13,23 31:1,6,12
  31:16,23 50:24
  51:6,9,12,18 52:7
  52:19,23 53:15
  55:14,24 56:2,5,9
  57:5 65:24 66:1,3
  66:15,21 67:13
  76:14 82:18 90:8

100:7 103:4
104:11 112:7,14
112:17,22 113:3
115:21,22 118:4,7
118:12,20 119:12
129:4,11
**duffy's** 98:19
129:7
**duly** 3:18
**duties** 12:12 29:10
  29:18 36:7 42:6
  45:24 63:6 64:8,9
**duty** 29:19,21
  39:17
**dvds** 95:2
**dying** 11:22

**e**

**e** 1:22 2:17 13:20
  23:10 30:14 31:12
  31:22 32:2,6
  36:15,18 40:17
  42:4 65:5,15,17,24
  71:16 75:10,10,11
  75:11 89:12,18
  131:6,22
**earlier** 21:25 46:3
  48:19 104:10
  121:15
**earn** 20:15
**earnings** 20:16,18
  92:13,17
**east** 1:16
**eat** 35:13
**education** 6:7
**effect** 4:6
**efficient** 120:17
**efforts** 100:7
**eight** 14:7 20:1,2,2
  51:17 78:5 93:14
**either** 30:20 39:18
  43:12 66:19 89:18

93:4 127:7
**el** 78:19
**electronic** 27:25
**electronically** 26:1
  26:12 113:15
**email** 28:5 31:17
  36:14,17,17,20
  58:4,4,7 65:7,9,11
  83:12 108:7
**emailed** 94:24
**employed** 102:12
**employee** 37:9
  64:20 94:15,18
  100:13,21 131:14
  131:15
**employees** 57:19
  58:1,5 101:23
  102:10 129:16,23
  129:25
**employment**
  102:12
**ended** 11:22
**entertainers** 15:3
  15:5,10 20:13,17
  21:14 22:2,15
  28:14 39:5,9,13,16
  39:20 43:14,15,17
  68:11,12 69:4
  101:24 129:17
**entertainment**
  1:11 8:21 10:24
  15:4 59:13,14
  60:11,17,21,23
  61:13 66:14 67:20
  73:12 86:2 87:2,5
  87:12 88:21
  100:13 102:5
  109:15
**entities** 9:4,13,14
  66:12,20 67:2,10
  82:7 88:19 89:18

89:19 109:10
113:5,8
**entitled** 4:17 98:23
  105:24 106:3
  117:25 118:8
**entity** 9:20 42:25
**envelope** 83:25
  84:1
**equally** 21:6
**equipment** 15:25
  44:6 45:1
**eric** 13:10,18
  14:15 16:7,11
  20:25 22:22 23:2
  23:4 24:4 25:13
  27:14 29:6,7,22
  30:20,20 31:7
  32:23 33:12,16,17
  36:8 37:1,3 39:22
  39:23 40:3 47:17
  48:6 50:7,8 55:18
  79:13 82:14 84:24
  84:25 85:1,2
  103:18 107:12
  127:8
**eric's** 30:10 47:4
**esq** 2:5,6,10
**essence** 4:5 111:20
  118:13 126:22
**establish** 4:12 5:9
**establishment**
  15:17
**establishments**
  32:6 41:12 77:24
**estate** 6:12 14:20
  17:10 68:6 71:11
  72:5 75:20,23
  77:13 88:8
**estimates** 92:12
**et** 3:3,4 110:22

Veritext Legal Solutions
866 299-5127

[eva - franclemont]

eva 1:6
event 119:10,11
events 119:8,19
evidence 89:24
  91:11 92:4 93:1,8
  102:20 105:6,15
  105:23 108:5
  113:15
exact 43:2
exactly 24:21
examination 3:21
  128:21
example 5:21
  20:19,19 29:14
  36:24 118:3 119:9
excluded 16:4
exhibit 7:20,21,24
  89:2 95:19,24,25
  96:4 97:17,18
  98:14,22,25 99:3
  99:16 100:16
  101:12,18 104:1
  113:24,25 114:4
  114:11,23 116:14
  117:1,4,8,12,20
  119:2 121:11,18
  126:24
exhibits 7:6 90:2
  91:15 105:9 120:6
  120:25 121:6,13
  121:18,20,24
  122:5,14,20,23
  123:3,12,18,25
  124:8 126:20,21
  126:23
exist 105:11
  108:10,11 117:23
  124:5 129:20,22
  130:3
existence 71:6

exists 28:8
expect 127:24
expenditure 99:21
experience 110:17
  110:24
expert 110:2,5,8
experts 111:3,6
expired 6:13
explain 30:24 80:2
  106:1 118:2
explained 80:23
express 104:18
eye 53:17
eyes 129:10

f

facebook 25:2,11
  25:21 26:5,12
  38:12,15 56:16
  67:7 76:12 82:23
  94:14 114:9,13,14
  115:6,14 118:5
  119:2,3 121:22
  122:25
facebook's 115:10
faith 9:15
fall 30:9
fallacious 53:19
falling 62:4
falls 96:12
false 108:23
familiar 8:3 25:20
  82:25
family 71:20 73:18
  73:25 76:17
far 99:24 130:4
fashion 31:22 88:5
  110:15
fast 41:1 97:25
  114:16 120:4
favor 66:22 97:23

federal 77:3
fee 74:18
feel 8:6
fees 67:3,11 74:15
  105:3 118:13
felonies 6:15 7:1
field 111:4,7
fight 30:14 31:1,5
  31:6,8,13,14,17
figure 5:12 77:2
file 9:12 86:20,22
  86:24 87:1
filed 1:25 3:17
  32:18 85:17,25
  87:11,15 88:22
filing 85:22 87:7
  87:10
final 41:1
financially 131:17
find 52:12 96:11
finding 70:8
fine 130:19
finish 5:14,15 33:7
finished 5:13
finishing 5:3,4
firm 2:3 17:19,22
first 3:18 4:15
  5:25 6:3 7:20 9:18
  13:1 23:11 35:15
  51:13 56:9 86:11
  95:21 102:8 115:5
  121:17 128:5
five 35:14,24,25
  78:5 85:5 93:15
  93:18 101:24
  102:23 126:9
  129:17
fixes 29:2,16
fixtures 44:5
fl 1:17 2:4,10,18

florida 1:1,23 2:17
  6:21 42:15 131:3
flow 127:19
flyers 55:2,12,13
  98:9 102:23
  106:21
focus 58:3
focusing 44:23
follow 124:18
  128:23
follows 3:19
food 21:17 68:20
  68:23
foot 76:2
force 4:6
forces 8:5
foregoing 131:8
forever 105:1
forgot 35:11
form 10:16 31:22
  65:20 86:14 88:5
  110:15
formal 70:6
formality 120:16
formed 62:13
  74:25 78:8
former 67:25
fort 1:17
forth 46:2
forty 61:18
foundational 9:19
four 92:3
fpr 1:22 2:17
  131:6,22
frame 34:14,16
franclemont 24:8
  31:23 32:10 56:2
  56:5,12 93:23
  96:9,24 97:8
  99:23 100:8 103:5
  103:9,19 104:24

112:21 118:4
124:7,15 130:6
**franclemont's**
99:14 107:9
**fred**   2:14 3:5
**free**   21:8
**friction**   81:19,21
82:6
**friday**   1:17
**friend**   52:16 61:25
62:2
**full**   4:6 37:11
**furniture**   15:15,24
44:5
**further**   127:22
131:13

