UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CIELO JEAN GIBSON; CORA SKINNER, VIVIAN KINDLE, ALICIA WHITTEN, ASHLEY VICKERS, DESSIE MITCHESON, DEVIN JUSTINE TAKEGUMA, EVA PEPAJ, JESSICA BURCIAGA, LINA POSADA, MARKETA KAZDOVA, PAOLA CANAS, and TINA QUARLES,**

    Plaintiffs,

v.                                            Case No.: 1:16-CV-24548-MGC

**BTS NORTH, INC., d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC., d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC., d/b/a BOOBY TRAP; and BOOBY TRAP, INC., d/b/a BOOBY TRAP,**

    Defendants,
_____/

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants, BTS NORTH, INC., d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC., d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC., d/b/a BOOBY TRAP; and BOOBY TRAP, INC., d/b/a BOOBY TRAP, by and through their undersigned counsel, and hereby move this Court for an extension of time to file and serve a responsive pleading to the Defendant's Motion for Abstention, or in the Alternative, Motion to Dismiss, and Incorporated Memorandum of Law (Doc. 8), in the above-styled case, and in support thereof state as follows:

1. On October 31, 2016, Plaintiffs filed a Complaint. (Doc. 1)

2. On October 16, 2017, Plaintiffs filed a Motion for Summary Judgment, in this matter (Doc. 38).

3. Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, a responsive pleading is due 14 days after service of the motion, or on or before October 30, 2017.

4. The undersigned has been busy preparing for trial to begin October 30, 2017, in the matter of *Canas, et al. v. S&J Crazy Lizards Entertainment, LLC, et al.*, Case No. 9:16-cv-80902-WJZ, in the U.S. District Court for the Southern District of Florida.

5. The trial has been cancelled as a settlement was just reached in that case on this date.

6. The undersigned would respectfully request an additional fourteen (14) days to file a responsive pleading to the Defendant's Motion for Summary Judgment, up to and including November 13, 2017.

7. Factoring in the above, Fed.R.Civ.P. 6(b) provides in pertinent part:

> "When by these rules or by a notice given thereunder or by order of the court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order."

8. In an effort to comply with Local Rule 3.01(g), the undersigned counsel has contacted opposing counsel, who consents to the relief requested herein.

WHEREFORE the Defendants, BTS NORTH, INC., d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC., d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC., d/b/a BOOBY TRAP; and BOOBY TRAP, INC., d/b/a BOOBY TRAP, by and through their undersigned counsel, respectfully request that this Court grant an extension of time, up to and including November 13, 2017, for Defendant to file and serve a responsive pleading to the Plaintiffs' Motion for Summary Judgment, in the above-styled case.

Date: <u>October 26, 2017</u>              /s/ Luke Lirot
                                                           Luke Lirot, Esquire
                                                           Florida Bar Number: 714836
                                                           Luke Charles Lirot, P.A.
                                                           2240 Belleair Road, Suite 190
                                                           Clearwater, FL  33764
                                                           Telephone: (727) 536-2100
                                                           Facsimile:  (727) 536-2110
                                                           E-mail: luke2@lirotlaw.com
                                                           *Attorney for Defendants*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

                                                           /s/Luke Lirot
                                                           Luke Lirot, Esquire
                                                           Florida Bar Number 714836