UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIELO JEAN GIBSON, et al.,

        Plaintiffs,

v.                                                                      Case No.: 1:16-CV-24548-MGC

BTS NORTH, INC., et al.,

        Defendants.

_____/

## DECLARATION OF DARREN FRANCLEMONT

STATE OF FLORIDA
COUNTY OF BROWARD

**Pursuant to 28 U.S.C. 1746, the Undersigned Declares as Follows:**
I, Darren Franclemont, who, after being duly cautioned and sworn, hereby makes this declaration, under penalty of perjury:

1. • I have been active in the creation, preparation and distribution of advertising of all kinds for mainstream commercial businesses, "Gentlemen's Clubs," and, for the purposes of this Declaration, for all of the Booby Trap Clubs (the "Clubs") which is defending the above case. A copy of my Work Experience is attached hereto as Exhibit "A."

2. • In my field, I have extensive experience in trying to promote adult oriented businesses over the internet and, as such, I been involved in developing concepts that would be beneficial to any type of marketing campaign I would create an advertisement or promotional piece for, and develop an area for dissemination of any subject advertisement.

3. • As it pertains to the images attached as Exhibits to the Complaint in this action (the "Exhibits"), every one of these Exhibits was prepared by my company, J DOG MEDIA, INC., for placement on the various Clubs' Facebook pages.

4. • Under no circumstances did anyone associated with the Clubs direct me to use any specific individual for use in any of the Exhibits, ask that the Exhibits advertise that any person in any image would be present at any Club, or ask that I use any image to suggest that the person in that image "endorsed" any of the Clubs.

5. • Under no circumstances did any of the Exhibits state the name or provide the identity of any person in the image.

6. • Under no circumstances did any of the Exhibits state, nor were they intended to "advertise," that the person in the image would be present at any of the Clubs.

7. • Under no circumstances did any of the Exhibits state that the person in the image endorsed any of the Clubs, nor was there any intent in the creation of any of the Exhibits

Exhibit 1

to give the impression that any person in the image "endorsed" any of the Clubs.

8. In procuring the images at issue, these images were not altered in any way, and were located on other Facebook sites and pages, none of which were Facebook pages associated with, or describing by name, any Plaintiff, and all of which invited "sharing" on the internet.

9. These images were "clicked" and placed on the various Clubs' Facebook pages solely because the images depicted attractive females, and not on the basis of any person's identity, celebrity, popularity, or any personal basis or characteristic associated with any particular Plaintiff.

10. Additionally, in looking at the Report prepared by Martin Buncher, and seeking to verify what, if any, survey questions related to the Exhibits prepared and disseminated by J DOG, I note that the Buncher Report does not utilize all of the images at issue.

11. Indeed, the Buncher report uses promotional materials from *different* clubs that are entirely different in format and style that the Exhibits I created and posted (Report pp. 54-63).

12. The Buncher Report, in that portion utilized as for the "Survey," shows only three *images*, many *not the actual promotional materials at issue* (Report pp. 68-77).

13. Also, in my experience in developing concepts and creating advertising campaigns for Gentlemen's Clubs such as the Booby Trap Clubs, I have personally supervised the conduct of "photo shoots" and the price for any model used for a generic photo shoot was less than $500 for an entire day, which photo shoot included "Penthouse Pets," very popular at the time.

14. I have reviewed the Chamberlin Report, and, I looked to see if there were any explanations of how Mr. Chamberlin arrived at his "fair market" value for the Plaintiffs, where he "attempts to recreate a negotiation process in which there would never be a willing seller."

15. Mr. Chamberlin indicates that "to the extent available," he further considered such documents as modeling contracts and agreements, contractor 1099 forms, employee W-2 forms, earnings statements, releases and related records, but there is no indication in the Report as to whom he actually obtained this information for, or as to how he factored it into to the totally nebulous formula he describes as using to reach his conclusions.

16. Based on these concerns, I find it impossible to find any actual methodology to utilize to duplicate any aspect of Mr. Chamberlin's Report.

**FURTHER DECLARANT SAYETH NAUGHT.**

**By:** _____        11/9/17

**DARREN FRANCLEMONT**                **DATE**        _____

# Darren Franclemont
## 1341 Sw 10 Street
## Fort Lauderdale, FL  33312
## Work Experience

**J DOG MEDIA, inc.**
**Fort Lauderdale, FL**
**September 5, 2001 to present**
**President**

J Dog Media is a full service advertising agency that represents a variety of modestly sized retail businesses across the country. We provide media buying, ad production and marketing strategy for our clients. In recent years we have made a shift away from TV/Print/Radio towards Social Media Marketing.

I head a team of social media planners, designers, media buyers and posters to implement social media and conventional mass media campaigns.

**DED DOG DESIGNS, inc.**
**Fort Lauderdale, FL**
**October 1994 to present**
**President**

Ded Dog Designs is a graphic design studio that creates print, video and social media ads and commercials. I work as the Art Director. Part of my duties is to acquire the photographs to be used in our clients campaigns.

**ENTERTAINMENT USA, inc.**
**Memphis, TN**
**December 1993 to October 1994**
**Marketing Director**

EUSA owns and operates a chain of nightclubs across the country. I served as marketing director. My duties were creating marketing strategies and overseeing the TV, Radio, Newspaper, Magazine and Outdoor ads for all outlets. I also purchased media and coordinated the ad message for all locations.

**BEVERLY HILLS TALENT MGMT, inc.**
**Oakland Park, FL**
**September 1989 to November 1993**
**Art Director**

I created all the advertising material for the 28 businesses and secured photos to be used in collateral advertising as well as the signature annual calendar.

Exhibit__*A*__