UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIELO JEAN GIBSON, et al.,

      Plaintiffs,

v.                                                        Case No.: 1:16-CV-24548-MGC

BTS NORTH, INC., et al.,

      Defendants.
_____/

## DECLARATION OF PHIL GORI

STATE OF FLORIDA
COUNTY OF BROWARD

**Pursuant to 28 U.S.C. 1746, the Undersigned Declares as Follows:**
I, PHIL GORI, who, after being duly cautioned and sworn, hereby makes this declaration, under penalty of perjury:

1. I am an officer and/or Director for all of the Booby Trap Clubs (the "Clubs") named as Defendants in this action.
2. As it pertains to the images attached as Exhibits to the Complaint in this action (the "Exhibits"), every one of these Exhibits was prepared by an independent third party contractor, J DOG MEDIA, INC., (J DOG) for placement on the various Clubs' Facebook pages.
3. Under no circumstances did anyone associated with the Clubs direct J DOG to use any specific individual for use in any of the Exhibits, ask that the Exhibits advertise that any person in any image would be present at any Club, or ask that J DOG use any image to suggest that the person in that image "endorsed" any of the Clubs.
4. Under no circumstances did any of the Exhibits state the name or provide the identity of any person in the image.
5. Under no circumstances was it directed to suggest, nor did any of the Exhibits state, nor were they intended to "advertise," that the person in the image would be present at any of the Clubs.
6. Under no circumstances was it directed to suggest, nor did any of the Exhibits state that the person in the image endorsed any of the Clubs, nor was there any intent in the creation of any of the Exhibits to give the impression that any person in the image "endorsed" any of the Clubs.
7. No officer, director, employee, or agent of any of the "corporate defendants" had any part in the creation or "posting" of any of the image in any Exhibit.
8. As it pertains to the use of any image in any Exhibit, there is no proof in any of the vast financial records given to the Plaintiffs to suggest that the use of any Plaintiffs' image in any Exhibit had any appreciable positive impact for the event or dates the Exhibit related to.

FURTHER DECLARANT SAYETH NAUGHT.

By: _____   11/9/17
PHIL GORI                       DATE

Exhibit 2