**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| CIELO JEAN GIBSON, CORA SKINNER, VIVIAN KINDLE, ALICIA WHITTEN, ASHLEY VICKERS, DESSIE MITCHESON, DEVIN JUSTINE TAKEGUMA, EVA PEPAJ, JESSICA BURCIAGA, LINA POSADA, MARKETA KAZDOVA, PAOLA CANAS, and TINA QUARLES,<br><br>              Plaintiffs,<br><br>- against -<br><br>BTS NORTH, INC. d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC. d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC. d/b/a BOOBY TRAP; and BOOBY TRAP, INC. d/b/a BOOBY TRAP,<br><br>              Defendants. | Case No.: 1:16-CV-24548-MGC |

## JOINT STATEMENT

In accordance with this Court's Order dated January 27, 2017 [ECF 13] the parties hereby submit the legal elements of Plaintiffs' claims as set forth in Plaintiffs' proposed Jury Instructions and the legal elements of the Defenses raised as set forth in Defendants' proposed Jury Instructions, attached hereto as Exhibits A and B, respectively.

Respectfully submitted,

| | |
|---|---|
| */s/ Luke Lirot* | */s/ Ludmila Khomiak* |
| Luke Lirot, Esq. | Ludmila Khomiak, Esq. |
| Florida Bar Number: 714836 | Florida Bar Number: 91757 |
| LAW OFFICES OF LUKE LIROT, P.A. | THE CASAS LAW FIRM, P.C. |
| 2240 Belleair Road, Suite 190 | Brickell Bayview Center |
| Clearwater, FL 33764 | 80 S.W. 8th St., Suite 2000 |
| Telephone #: 727-536-2100 | Miami, FL 33130 |
| Facsimile #: 727-536-2110 | Telephone #: 786-671-3244 |
| luke2@lirotlaw.com | Facsimile #: 786-671-3243 |
| Attorney for DEFENDANTS | mila@casaslawfirm.com |
| Date:     January 11, 2018 | Attorney for PLAINTIFFS |
| | Date:     January 11, 2018 |