UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CIELO JEAN GIBSON, et al.**
    **Plaintiffs,**

v.     Case No.: 1:16-CV-24548-MGC

**BTS NORTH, INC., et al.,**

    **Defendants,**
_____/

**PARTIES' JOINT MOTION TO SUBMIT SUPPLEMENTAL JOINT STATEMENT**

The Parties, captioned above, and, in accord with this Court's Order (Doc. 13), hereby move this Court to allow supplementation of the Pretrial Statement to provide (1) the legal elements of the Plaintiffs' claims, and (2) the legal elements of the defenses and affirmative defenses raised by Defendants, and would state as follows:

1.    On January 12, 2018, Counsel for Plaintiffs and Defendants submitted a Joint Pretrial Statement, the date set after requests for extension of time to submit same.

2.    In accord with Local Rule 16.1.E, the Parties submitted Joint Proposed Jury Instructions to comprise the "joint statement" required by subsection (b).

3.    In reviewing the Joint Proposed Jury Instructions, it was determined that a more useful method of providing this Court with a more thorough and easily reviewed outline of the legal elements of Plaintiffs' claims, including damages and other relief sought, as well as the legal elements of Defendants' defenses raised would be to submit a Supplemental Joint Statement in addition to the Joint Proposed Jury Instructions.

4.    To accomplish this, the Parties have attached a Supplemental Joint Statement, attached hereto as Exhibit "A."

5.      Based on the foregoing, it is respectfully requested that this Court allow the Parties to file and submit the Supplemental Joint Statement to facilitate an easier review of the elements of the Parties claims and defenses.

/s/ *Ludmila Khomiak*_____
Ludmila Khomiak, Esq.
Florida Bar Number: 91757
THE CASAS LAW FIRM, P.C.
Brickell Bayview Center
80 S.W. 8th St., Suite 2000
Miami, FL 33130
Telephone #: 786-671-3244
Facsimile #: 786-671-3243
mila@casaslawfirm.com
Attorney for PLAINTIFFS
Date:___January 17, 2018_____

/s/ *Luke Lirot*_____
Luke Lirot, Esq.
Florida Bar Number: 714836
LAW OFFICES OF LUKE LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, FL 33764
Telephone #: 727-536-2100
Facsimile #: 727-536-2110
luke2@lirotlaw.com
Attorney for DEFENDANTS
Date:___January 17, 2018_____