UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CIELO JEAN GIBSON; CORA SKINNER, VIVIAN KINDLE, ALICIA WHITTEN, ASHLEY VICKERS, DESSIE MITCHESON, DEVIN JUSTINE TAKEGUMA, EVA PEPAJ, JESSICA BURCIAGA, LINA POSADA, MARKETA KAZDOVA, PAOLA CANAS, and TINA QUARLES,**

    Plaintiffs,

v.                                     Case No.: 1:16-CV-24548-MGC

**BTS NORTH, INC., d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC., d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC., d/b/a BOOBY TRAP; and BOOBY TRAP, INC., d/b/a BOOBY TRAP,**

    **Defendants,**
_____/

### DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY AND REQUEST FOR JUDICIAL NOTICE

COMES NOW the Defendants, by and through their undersigned counsel, and hereby file with the Court this Notice of Filing Supplemental Authority, and would submit the following opinion as supplemental authority in further support of the Defendants' Response in Opposition to the Plaintiffs' Motion for Summary Judgment (Doc. 41) in the above-captioned cause, and requests judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following:

1

Order on Motions for Summary Judgment, *Cielo Jean Gibson, et al. v. Resort at Paradise Lakes, LLC, et al.,* Case No 8:16-cv-791-CEH-AAS, U.S. District Court for the NiddleDistrict of Florida, (attached hereto as Exhibit "A").

    Respectfully Submitted,

    /s/ Luke Lirot, Esq.
    Luke Lirot, Esq.
    Florida Bar Number 714836
    Luke Lirot, P.A.
    2240 Belleair Rd., Suite 190
    Clearwater, FL 33764
    (727) 536-2100 (Office)
    (727) 536-2110 (Facsimile)
    E-mail: Luke2@LirotLaw.com
            jimmy@lirotlaw.com
            justin@lirotlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

    /s/ Luke Lirot, Esq.
    Luke Lirot, Esq.
    Florida Bar Number 714836