IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| CIELO JEAN GIBSON, CORA SKINNER, VIVIAN KINDLE, ALICIA WHITTEN, ASHLEY VICKERS, DESSIE MITCHESON, DEVIN JUSTINE TAKEGUMA, EVA PEPAJ, JESSICA BURCIAGA, LINA POSADA, MARKETA KAZDOVA, PAOLA CANAS, and TINA QUARLES,<br><br>　　　　　　　Plaintiffs,<br><br>- against -<br><br>BTS NORTH, INC. d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC. d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC. d/b/a BOOBY TRAP; and BOOBY TRAP, INC. d/b/a BOOBY TRAP,<br><br>　　　　　　　Defendants. | Case No.: 1:16-CV-24548-MGC |

## PLAINTIFFS' WITNESS LIST

COME NOW Plaintiffs CIELO JEAN GIBSON, CORA SKINNER, VIVIAN KINDLE, ALICIA WHITTEN, ASHLEY VICKERS, DESSIE MITCHESON, DEVIN JUSTINE TAKEGUMA, EVA PEPAJ, JESSICA BURCIAGA, LINA POSADA, MARKETA KAZDOVA, PAOLA CANAS, and TINA QUARLES, by and through the undersigned attorney and pursuant to Order Setting Trial Date and Pre-Trial Deadlines (Doc. 13), hereby furnish their written list containing the names and addresses of all witnesses intended to be called at trial:

### WITNESSES

1. Plaintiff CIELO JEAN GIBSON
   642 Pacific St., Apt. 3
   Santa Monica, CA 90405

2. Plaintiff CORA SKINNER
   1436 20th St., Unit 16
   Santa Monica, CA 90404

1

3. Plaintiff VIVIAN KINDLE
   994 North Stanley Ave., Unit 1
   West Hollywood, CA 90046

4. Plaintiff ALICIA WHITTEN
   1217 Graham Street
   Simi Valley, CA 93065

5. Plaintiff ASHLEY VICKERS
   1115 Hillsboro Mile
   Hillsboro Beach, FL 33062

6. Plaintiff DESSIE MITCHESON
   140 Albert Place
   Costa Mesa, CA 92627

7. Plaintiff DEVIN JUSTINE TAKEGUMA
   851 Jenny Drive
   Newbury Park, CA 91320

8. Plaintiff EVA PEPAJ
   11005 Morrison St., Apt. 102
   North Hollywood, CA 91601

9. Plaintiff JESSICA BURCIAGA
   5137 Tierra Antigua Drive
   Whittier, CA 90601

10. Plaintiff LINA POSADA
    27136 Silver Oak Lane, Unit 1633
    Santa Clarita, CA 91387

11. Plaintiff MARKETA KAZDOVA
    1443 North Fuller Ave., Apt. 105
    Los Angeles, CA 90046

12. Plaintiff PAOLA CANAS
    118 Sycamore Drive
    San Gabriel, CA 91775

13. Plaintiff TINA QUARLES
    13011 West 136th St., Apt. 106
    Overland Park, KS 66221

14. SIAMAK FARD
    Roma Costume, Inc.

    2501 North Ontario St.
    Burbank, CA 91504

15. JOVANNIE SALCEDO
    Leg Avenue, Inc.
    19601 East Walnut Drive
    South City of Industry, CA 91748

16. JASON BUHRMESTER
    Playboy Enterprises, Inc.
    9346 Civic Center Dr., Ste 200
    Beverly Hills, CA 90210

17. STEPHEN CHAMBERLIN
    Image Expert Witness
    4401 NW 87th Ave Suite 508
    Doral, FL 33178

18. MARTIN BUNCHER
    Consumer Confusion Expert
    Intercontinental Marketing Investigations, Inc.
    P.O. Box 2147
    Rancho Santa Fe, CA 92067

19. LINDA DAVILA
    The Casas Law Firm, P.C. Paralegal

20. SHALINE GUZMAN
    The Casas Law Firm, P.C. former Paralegal

21. PHILIP GORI
    Owner of all Defendants entities

22. ERIC OTERO
    Defendants' General Manager

23. PATRICIA PETTINATO
    Defendants' Custodian of Records

24. ENRIQUE BONILLA
    Defendant BTS North, Inc. Manager

25. GEORGE GETTINGER
    Defendant P.T.G. Entertainment, Inc.'s Manager

26. LUIZ FERNANDEZ

Defendant T.K. Promotions, Inc.'s Manager

27. DAVID SCNIEDER
    Nolan Heimann LLP
    16133 Ventura Blvd.
    Encino, CA 91436

28. J. STEPHEN HAWKINS, CPA, CFE, CrFA, CVA
    J. Stephen Hawkins & Co.
    350 10th Avenue, Suite 1000
    San Diego, CA 92101

    Respectfully Submitted,

    */s/ Ludmila Khomiak*
    **LUDMILA KHOMIAK, ESQ.**
    Florida Bar No.: 91757
    80 S.W. 8th Street, Suite 2000
    Miami, FL 33130
    Telephone #: 786-671-3244
    Facsimile #: 786-671-3243
    Attorney for the PLAINTIFFS
    mila@casaslawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2018, I electronically served the foregoing document on counsel for Defendants at:

**Luke Lirot, Esq.**
Law Offices of Luke Lirot, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
luke2@lirotlaw.com
jimmy@lirotlaw.com
*Attorney for Defendants*

    */s/ Ludmila Khomiak*
    **LUDMILA KHOMIAK, ESQ.**
    Florida Bar No.: 91757
    mila@casaslawfirm.com