UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CIELO JEAN GIBSON; CORA SKINNER, VIVIAN KINDLE, ALICIA WHITTEN, ASHLEY VICKERS, DESSIE MITCHESON, DEVIN JUSTINE TAKEGUMA, EVA PEPAJ, JESSICA BURCIAGA, LINA POSADA, MARKETA KAZDOVA, PAOLA CANAS, and TINA QUARLES,**

    Plaintiffs,

v.   Case No.: 1:16-CV-24548-MGC

**BTS NORTH, INC., d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC., d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC., d/b/a BOOBY TRAP; and BOOBY TRAP, INC., d/b/a BOOBY TRAP,**

    Defendants,
_____/

## DEFENDANTS' WITNESS LIST

COMES NOW Defendants, BTS NORTH, INC., d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC., d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC., d/b/a BOOBY TRAP; and BOOBY TRAP, INC., d/b/a BOOBY TRAP, by and through the undersigned counsel, and pursuant to Order Setting Trial date and Pre-Trial Deadlines (Doc. 13), and hereby furnish their written list containing the names and addresses of all witnesses intended to be called at trial:

## WITNESSES

1. Phil Gori
   195 Alexander Palm Road
   Boca Raton, Florida 33432

2. Patty Pettinatl
   3031 N. Ocean Blvd. #1906
   Ft. Lauderdale, Florida 33308

3. Alfonso Moreno
   18865 SR 54
   Lutz, Florida 33558

4. Al Masters, CPA
   1881 University Drive, Suite 100
   Coral Springs, Florida 33071

5. Darren Franclemont
   1341 SW 10th Street
   Ft. Lauderdale, Florida 33312

6. Eric Otero
   13113 SE 23rd Street
   Miramar, Florida 33027

7. Luis Fernandez
   16852 SW 137th Avenue
   Miami, Florida 33177

8. Enrique Bonilla
   22772 SW 88th Place
   Cutler Bay, Florida 33190

9. George Gettinger
   14820 Tetherclift Street
   Davie, Florida 33331

10. Scott Jacintho
    8008 Wedlock Lane
    Las Vegas, Nevada 89129

11. Kimmeth Powell
    220 NW 46th Court
    Oakland Park, Florida 33309

12. Macy John
    2256 NW 81st Avenue
    Sunrise, Florida 33322

13. All witnesses disclosed and listed by the Plaintiffs.

14. All witnesses needed for rebuttal purposes.

Respectfully Submitted,

/s/Luke Lirot_____
Luke Lirot, Esq.
Florida Bar Number 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
*Attorney for the Defendants*
luke2@lirotlaw.com  (primary e-mail)
jimmy@lirotlaw.com  (secondary e-mail)
justin@lirotlaw.com (secondary e-mail)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

/s/Luke Lirot_____
Luke Lirot, Esquire
Florida Bar Number 714836
