IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| CIELO JEAN GIBSON, CORA SKINNER, VIVIAN KINDLE, ALICIA WHITTEN, ASHLEY VICKERS, DESSIE MITCHESON, DEVIN JUSTINE TAKEGUMA, EVA PEPAJ, JESSICA BURCIAGA, LINA POSADA, MARKETA KAZDOVA, PAOLA CANAS, and TINA QUARLES,<br><br>      Plaintiffs,<br><br>- against -<br><br>BTS NORTH, INC. d/b/a BOOBY TRAP; T.K. PROMOTIONS, INC. d/b/a BOOBY TRAP; P.T.G. ENTERTAINMENT, INC. d/b/a BOOBY TRAP; and BOOBY TRAP, INC. d/b/a BOOBY TRAP,<br><br>      Defendants. | Case No.: 1:16-CV-24548-MGC |

**PLAINTIFFS' TRIAL WITNESS LIST**

| PLF. NO. | DEF. NO. | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF WITNESSES | TESTIMONY DURATION |
|---|---|---|---|---|---|
| 1. | | | | Cielo Jean Gibson- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min.<br><br>Cross: 45 min. |
| 2. | | | | Cora Skinner- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min.<br><br>Cross: 45 min. |
| 3. | | | | Vivian Kindle- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min.<br><br>Cross: 45 min. |

| | | | | | |
|---|---|---|---|---|---|
| 4. | | | | Alicia Whitten- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |
| 5. | | | | Ashley Vickers- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |
| 6. | | | | Dessie Mitcheson- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |
| 7. | | | | Devin Justine Takeguma- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |
| 8. | | | | Eva Pepaj- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |
| 9. | | | | Jessica Burciaga- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |
| 10. | | | | Lina Posada- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |
| 11. | | | | Marketa Kazdova- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |
| 12. | | | | Paola Canas- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min. Cross: 45 min. |

| | | | | | |
|---|---|---|---|---|---|
| 13. | | | | Tina Quarles- will testify about her modeling career, the earnings associated with it and her damages associated with Defendants' action. | Direct: 45 min.<br><br>Cross: 45 min. |
| 14. | | | | Siamak Fard- will testify about the total number of jobs booked by Plaintiffs with Roma Costumes, Inc. and the amounts earned by Plaintiffs for those jobs. | Direct: 1 hour<br><br>Cross: 1 hour |
| 15. | | | | Jovannie Salcedo- will testify about the total number of jobs booked by Plaintiffs with Leg Avenue, Inc. and the amounts earned by Plaintiffs for those jobs. | Direct: 1 hour<br><br>Cross: 1 hour |
| 16. | | | | Jason Buhrmester- will testify about the total number of jobs booked by Plaintiffs with Playboy Enterprises, Inc. and the amounts earned by Plaintiffs for those jobs | Direct: 1 hour<br><br>Cross: 1 hour |
| 17. | | | | Stephen Chamberlin- will testify about the customs and norms in the modeling industry, image use, valuation of images, the types of "usages" of images, how those "usages" affect the value of the images, model and public personality career valuation, and effective rates of work for models working in various forms of media. | Direct: 2 hours<br><br>Cross: 2 hours |
| 18. | | | | Martin Buncher- will testify about the marketing research he has performed in exploring the confusion among consumers exposed to Defendants' advertising in terms of what they understood about Plaintiffs' appearance in the material. | Direct: 2 hours<br><br>Cross: 2 hours |
| 19. | | | | Linda Davila- will testify about the subject images attached as Exhibits to Plaintiffs' operative Complaint | Direct: 30 min.<br><br>Cross: 30 min. |

| | | | | | |
|---|---|---|---|---|---|
| 20. | | | | Shaline Guzman- will testify about the subject images attached as Exhibits to Plaintiffs' operative Complaint. | Direct: 30 min. Cross: 30 min. |
| 21. | | | | Philip Gori- will testify about the operation of the Defendants businesses and the advertising/promotional practices of each. | Direct: 1 hour Cross: 1 hour |
| 22. | | | | Eric Otero- will testify about the operation of the Defendants businesses and the advertising/promotional practices of each. | Direct: 1 hour Cross: 1 hour |
| 23. | | | | Patricia Pettinato- will testify about the operation of the Defendants businesses and their advertising/promotional practices. | Direct: 1 hour Cross: 1 hour |
| 24. | | | | Enrique Bonilla- will testify about the operation of the Defendants businesses and their advertising/promotional practices. | Direct: 45 min. Cross: 45 min. |
| 25. | | | | George Gettinger- will testify about the operation of the Defendants businesses and their advertising/promotional practices. | Direct: 45 min. Cross: 45 min. |
| 26. | | | | Luiz Fernandez- will testify about the operation of the Defendants businesses and their advertising/promotional practices. | Direct: 45 min. Cross: 45 min. |
| 27. | | | | David Schnider- will testify about Leg Avenue, Inc. business activities and model agreements | Direct: 1 hour Cross: 1 hour |
| 28. | | | | J. Stephen Hawkins- will testify about Plaintiffs' earnings throughout the years | Direct: 1 hour Cross: 1 hour |

Date: February 13, 2018.

THE CASAS LAW FIRM, P.C.

*/Ludmila Khomiak*
LUDMILA KHOMIAK, Esq.
Florida Bar No.: 91757
mila@casaslawfirm.com
Brickell Bayview Center
80 Southwest Eighth Street, Suite 2000
Miami, FL  33130
Telephone: (786) 671-3244
Facsimile: (786) 671-3243
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2018, I electronically served the foregoing document on counsel for Defendants at:

**Luke Lirot, Esq.**
Law Offices of Luke Lirot, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
luke2@lirotlaw.com
jimmy@lirotlaw.com
*Attorney for Defendants*

*/s/ Ludmila Khomiak*
**LUDMILA KHOMIAK, ESQ.**
Florida Bar No.: 91757
mila@casaslawfirm.com