UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24548-Civ-COOKE/TORRES

CIELO JEAN GIBSON, CORA SKINNER,
VIVIAN KINDLE, ALICIA WHITTEN,
ASHLEY VICKERS, DESSIE MITCHESON,
DEVIN JUSTINE TAKEGUMA, et al.,

    Plaintiffs,

vs.

BTS NORTH, INC., doing business as
Booby Trap, T.K. PROMOTIONS, INC.,
doing business as Booby Trap, et al.,

    Defendants.
_____/

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment (ECF No. 65), **JUDGMENT** is hereby entered in favor of Plaintiffs Cielo Jean Gibson, Cora Skinner, Vivian Kindle, Alicia Whitten, Ashley Vickers, Dessie Mitcheson, Devin Justine Takeguma, Eva Pepaj, Jessica Burciaga, Lina Posada, Marketa Kazdova, Paola Canas, and Tina Quarles and against Defendants BTS North, Inc., T.K. Promotions, Inc., P.T.G. Entertainment, Inc., and Booby Trap, Inc. on Counts III and IV of Plaintiffs' Complaint.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 15th day of February 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*

1