### g

**g**   6:2 42:4 73:19
75:10,10,11,11
112:2
**general**   112:2
**generally**   17:25
**generate**   126:25
**generated**   90:8
**gentleman**   45:8
68:20
**gentlemen's**   74:21
80:21 100:12
**george**   13:5 14:11
29:9,11 30:12
33:4 39:18 40:3
46:5 69:7,9,12,14
69:22,25
**george's**   38:17
**getting**   39:15
53:25
**gibson**   1:5 3:3
114:6,24 115:2,5
115:17 116:17
120:13 121:11
123:8

**gibson's**   117:22
**girl**   98:2 116:2,3,5
116:5,5,10
**girls**   76:11
**give**   4:10 5:3,4 9:6
9:9 13:2,19 20:19
20:22 21:22 22:7
29:14 35:2 42:11
43:4 45:13 49:1
58:4 68:19 73:16
83:21 110:8
119:25 120:9
127:7
**given**   32:3 67:6
86:7 100:11
128:17
**gives**   119:14,18
**giving**   5:20,23
**glasses**   7:7,9,17
89:1
**gmail.com.**   65:8
**gnhg**   75:18
**go**   5:12 7:11 33:12
35:14,21,22,24
38:23 41:1 47:11
47:13,17 48:4,7,11
49:4 62:5 64:24
65:1,2 69:23 70:8
77:1 86:8 89:1,9
95:1,3 99:15
101:12 107:17
114:15 119:20
120:4,11,21
121:12 126:9
**god**   73:18,20
**goes**   25:4 31:24
55:19 63:23 80:10
98:9 103:23 104:5
**going**   4:14 5:8
9:19 32:24 35:14
47:14 67:18,20

88:25 89:9 95:15
95:21,24 97:16
117:13 118:7
119:22 120:5,8,9
121:11 126:9
**good**   3:23 5:9 9:15
53:22 66:9 101:11
**gori**   1:20 3:3,16
6:2 40:10,19 71:2
71:4,20 73:18,25
76:17 94:1 131:9
**government**   77:4
**governs**   11:10
41:15
**grab**   31:6
**grade**   6:9
**graner**   42:2 62:14
72:21,22 73:23
78:18
**graner's**   42:3
**graphic**   23:23
24:19 52:19 53:3
53:12 55:14 66:16
66:17 90:9 103:6
118:6 122:13
**graphics**   52:23
67:7 107:9
**great**   31:13 77:3
**greg**   75:8,21
**gross**   104:3
**ground**   4:10,13
**group**   34:19
**grouped**   58:20
**guess**   4:17 6:22
15:2 32:24,25
61:23 84:3
**guesstimate**   14:5
42:11
**gun**   6:18
**guy**   13:5,5 14:10
30:10 33:11,14

35:2 37:13,16
59:6,7
**guys**   13:3 21:8
51:23 52:8,14
54:23 119:12
120:1,3 128:11

### h

**h**   6:4,6 40:17,17
71:16
**hairdressers**   15:7
**halloween**   119:9
119:13,14
**hammondville**
71:11,15 72:2,6
**hand**   95:16,21
**handbook**   94:16
94:18 100:14,21
101:6
**handed**   95:11
121:5,6
**handing**   7:6
100:19
**handle**   72:22
105:18,19,20
**handled**   104:11
**hands**   128:11
**handshake**   68:21
118:22
**handwriting**
95:23
**handwritten**
96:21
**happen**   60:12
**happened**   123:1,6
123:9,13
**hard**   45:1
**harry**   49:2
**harvey**   44:18,21
48:23
**he'll**   31:8 36:14
37:25

[head - kitchen]

head 59:6 76:20 77:9
headache 129:7
headaches 38:23 38:24
hear 76:24
heard 37:17
help 7:17 14:5
herald 99:16
heretofore 3:17
hesitating 72:13
hey 31:8,12 33:18 53:12
high 6:9
highest 6:7
hire 28:22 29:1,21 29:23 112:3
hired 29:24 110:5 110:8,14 112:5,11 129:4
hires 29:12
hiring 110:17 111:7
hold 12:25 13:12 13:24 35:2 40:15
holdings 73:19,19 74:24 75:7,14,16 75:20 76:18,19
holds 74:8
hours 47:18 64:25
house 23:24
hows 60:13
huh 8:16 64:5 75:12 77:22 89:4 99:9,9 116:8

**i**

idea 9:15 38:24 55:2 117:16 123:21
identification 7:25 96:1 97:19 99:1

100:17 114:1 121:1
identify 9:8
illegal 6:21
image 110:25 114:7 115:8,16 122:25
imagery 106:4 111:21 116:18 117:7,22 118:1,25 120:6 123:5,17
images 90:2,11 91:15,24 92:8,14 93:1 105:8,17,17 105:25 106:22 114:4,24 115:5,16 115:18 116:12 117:1,12,19 121:8 121:18 122:4,11 123:25
imagine 103:14
important 4:2
incidents 85:20,22 110:1
including 26:12 102:11
income 21:12 50:12 81:24
incorporated 3:4
independent 28:14 28:19,22 29:2,13
indicating 103:22
indication 99:20
individually 109:14
industry 107:19 111:3,6
influence 5:21
information 9:9 11:16 26:1,12 27:8 31:10 35:17

45:21 70:8 83:21 99:24 100:14,21 102:24 103:3,5 113:22 125:4 127:4,7,11 130:6
informed 25:23
inherited 12:7
initials 75:17 77:11
inquired 93:24
inside 48:8 107:7
instagram 25:3 26:13 56:18,19 82:23
instructed 32:5
insurance 18:6 22:23 32:16 33:1 33:2,4,11,14,18 34:1 35:2,7,18 58:13,13,17 59:6 85:8,18,25 88:14 93:15 94:22 125:1 125:6,7,9,15,19,22 125:23
insured 88:15
intangible 16:14 48:16 70:11
intellectual 16:15 48:17 70:12
intend 67:11 87:10 117:24 118:7
interest 78:14 112:21,24
interested 131:18
interior 107:3
investments 73:19 74:6,14,21 76:18
invoices 51:5,8 55:24 90:17 92:13 103:8

involved 9:14,21 13:4 19:22 67:14 91:3
issue 114:4
issues 130:2
items 129:3

**j**

j 23:22 24:7,18,22 50:20 91:20 103:4 103:17 112:7,14 112:17 113:3 115:21,22 122:15 122:18
january 76:10 95:22 96:15 107:4
jean 1:5
jessica 1:6
job 39:4 122:8
joking 76:13
joseph 2:5,5 3:11 3:24
judge 4:7
july 34:11
jury 4:7
justine 1:6

**k**

k 21:2 61:21 86:2
kazdova 1:6
keep 76:12 83:5,15
keeping 38:4
keeps 62:4
kept 39:21 43:20
kind 8:5 38:3 45:1 47:3 53:5 59:10 86:7 111:17 118:16
kindle 1:5
kitchen 21:21 22:4 44:6 45:1 68:14 68:19

Page 10

**[knew - liquor]**

**knew** 90:25
**know** 9:7,8,14
  11:13,16,20,23
  13:3,4,6,8 14:4
  15:23 16:6,12,14
  16:20 17:11,23
  18:4,8,9,17 20:23
  20:25 22:17,20
  23:1 24:11,21
  25:1,7,8,13,15
  26:10,15,16,18,22
  26:23 27:3,4,11,14
  27:15 28:2,7,12,19
  29:3,4,5,12 30:5,6
  30:16 31:4,10
  32:15,21,22,25
  33:3,14,24 34:10
  34:25 35:13,21
  36:18 40:7,13
  41:14 42:1 43:3
  44:8,25 45:4,5,11
  45:17,20 46:13,14
  46:16,20,22 47:6
  48:15 49:9,24,25
  51:18,25 52:7
  53:11,25 54:17,19
  54:20 55:16,24
  56:6,7,13,17,19,22
  56:23,25 57:3,4,5
  57:6,9,13,17,18
  58:8,15,22,23,25
  59:1,4,5 60:14,19
  61:5,16,20 62:13
  62:15 64:1 69:10
  69:19,21 70:4,9,10
  70:13 71:7,21,22
  72:14,16,17,19,20
  73:21,22 74:2,18
  75:9 76:10 77:5
  78:7,17 79:8,11,12
  79:16,18,21,22,23

80:15,17 81:6,8
82:21,24,25 83:4
83:14 84:6,7,21,22
85:2,6,7,11,13,24
86:5 87:4,11,13,19
87:23 88:14,17
89:21 92:23,24
96:17 101:4,6,8
110:8,13,16
112:24 113:6,10
113:14,16,17
115:2,11,13,16,17
115:20,25 116:11
116:16,20,21
117:6 121:17,21
121:24 122:4,8,13
122:17,22 123:2
123:10 124:12,13
125:3,4,5,15,18,21
126:5 127:2,13,15
128:2 129:10,19
129:21,21
**knowledge** 15:14
  19:15 20:10 21:16
  25:17,19 26:5
  33:22 41:18 43:16
  43:25 44:7 45:23
  57:12 63:1 73:17
  74:23 87:18 96:25
  107:16 113:23
  130:1
**known** 18:15
  24:14 31:11 49:12
  49:17 56:8 61:17
  61:24 102:11
  112:22 114:5
**knows** 61:23

---

**l**

**l** 6:4 23:12 40:17
  71:16,16

**lady** 21:22
**landlord** 14:25
  19:2 44:11
**landlords** 15:4
**lap** 20:20 81:21
**large** 1:24
**lauderdale** 1:17
**laura** 22:11
**law** 2:3 4:4,7
  17:19,22,23 18:12
  110:3
**lawful** 3:18
**lawsuit** 8:11 9:15
  32:19 59:2 66:3
  67:9 77:18,25
  82:8 86:1 90:12
  108:17 109:4,6
  111:12,20,25
  113:4,14,20 118:9
  118:14 120:7
  121:8 129:11
**lawsuits** 9:12 33:8
  34:1 109:13,20
**lawyers** 111:17
**leaf** 97:24
**leafed** 98:14
**learned** 76:14
**lease** 14:22 15:2,3
  15:11,24 16:21
  17:2,7,16 18:1,1,6
  18:13 21:21,22
  22:5 28:18 39:12
  39:16 43:11,24
  44:11,21 48:22
  49:6,10 68:8,14,19
  69:1,3 70:15 72:8
  72:15,16,17,18,22
  74:17 79:6,6,9,10
  79:14,15,25 80:5
  102:4 126:3,6

**leased** 22:1
**leasees** 28:18
**leases** 22:3 39:20
  43:17 48:21 77:21
  77:23 79:4 80:3
  80:13
**leasing** 15:6
**leave** 111:17
**left** 87:6,7 101:15
**legal** 1:16 18:22
  117:14 118:13
**legalities** 11:21
**lenny** 18:14 78:2,9
**lenny's** 78:10
**lesson** 76:15
**letter** 25:24 38:2
**letters** 49:15 62:17
  89:12
**level** 6:7
**levels** 38:5
**license** 6:12 19:20
  19:23 50:2,4 81:9
  81:25 84:4,13
**licenses** 6:10,11
  19:16 70:12 84:20
  88:12
**lied** 47:9
**lien** 15:18,19,20
  15:22 73:4
**liened** 44:14
**liens** 44:8,10
**light** 107:18
**lighting** 44:5
**lights** 29:3,16
**likeness** 111:1
**limited** 73:18 74:1
  76:18
**lina** 1:6
**liquor** 19:16,20,23
  20:8 21:13 22:14
  38:1,7 50:1,4 81:9

Veritext Legal Solutions
866 299-5127

81:14,25 82:5 88:12
**lirot** 2:9,10 3:13 3:13 6:23 32:7,9 56:12 75:19 93:16 93:20,22 94:6,20 94:24 95:16 96:7 96:9,23,24 97:3,12 98:5,7,12 99:11,13 100:1,10,10 101:16,18,20 112:12 113:2 114:2 117:2,13 122:2 123:15,19 124:19 128:20,22 130:9,12,17,20
**lirot's** 13:18 112:15,18,22
**lirotlaw.com** 2:11
**list** 16:8 28:5,10 70:7 73:16,22 83:12,15,17 88:15 89:6 108:7 110:8 128:24,24 129:3,5
**listed** 8:11 82:7 109:10 111:20
**listing** 109:9
**lists** 83:23
**literally** 104:11
**little** 4:11 9:2 54:22 64:14 106:1 125:22 128:23
**llc** 61:5 62:15
**locate** 116:22
**located** 15:16,25 41:11 73:2 74:10
**location** 11:3 14:1 40:23 42:17,17,18 42:19,24 43:12 45:7,25 46:5 47:7 47:10,11,20,20

48:20,21 49:12 55:7 63:19,23 65:18 68:17 69:12 84:20 101:7
**locations** 31:24 48:5 50:8 54:12 54:13 55:5 59:11 101:7,9
**locka** 73:19 74:24 75:3,6,14 76:18
**long** 14:1 18:1,15 24:14,15,16,16,18 24:20 42:19 43:17 50:4 51:12 53:14 56:8 58:17 61:17 68:22 71:5 78:3 99:3 108:2
**look** 48:10 53:6,11 53:15,19,21 89:1 92:10 97:13 100:2 114:11 116:6 124:4 126:6,9
**looked** 90:23
**looking** 13:13 101:13 103:25
**looks** 7:16 8:3 48:8 48:11 53:1,4 94:7 100:14
**loss** 127:14
**lost** 104:8
**lot** 21:8 51:3 76:21 86:7 129:14
**lots** 73:15
**lou** 40:19
**love** 53:8
**lovely** 5:1
**luck** 66:9
**luke** 2:9,10 3:13
**luke2** 2:11

**m**

**m** 6:6 23:10 61:21 71:16,16
**mail** 30:14 31:12 36:18 38:3 65:2,5
**mailing** 28:10 83:17
**mailouts** 98:10 106:21
**mails** 31:22 32:2,6 36:15 65:15,17,24 89:12,18
**main** 29:6,8 45:6 63:2
**mainstreams** 81:11
**maintain** 16:8 18:5 22:23 24:24 25:25 26:19 27:21 27:25 28:4,9 56:16 83:11 103:18 125:1 127:13
**maintained** 83:24 84:20
**maintaining** 83:1
**maintains** 17:16 27:12 69:3 82:21
**maintenance** 97:4 106:9,16
**majority** 11:25 12:13 63:5 74:5
**making** 33:13 39:2 39:3 108:24 118:16
**manage** 41:4 78:23 88:4
**management** 69:5 69:6 106:9,16
**manager** 29:6,8 38:1 39:17 45:6

46:1,4 55:6 69:24 84:2
**managers** 12:19 12:21 13:6,9 21:7 31:7,11,16,18,23 40:2 46:10,22 55:10 69:16 107:13
**manages** 12:18 22:21 56:23 89:19
**mancini** 69:7
**manner** 66:22
**marathon** 35:12
**marcus** 46:19,20
**maria** 1:22 2:17 3:6 131:6,22
**mariano** 70:16,20 70:24 71:2,5,17 72:9 73:4,7 77:20 79:14 80:1,4,5,6 80:19 124:23,24 125:1
**marijuana** 76:22
**mark** 7:21 69:19 69:22 95:24 97:17 98:22 113:24 120:5
**marked** 7:23,24 95:25 97:18 98:25 100:15,16 113:25 120:25
**marketa** 1:6
**marketing** 23:20 23:21 24:1,4 30:4 50:16 54:8,11 82:18 93:8 100:7 106:24
**markovitz** 61:8,17 61:24 62:25 63:10
**marquees** 102:22 107:8,18

Veritext Legal Solutions
866 299-5127

[master - north]

**master** 15:21 17:8
  17:9,11,17 18:7
  78:1,1,3,14,22
  79:2 80:19 125:12
  125:14,15,24
  126:3
**masters** 23:8,13
  50:11,12 78:18,19
  78:21 82:16 87:13
  127:5,16,17,20
**material** 98:10
  106:22
**matter** 3:3,25
  120:16
**mean** 15:25 16:15
  18:1,5 19:18
  20:12 25:2 36:13
  37:14,18,24 44:13
  44:20 50:22 52:25
  55:1 59:6 60:3
  66:19 104:8,16
  110:21 112:8
  122:7
**meaning** 27:7 56:2
  57:14 89:14 105:7
  113:5 117:10
**means** 4:4 39:1
  84:1
**meant** 98:20
**media** 23:22 24:7
  24:18,22,25 25:2
  51:19 52:7 54:3
  82:22,22 97:5
  102:21 103:4
  106:10 111:22
  113:22
**medical** 76:23
  77:6
**meet** 47:24 48:1
**members** 108:7

**membership** 21:4
  21:10
**memory** 54:22
**mention** 35:11
  67:20
**mentioned** 14:10
  22:2 66:21 90:7
**messages** 37:25
**mgc** 1:3
**miami** 1:2 2:4,18
  42:17,18 45:6,25
  46:7,11 47:7,19
  48:21 49:12 56:15
  57:7 58:4,12
  75:20,24,25 99:16
  115:6
**miami's** 115:9
**microphone** 62:3
**middle** 5:11 6:5
**mike** 12:22 13:4
  29:9,9,11 30:12,21
  33:4 38:17 39:18
  40:3,10 45:12,17
  46:4
**mine** 129:7
**minutes** 35:15,24
  35:25 126:9
**mitcheson** 1:5
**model** 82:11
**model's** 110:25
**modeling** 111:4
**models** 89:14
  110:14,17,22
  111:7 121:24
  122:23 123:3,12
**modify** 113:21
**money** 22:8
  102:20
**monies** 105:6,16
**month** 55:21

**monthly** 79:6,21
  80:4 103:21
**morning** 94:8
**mortgage** 80:11
  80:11,12,15
**move** 40:8 86:6
**multi** 116:7

**n**

**n** 40:17 42:4 71:16
**name** 3:5,24 6:1,3
  6:5 11:1 13:1,11
  13:20 14:12 17:11
  17:13 19:7 22:11
  22:12 23:11,17
  35:3,4,5 40:12
  42:3 45:9,11,18,18
  46:20 48:24 49:22
  53:22,25 56:6,8,9
  56:11 61:14,19
  63:25 65:8 67:8
  69:10,11,20 70:17
  71:3 75:9 77:5
  78:10 101:10
  109:5 125:11
**named** 3:17 45:8
**names** 13:3,9
  19:11,14 40:7
  46:16,22 73:21
**nature** 16:16
  20:21 26:13 39:6
  44:6 71:10 81:22
  111:24
**neat** 53:6
**need** 4:14 7:8,9
  26:8 32:12 35:12
  35:12 45:15 127:3
  127:25 130:16,18
**needed** 90:25
**needs** 37:25 95:2
**negotiated** 110:20
  123:3

**negotiating** 39:12
  111:9
**network** 27:9,12
  57:14,14,14
**nevada** 76:22
**never** 86:17,18
  87:16 88:11 90:23
  99:9,10 107:17
  111:13,14,15,16
  112:5,11 114:10
  114:14 119:3
  123:1,6,9,13
**new** 34:21,25
  58:22 99:17
**newspapers**
  102:22
**night** 38:19,22
  39:1
**nightclub** 10:21
  10:22,23 11:1,4
  76:6,7
**nightclubs** 11:7
**nighttime** 13:5
  29:11 30:21 46:1
  46:3 69:7
**nodding** 79:20
**non** 109:14
**nope** 7:2 35:19
  97:22
**normally** 48:4
**north** 1:10 3:4
  8:15 9:24 10:12
  10:14,19 11:6,9,19
  12:14,20 14:1,17
  14:20,22,25 15:10
  15:13,16,24 16:8
  16:14,21,24 17:2
  17:17 18:5,5,23
  19:4,8,10,13,16,20
  20:7,15 21:2,25
  22:3,15,23 23:3,5

Veritext Legal Solutions
866 299-5127

[north - particular]

23:19 24:19,22
27:5,11,16,24 30:1
32:16,18 39:23
40:4 41:2,4 46:5
47:10 51:11 66:13
73:11 86:20 88:20
**nos**  97:24
**nosing**  98:21
**notary**  1:23
131:22
**notes**  126:10
131:12
**notice**  1:24 3:17
7:22 89:2
**notified**  85:4
**nowadays**  76:25
**number**  13:15,19
13:22,25 35:8
45:13 49:3 54:17
55:20 59:7 89:12
89:23 91:10 92:3
92:12,25 93:7,14
95:19 96:10 97:2
97:5,6 98:8,9,11
98:11,16 99:16
101:15,19,22
102:9,19 103:22
104:1,3 105:5,14
105:22 106:7,14
106:21 107:2
114:23 117:1,2,4,8
117:12,20 119:2
121:11 123:8
129:15,23
**numbers**  104:5,15
129:14
**numerous**  109:25

**o**

**o**  6:2,6 13:20,20
40:17 61:21 71:16

**oath**  3:19 4:1,2,3
**object**  117:14
**objection**  123:15
123:19
**obtain**  7:17
**obtained**  35:1
58:22 115:18
117:7 122:5,7
**obtaining**  19:23
**occasion**  83:19
**october**  115:7
**office**  14:17 17:21
37:23,24 39:23
42:25 63:12 64:22
79:3,3 112:22
**offices**  63:22
107:23
**oftentimes**  9:12
**oh**  7:7 13:20 24:17
27:23 46:19 55:8
56:19 61:18 73:18
73:20 77:6 109:24
**okay**  3:1 7:11,16
9:1,22 13:21 14:9
14:14 25:20 26:7
26:19 27:5 29:4
31:15,20 33:21
35:15,16,20,23
37:20 39:11 43:6
44:22 45:4,15
47:19 49:19 53:24
54:16,21 55:8
60:17 62:12 64:13
69:3 70:4 77:12
78:21 81:2 87:14
87:17 90:7,24
91:19 92:3 93:21
93:25 94:19,21,25
96:6,15 97:1,14
98:18 104:19
105:14 107:11,22

108:1,16 112:12
116:1 117:18
118:19 119:16
120:4 121:5 125:4
125:11,23 126:5,8
126:12 127:23
129:13,23 130:11
**once**  47:12,12
**one's**  38:19,19
**ones**  73:14 85:14
108:19,24
**opa**  73:19 74:24
75:3,6,13 76:18
**open**  14:2 87:6,7
87:17
**opened**  20:1 24:20
42:10,19 50:5
51:14 76:9 114:13
**operate**  11:6 40:24
41:4,12 63:3
77:16 88:4
**operates**  19:4 81:3
**operations**  47:14
**opinions**  110:11
**opportunity**  120:9
**opposed**  127:7
**order**  44:14 91:7
**originally**  115:18
122:5,7
**otero**  13:21
**oversight**  39:5
**owned**  24:8 86:12
**owner**  43:23 73:10
73:23 80:1,22
87:21
**owners**  9:25 10:4
40:9 59:17
**ownership**  10:11
78:14 80:9
**owns**  16:9,14
17:19,22 44:13

48:15 49:9 52:16
61:7,8 70:7,10
71:11,21 75:20
79:14 86:13 88:9

**p**

**p**  6:4,4 64:7
**p.a.**  2:9
**p.c.**  2:3
**p.g.t.**  67:25
**p.m.**  1:18,18 3:8
7:14 36:2,5 62:7
62:10 95:6,9
114:18,21 120:23
121:3 126:14,16
130:22,23
**p.t.g.**  1:11 8:21
59:13,14 60:11,17
60:20,23 61:12
66:13 67:19 73:12
86:2 87:1,4,11
88:21
**page**  89:5,5 99:4,6
111:16 115:7,10
121:22
**pages**  95:23 99:3
115:14 122:25
**paid**  48:6 87:8,9
90:14 99:15
**paola**  1:6
**paper**  87:21
**pardon**  103:16
**parking**  22:19
**part**  7:5 18:6
22:21 54:8 68:8
73:7 76:7 77:17
80:9 90:12 118:8
118:19 121:8
126:2
**partially**  95:13
**particular**  10:23
11:3 12:6 18:11

Page 14

[particular - posting]

41:19 48:9 91:21
**parties** 131:15,16
**partner** 11:20
  12:8 59:22 75:6
  75:21 78:1,3
  100:23,25
**partner's** 12:9
**partners** 10:6
  40:21 59:17 87:24
**party** 14:23 15:1
  16:22,25 43:12
  68:9 106:8,15
  119:10,13,22,24
**pass** 21:7
**patrons** 108:6,8
**patty** 63:24 64:6
  79:18,19 80:18
  83:9 85:1,2
  103:18 127:8
**patty's** 63:25 64:8
  64:9
**pause** 5:10
**pay** 16:24 55:14
  55:21 57:23,25
  103:23 104:7,22
**paying** 37:5 47:5
  66:15,21,24,25
  67:3 112:15
  118:12
**payment** 55:22
  80:10,11,12,15
  90:2 91:15,23,24
  92:7 95:22 96:16
  97:4 103:8,19
  105:6
**payments** 94:13
  96:11,12,22 103:9
  105:15
**paypal** 94:14
  95:22

**pays** 36:9 55:17
  64:12,17 80:4,11
  118:17
**people** 8:6 52:11
  68:14
**pepaj** 1:6
**percent** 10:13,13
  40:10,19,20 60:20
  61:4,8
**percentage** 10:11
  20:16,18,22,23
  21:14 22:15 71:22
**performers**
  101:23 129:16
**permission** 13:18
  117:19 124:2
**permit** 6:18
**person** 9:5,7 13:2
  13:8 14:15 15:1
  16:6,18 22:10
  23:19,21 25:7
  27:6 30:17,19
  43:13 46:25 47:3
  50:15 57:10 58:9
  59:10 68:9 82:17
  84:3,22 90:1
  91:14 93:1 100:5
  100:9
**personal** 50:12
  129:25
**personally** 8:10
  9:5 66:20 105:7
  109:10 113:5
**pertains** 12:13
  42:7
**pete** 69:7,22
**pg** 73:18 74:6,14
  74:21 76:18
**phil** 1:20 3:2,16
  71:2 119:22

**philip** 6:2 40:10
  131:9
**philtgori** 65:8
**phone** 13:14,15
  49:3
**phones** 57:18,21
  57:23
**photo** 110:18
  122:8
**photographs**
  107:2
**physically** 72:18
**picked** 94:8
**picks** 119:15
**pictures** 76:11
**piece** 59:23,25
**pitching** 52:14
**placed** 44:10
**plaintiff** 3:12 92:6
**plaintiff's** 7:24
**plaintiffs** 1:8 2:2
  3:25 9:12 89:13
  92:14,15 93:2
  95:25 97:18 98:25
  100:16 105:8,16
  105:23,24 106:2
  106:23 113:25
  114:5 120:25
**plan** 120:5
**please** 3:9 5:14,25
  9:6 13:19 23:9
  26:9 35:9 48:24
  56:5 89:5 114:11
**plumber** 29:23
**plumbing** 29:22
**plus** 20:1
**point** 18:12 23:25
  30:6 37:17 59:10
  70:19 74:3
**poles** 70:2

**policies** 22:24
  58:21 85:5,6
  88:14 93:14,18
  125:8
**policy** 18:6 26:3
  33:19 34:3,10,13
  34:16,19,21,25
  58:13,20,22 85:9
  125:2,6,16,23
**pompano** 42:17
  59:16 60:7,9,15
  61:9,15 63:3,6,15
  63:21 68:21 69:4
  70:10,15 72:3,9
  77:21 79:15 80:3
  80:13 81:4,5,12
  82:19,21 83:3,5,11
  85:8 86:2 108:6
  124:22
**pompano's** 63:17
  104:4 115:6,10
**portfolio** 53:13
**portion** 9:18 74:14
  79:25 80:8
**portions** 81:19
  82:6
**posada** 1:6
**position** 102:13
  106:2
**possession** 85:5
**possibility** 67:8
**possible** 34:16
  62:20 95:4
**posted** 31:5 67:7
  115:5,8,11 119:1
  121:17 126:25
**poster** 107:20
**posters** 30:15
  102:22 107:8,18
**posting** 115:13
  119:1

Veritext Legal Solutions
866 299-5127

[postings - record]

**postings** 115:20
**posts** 114:9 122:18
  124:7
**potentially** 4:7,25
**potentials** 96:16
  96:17
**prefer** 53:18
**prepped** 4:11
**present** 2:13
  102:10 107:4
  129:24
**president** 12:3
**pretty** 98:2 119:5
**prevent** 5:22
**preventing** 5:19
**previously** 121:9
**primarily** 47:13
**primary** 30:6
  65:11,20 69:23
**print** 50:23,24
  54:25 55:1,3 93:8
  94:10 98:8 99:14
  99:17,24 102:21
**prior** 66:4
**probably** 4:11 5:8
  30:20 33:12 51:14
  76:15 95:17 126:2
**problem** 128:16
**process** 7:5 19:22
  19:24
**professional** 6:10
**professionalism**
  128:7
**profit** 127:14
**profits** 92:14
**programs** 24:1
**promote** 110:14
**promoting** 93:2
**promotion** 51:3
**promotional** 98:10
  106:22,23 119:19

**promotions** 1:10
  8:19 40:8,23 41:9
  41:14,20 42:6,7,10
  42:22 43:9,11,20
  43:23 44:3 47:21
  48:7,15,20 49:7,20
  50:1 52:18 56:15
  58:3,12 59:1
  66:13 73:11 86:22
  88:20
**proof** 122:17
**properties** 16:21
  78:22 80:21
  124:21
**property** 14:22
  15:11 16:15 17:2
  43:9 44:14,16,19
  48:17 68:4 70:12
  73:5 77:16,21,24
  80:13 88:8
**prove** 117:21
  124:1
**provide** 18:22
  57:18
**provided** 55:15
**provides** 24:22
**providing** 24:19
**public** 1:23 131:22
**pull** 13:12 40:15
**pulled** 123:14
**purchase** 52:11
**purchased** 51:18
  52:7
**purpose** 10:14
  41:7 47:16 63:2
  74:1 79:2
**purposes** 28:23
  67:18 83:21 84:5
  87:21 106:24
  111:1

**pursuant** 1:24 8:7
**put** 76:11 89:1
  95:17 96:22,24
  99:16
**puts** 125:22
**putting** 53:14 84:7

**q**

**quarles** 1:7
**question** 4:20,22
  5:3,11 9:3 10:15
  16:11,19 17:1
  25:3 26:8 30:24
  33:7 36:25 39:22
  41:1,9 44:22 47:9
  47:19 54:5 86:19
  89:21 94:11 108:2
  112:23 123:7,14
  123:20 125:14
  126:22 127:3,16
  127:17
**questions** 4:15
  5:10 9:19 20:12
  30:2 47:1 67:18
  86:9 120:12
  121:10,12 124:17
  124:18,19 126:11
  127:22 128:1,18
  128:20 129:14
  130:5,10
**quickly** 86:8
  120:11 121:12
**quite** 9:13
**quote** 113:17
  119:6

**r**

**r** 6:2 13:20 23:10
  42:4,4 61:21
  75:10,10,11,11
**radio** 50:23,24
  51:3,12,15,19 54:2

**66:17 99:21,24
**raton** 73:3
**reached** 13:22
**read** 130:13,18
**reads** 38:2
**real** 6:12 14:20
  17:10 41:1 56:6
  68:6 71:11 72:5
  75:20,23 77:13
  88:8 97:25 114:15
  120:4
**really** 71:20 101:4
  122:7
**reason** 93:12
  102:17 128:5
**recall** 10:17 14:12
  17:25 18:3 34:9
  76:19 77:8 78:16
  109:21 112:20
  128:24
**receipts** 92:13
**receive** 20:20
**received** 25:24
**recess** 7:12 36:3
  62:8 95:7 114:19
  120:24 126:15
**recognize** 97:25
  114:7,25
**record** 3:2,10,24
  6:1 7:11,13 13:13
  13:17 32:9,13
  35:24 36:1,4
  38:25 56:1 62:5,6
  62:9 93:17 95:2,5
  95:8,12,17,19 96:7
  97:24 98:5 99:11
  101:16,17 103:25
  114:15,17,20
  115:4 119:6 120:4
  120:10,22,23
  121:2,6,7,9 126:13

Veritext Legal Solutions
866 299-5127

[record - s]

126:18,19 128:17
130:21 131:11
**records** 83:6
103:18 128:3
**recover** 117:24
**reeder** 1:22 2:17
3:7 131:6,22
**refer** 89:23 91:10
92:4,25 93:7
102:19 105:6,15
105:23 108:4
**reference** 97:17
**referred** 14:11
100:12 113:2
**referring** 10:23
56:2 81:21 104:2
114:23
**reflect** 89:24 91:11
92:4 93:1,8
102:20 105:6,15
105:23 108:4
**reflecting** 102:9
**regard** 23:25
86:20
**regarding** 91:22
91:23
**regardless** 65:18
**registered** 49:22
61:14 62:21 81:6
**regularly** 48:1
**relate** 90:4 97:6
130:1
**related** 9:3 57:11
65:14 85:20 90:1
91:14 92:7,14
93:9 96:10 105:8
105:16 106:11,17
108:9,23 109:14
**relates** 86:1
**relating** 106:8,15
106:18

**relationship** 11:11
41:16 53:15
**relative** 131:13,15
**release** 116:23
**releases** 101:22
129:15,18
**remainder** 120:5
**remainders** 130:4
**remember** 29:25
34:24 60:13 77:10
87:9 115:23
**renew** 123:19
**rent** 16:24 69:1
**repeat** 32:1
**rephrase** 17:1
**report** 34:1 131:8
**reported** 2:16
**reporter** 3:6 5:1
**reporting** 2:17
**reports** 92:12
**represent** 3:25
20:13 53:16 112:3
**representative**
31:20
**representatives**
91:12 92:5
**representing**
113:6
**represents** 112:12
**request** 26:11 70:7
91:21 93:10,19
105:11
**requested** 131:10
**requests** 89:11
97:10
**required** 18:4,5
85:22
**requirement**
126:2
**respond** 36:14

**response** 89:10
96:10 120:14,15
121:13 123:8
**responses** 36:11
36:13 37:6 38:2
86:7
**responsibilities**
12:12,15 36:7
42:7 45:24 63:7
**responsible** 36:15
38:4 39:10,12,15
50:18 51:15 67:6
90:11 118:6 119:7
**responsive** 93:19
93:23 94:11 95:13
97:2,9 98:7,16
99:12,23 101:19
101:25 102:14
**rest** 120:6
**restaurant** 15:25
**restroom** 35:13
**result** 32:19 44:10
59:2 117:25
**revenue** 20:6
21:13,15,20 22:16
80:6,8 81:11 82:5
126:23
**review** 7:6 120:9
131:9
**reviewed** 111:11
111:13,15,16
**rhythm** 5:9
**rich** 11:23
**ricky** 45:8 46:5,25
47:24
**ricky's** 45:13,17
45:24
**right** 7:5,20 8:4,9
14:25 26:7 33:14
33:17 34:12 36:24
42:20 44:24 45:15

48:9 49:1 63:14
68:2 73:25 76:17
77:5,21 80:3,25
85:17 86:6 87:20
88:25 91:4 92:22
93:5,12 94:4 95:1
97:14 98:22
103:12,22,25
114:23 117:11
120:16,21 125:25
126:18 127:21
129:4 130:4,9,13
**rights** 115:13
121:22 123:17
**righty** 101:12
**river** 75:25 76:2,9
80:23
**road** 2:9 71:12,15
**rob** 101:1
**robe** 4:7
**role** 12:13 30:10
32:23,25 37:21
46:4 47:4 64:15
**roles** 38:17,18,21
**rpr** 1:22 2:17
131:6,22
**rule** 5:2
**rules** 4:10,13,25
**run** 27:1 40:23
41:11 63:3 83:22
104:12 105:2
**running** 38:22
39:1 41:3,10
50:23 51:12 60:8
**runs** 19:4 21:23,23
25:18 27:9 50:24
59:16 60:6,7 81:3

|  s  |
|---|

**s** 6:6 23:10,10
40:17 49:15

[safe - sorry]

safe   6:5 26:2 49:19
   89:17
sales   20:8 21:13
   22:14 81:16 82:6
salon   15:7
sample   94:6 100:1
samples   99:14
sarah   2:6,6 3:12
saw   92:21 102:8
saying   30:14 31:8
   31:12 34:15 55:9
   97:1 104:22
   107:25 109:11
   112:10 116:11
says   31:1 55:20
   95:23 96:21
   129:15
scared   56:4
schedule   39:8 89:6
schedules   39:6,10
schoenthal   40:11
   40:15 41:16,22
   45:12,17,20
school   6:9
scott   35:4,6 59:6
   125:5,7
search   91:19
   117:20
second   13:12,24
   40:15 99:4 115:8
secretary   63:24
   64:10,16
see   42:13 47:14,17
   48:5,7,10,11 61:21
   76:16,16 97:25
   115:17 116:4
   120:13 125:6
seen   8:2 51:5,8
   56:20 96:3 97:21
   99:7,9,10 101:2
   107:17,20 111:14

111:15 114:9
   118:25 119:3
   128:4
sees   31:16
sell   43:24
send   31:7 32:7
   37:25 65:14,17
sends   30:14,15,16
   30:17 31:2,17
   55:24
sense   4:23 5:6,16
   9:10 10:8 31:24
   120:19
sent   31:12 65:24
   70:6
separate   77:14
series   121:10
seriously   129:6
serve   21:17
served   113:4,14,20
serves   10:24 20:3
services   18:22
   24:19,22 55:15
   90:14,15
set   9:1 10:18 11:17
   22:18 71:21 74:2
   74:8 79:8 88:10
   100:23
sets   119:11
setting   119:7
settlement   118:19
setup   72:25
seven   93:7
sexy   53:19
share   29:10
shareholder   11:14
   11:22 12:14 33:10
   42:5 63:5 73:10
   73:23
shareholders   10:9
   40:21 71:17 87:24

shares   60:24 61:1
   61:3
sheet   127:19
shell   86:12 88:9
shift   38:22,22 39:1
shoot   122:8
shooting   85:20
shootings   34:19
   108:22 109:8
shoots   110:18
shopping   63:18
   75:5,13 77:13
short   38:1
show   39:2,3 48:2
   90:25
shows   92:17
   116:24
sic   38:2 67:19
side   32:10 76:6
signature   131:21
signatures   39:15
signed   112:20,25
similar   86:8
   108:24
singers   110:22
single   108:12
sir   3:23 5:19 6:17
   7:16 8:2 9:1 12:11
   16:11 18:9 19:18
   21:11 23:1 26:3
   26:22 28:2,11
   35:17,20 47:22
   50:22 51:22 59:15
   65:5 70:8,13
   72:11 76:13 78:6
   86:4 87:19 88:25
   90:5 93:19,20
   96:3,5,18 97:21,23
   98:4,15 99:8,25
   100:20,25 101:10
   101:11,18,20

102:1,15,25
   103:12,21 105:12
   106:12,18,25
   107:7 108:25
   109:2 111:12
   114:2,7 115:11
   116:7 120:15
   121:5 125:20
   126:8,19 127:1,21
   128:16
sit   122:16 124:6
situation   84:11
   86:3
six   78:5
skinner   1:5 3:3
smart   119:5
snacks   35:13
social   24:24 25:2
   82:22,22 97:4
   102:21 106:9
   111:22 113:22
sold   59:23,25
sole   41:7 79:2
   87:20,21
solutions   1:16
somebody   22:4
   27:8 29:15 31:3
   47:4,5,7 48:21
   52:16
son   70:16,20,24
   71:2,5,17 72:9
   73:4,7 77:20
   79:14 80:1,4,5,6
   80:19 124:23,24
   125:1
soon   9:2 95:4
sorry   12:25 21:3
   27:18 30:2 60:4
   64:9 67:24 75:18
   78:21 81:2,4 82:2
   82:25 88:7 89:5

Veritext Legal Solutions
866 299-5127

[sorry - talk]

112:10 117:4
128:10
**sort** 67:6 82:10
119:6 121:14
**sorts** 100:14
**source** 21:15,19
**sources** 20:6 21:12
81:24 99:18
**south** 2:18 42:15
42:18 45:6,24
46:7,10 47:7,19
48:20 49:12 56:15
57:7 58:4,12
108:5 115:6,9
**southern** 1:1
**southwest** 2:4
**space** 15:6 28:18
43:12 51:19 79:3
79:4
**speak** 66:3 118:23
129:1
**speaking** 47:21
**special** 119:9,10
**specific** 11:13
38:14 95:19
107:14 110:6
126:24
**specifically** 53:2
**speculate** 4:16
115:23,24
**speed** 38:5
**spell** 5:25 12:23
13:1 17:13,23
23:9 40:12 42:3
48:24 61:19,22
64:1,6 69:10
71:15 75:9
**spelled** 6:3
**spent** 102:20
**spoke** 56:3 128:24
128:25

**spoken** 111:3,6
**spread** 31:8
**spreads** 30:18
**square** 76:2
**stabbings** 108:22
109:8
**stand** 128:18
**standard** 48:9
**standing** 53:14
**start** 9:24 60:8
**started** 10:2 52:18
**state** 1:23 3:9 5:25
131:3
**stated** 3:23 7:17
95:12 101:16
**statement** 127:14
127:18
**statements** 92:13
**states** 1:1
**stenographic**
131:11
**stenographically**
131:8
**stock** 12:7
**stockholder** 11:23
11:25
**stop** 5:14
**store** 27:25
**stored** 26:1,12
113:15
**streams** 22:16
82:5
**street** 2:4
**strip** 74:10 88:5
**stubs** 103:8
**stuff** 15:19 38:3
44:8 77:3
**style** 52:24
**subject** 108:17
**submit** 13:17
115:4 116:9 121:7

**submitted** 59:2
93:18
**subpoena** 91:5
**substantiate** 106:5
**sued** 25:25 33:15
33:18 89:14
108:17 109:2,7,14
**suggestions**
119:12,14,19
**suing** 111:20
117:24
**suite** 1:16 2:4,9,18
**sunset** 40:25 41:10
41:11 42:16,24
**supervisors** 40:2
**supervisory** 37:21
**supposed** 33:25
113:10
**sure** 4:10,12 8:14
10:3 11:12,15
13:16 14:3 16:5
16:10,17 17:12
18:10 22:25 23:16
23:18 25:12,23
26:14 27:13,21
28:1,3,6,8,11,13
28:24,25 29:1
31:21 32:20 34:12
36:16,19 37:8
38:13,16 39:2,3,14
41:23,25 42:11
43:19 44:4 45:3
48:18 49:11,23
51:20,22 54:4
61:6 66:18 69:11
70:3,5 76:10
83:14 95:16
107:10,11 118:16
120:20 122:17
124:12,13,19
125:20 126:5,10

**suspicion** 120:14
121:15
**swings** 46:1
**sworn** 3:19

**t**

**t** 6:6 8:17 13:20
23:10 40:17 61:21
64:7,7
**t.k.** 1:10 8:19
35:20 40:8,23
41:9,14,20 42:5,7
42:10,22 43:9,11
43:20,23 44:3
47:21 48:7,15,20
49:7,19 50:1
56:15 58:3,12
59:1 66:13 73:11
86:22 88:20
**table** 84:10
**tables** 15:15 44:5
44:25 70:2
**tabs** 84:7,9
**tag** 125:22
**take** 4:3 7:8 35:15
35:22 52:9 68:23
89:1 114:11 126:8
129:6
**takeguma** 1:6
**taken** 1:22 4:1
7:12 36:3 62:8
95:7 114:19
120:24 126:15
**takes** 25:8 36:11
39:7 68:20 122:2
**talent** 110:20,21
**talented** 116:7
**talk** 5:2,5 31:14
33:1 48:2,4,8 56:1
66:10 100:5
118:10

Page 19

[talked - type]

**talked** 77:16 88:19
100:5 108:12
115:14 124:20
**talking** 36:24 54:9
55:9 62:12 64:13
67:22,24
**tangible** 15:13
**taxes** 50:13 86:20
86:22,24 87:1,7,10
87:11,15
**taxi** 52:1
**tbc** 67:19,21 81:2
**tcb** 60:5,7,8,12,15
60:24 61:1,3,5,7
61:13 62:12,13,18
62:21,22,24 63:12
63:22 66:14 67:23
67:24 68:4 70:1
72:9 73:12 81:2,9
81:25 82:2 86:2
86:24 88:21
**tcb's** 73:5
**technician** 27:8
**technology** 57:11
**tecum** 7:22
**telephone** 65:23
66:2
**tell** 37:25 38:25
67:16,17
**telling** 61:22
**ten** 18:16 35:25
**tend** 5:10
**term** 50:21 81:20
**terms** 17:25
**testified** 3:19
109:17,21 110:2
118:3
**testify** 8:9,14
66:21 110:6 128:6
**testimony** 4:5,17
5:20,23 9:6 67:5

88:1 90:10 100:4
110:9 118:12
124:6 128:19
**text** 37:2
**thank** 12:11 42:14
98:4 99:25 101:11
114:2 117:4
**thing** 72:14 95:21
97:25 127:18
**things** 16:16 20:21
26:13 39:6 44:6
47:14 81:22
108:22
**think** 6:13 13:6
15:18 22:17 25:4
27:14,15 29:18
30:13 31:13 42:20
45:20 48:19 54:21
69:11 73:6 74:8
75:19 80:10 91:1
91:2 93:16 94:2
95:18 97:5,6
99:17,17 100:5
101:9,15 117:13
117:18 119:5
120:16 123:7
124:21 127:10
**third** 14:23 15:1
16:22,23,25 43:12
68:9 106:8,15
**thomas** 6:2,6
**thought** 71:1
104:10 129:6
**three** 34:14,16
47:23 81:1 91:10
94:17 95:23 96:22
99:3 100:11 104:2
**tie** 95:18
**tied** 57:15 85:15
**time** 3:8,8 24:15
24:16 34:12,14,16

34:18 37:11 51:17
56:8 68:22 70:22
87:14 102:8
104:25 111:11
119:8,11 128:5
**times** 47:23 90:8
99:17 110:1 118:3
**tina** 1:6
**tips** 20:20
**title** 11:19 41:19
**titles** 12:3,6
**today** 3:7 4:3,5,18
4:25 5:20 7:5 9:3
54:22 66:4 67:6
77:16 88:1,20
89:7 94:20 102:3
122:16 124:6,7
127:22 128:3,4
**told** 48:19 66:5
67:13 94:10 97:12
98:7,19 104:10
**tom** 42:2 62:14
71:4 72:21 78:18
**top** 76:20 77:9
**total** 104:2,3,4,5
104:23
**town** 119:22
**trademark** 70:11
**trademarks** 16:16
48:16
**transcribed**
130:13
**transcript** 131:10
131:11
**transferred** 60:6
**trap** 1:10,11,11,11
1:12 8:15,19,22,24
8:24 11:2 18:25
19:4,7 20:3,7,15
21:2,14 22:1
24:24 25:10 26:19

27:5,11,19,24 28:4
28:9 29:12 49:17
50:9 54:13,14
55:4 59:16 60:7,8
60:15 61:9,14
63:3,6,15,17,21
65:21 66:12,14,22
67:1,2 68:21 69:4
70:10,14 72:9
73:12 76:9 78:24
79:4,7 80:3 81:4
81:12,13 82:13,19
82:21 83:3,5,7,11
85:8 86:2,6,10,11
87:14,22 88:21
98:23 100:12
108:5,5,6 115:6,6
115:8,9,9 116:24
124:22 125:21,24
**trap's** 99:4,5 108:6
**traps** 52:6 99:18
**treated** 21:6
**trick** 71:1
**true** 51:1 131:11
**try** 9:20 38:25
86:8 95:3
**trying** 71:1 96:11
**turn** 89:5
**turns** 9:16
**twelfth** 6:9
**twelve** 42:13
**twenty** 24:17
**twice** 47:23
**twitter** 25:3 56:21
82:23
**two** 10:4 31:9
49:15 60:14 64:25
72:15,16 89:23
99:17 124:20,21
**type** 12:3 15:7
38:18 47:6 54:25

Page 20

[type - years]

| | | | |
|---|---|---|---|
| 65:14 75:23 76:1 | uses  84:3 | **w** | whitten  1:5 |
| **types**  33:5,8 | usually  8:6 119:15 | | **wife**  12:9,10 |
| **typical**  20:6 | utilized  106:23 | **w2**  37:9 64:20 | **witness**  3:17,20 |
| **typically**  43:18 | **v** | **waitresses**  39:2,9 | 56:13 94:22,25 |
| 44:9 | | **waive**  130:14,20 | 100:19 127:23 |

**u**

**ub**  44:8
**uh**  8:16 59:9 64:5
  75:12 77:22 78:16
  89:4 116:8
**unauthorized**
  111:21 118:1
**understand**  4:2,8
  4:18,21 5:9 9:20
  10:15 14:24 30:24
  30:25 33:25 55:8
  104:19 107:25
  111:19,24 112:23
**understanding**
  30:13,22,23 31:1,3
  31:15 39:8 44:9
**understood**
  128:16
**unfortunately**
  128:2
**united**  1:1
**unlimited**  96:16
  96:17
**unquote**  113:18
**us1**  40:25 41:11
  42:16,24
**use**  35:12 50:21
  58:7 65:11 92:14
  105:16,25 106:3
  107:8 110:25
  111:21 116:17,25
  116:25 117:7,12
  117:19,22 118:1
  122:24 123:4,17
  123:24

**v**

**v**  61:21 71:16
**vague**  128:10,14
**valet**  22:17,18,19
  22:21
**valid**  4:22
**valuing**  110:24
**various**  9:13 99:18
  108:22 110:1
**veitch**  2:14 3:5
**vendors**  29:16
  38:7,8,10
**ventures**  41:5
  109:15
**verbal**  118:22
**verbiage**  119:1
**veritext**  1:16 2:17
  3:6,7
**versa**  5:18
**versus**  3:4
**vice**  5:18
**vickers**  1:5
**video**  3:1,2
**videographer**  2:14
  3:1,5 7:13 36:1,4
  62:3,6,9 95:2,5,8
  114:17,20 120:23
  121:2 126:13,16
  130:21
**videos**  102:22
  107:2
**videotaped**  1:20
**view**  74:3
**vip**  21:4,7,9 108:7
**visit**  47:20
**vivian**  1:5
**vs**  1:9

**w**

**w2**  37:9 64:20
**waitresses**  39:2,9
**waive**  130:14,20
**waiver**  112:21,24
**waivers**  101:22
  129:15,18
**walk**  107:23
**want**  4:12 32:1
  119:24,25 120:18
  128:23,25 129:13
**warehouse**  76:3,6
**way**  10:18 20:12
  31:14,22 35:11
  46:15 48:10 52:23
  53:1,4 66:22 77:1
  88:5 104:10
  110:15 113:21
  118:16 119:5
  120:17 126:5
**we've**  33:18 40:3
  93:16 129:14
**weak**  54:22
**website**  26:20,21
  27:1 54:17 57:8
  83:3 97:4 106:16
**websites**  96:12
  102:21
**wednesday**  119:13
**week**  47:12,12
  64:25 98:24 99:5
  99:6 126:25
**weekly**  79:8,10,21
  80:4
**weeks**  31:9
**welcomed**  122:3
**went**  19:24 52:11
  121:9
**west**  63:20 83:8
**whatsoever**  28:23
  83:19 88:2,3

**whitten**  1:5
**wife**  12:9,10
**witness**  3:17,20
  56:13 94:22,25
  100:19 127:23
  128:8,10,13
  130:11,16,18
**word**  47:4 61:22
**words**  62:17 77:20
  82:10 92:16
  124:14
**work**  12:19 14:8
  27:16,18 42:12
  47:6 52:19 53:8,9
  55:15 66:16 72:23
  98:19,20 103:11
**works**  29:2 65:17
  65:21 83:9
**world**  100:13
**worried**  54:1
**wow**  24:17 56:13
  61:18 116:6
**wrapped**  95:4
**write**  104:6,16,17
  104:21
**writers**  110:22
**written**  11:10
  41:15 62:24 91:11
  92:4 118:19
**wrong**  17:11 75:18

**y**

**y**  64:7
**yeah**  52:16 56:19
  79:3 91:9
**year**  11:22 34:14
  34:16 47:23 76:10
**years**  14:7 18:16
  20:1,2 24:17 34:6
  34:7 42:13,20
  51:17 60:6,10,14
  61:18 71:9 78:5,5

Page 21

**[years - zedeck]**

78:5 86:15,16
88:10 93:15
101:24 102:23
109:24,25 129:17
**yep**  112:14
**yesterday**  66:7
94:16
**youth**  15:19

**z**

**z**  61:21
**zedeck**  17:23
18:12,14,15 78:2
78:11

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.